AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                          District of _____Massachusetts_____

MARY GOMES, GUARDIAN OF THE
ESTATE OF RICHARD P. GOMES; and
MARY GOMES, INDIVIDUALLY,
                        Plaintiffs
            V.

THE CITY OF BROCKTON; THE TRIAL
COURT OF THE COMMONWEALTH OF
MASSACHUSETTS; JESSE DRANE; and
ONE OR MORE UNKNOWN OFFICERS OF
THE BROCKTON POLICE DEPARTMENT,
                        Defendants

**SUMMONS IN A CIVIL ACTION**

## 04  11464 MLW

CASE NUMBER:

TO: (Name and address of Defendant)

        THE CITY OF BROCKTON
        c/o City Solicitor's Office
        Brockton City Hall
        School Street
        Brockton, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        Frederick M. McDermott
        95 West Elm Street
        Brockton, MA 02301

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                      JUN 2 8 2004
CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 08/20/04 |
|---|---|
| NAME OF SERVER (PRINT) Marc Chauppette | TITLE Process Server / Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *In Hand*
Served Legal Aid who accepted for Defendant Patrick Floria

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES N/A | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___08/21/04___
*Date*          *Signature of Server*

37 Belmont ST Brockton MA 02301
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.