AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Eastern____ District of ____Massachusetts____

MARY GOMES, GUARDIAN OF THE ESTATE
OF RICHARD P. GOMES; and MARY GOMES,
INDIVIDUALLY,

                      Plaintiffs

V.

THE CITY OF BROCKTON; THE TRIAL COURT
OF THE COMMONWEALTH OF MASSACHUSETTS;
JESSE DRANE; and ONE OR MORE UNKNOWN
OFFICERS OF THE BROCKTON POLICE
DEPARTMENT,

                      Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11464 MLW

TO: (Name and address of Defendant)

    THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS
    Administrative Office
    2 Center Plaza, Suite 540
    Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Frederick M. McDermott, Esq.
    95 West Elm Street
    Brockton, MA 02301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                       JUN 28 2004

CLERK                                     DATE

(By) DEPUTY CLERK

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/20/04 | |
| NAME OF SERVER (PRINT) | TITLE Process Server / Disinterested Party | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
Officer Vegin Accepted Service for Defendant In hand

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL N/A | SERVICES N/A | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/20/04
  *Date*          *Signature of Server*

31 Belmont ST Brockton MA 02301
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.