%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Eastern__   District of   __Massachusetts__

MARY GOMES, GUARDIAN OF THE ESTATE
OF RICHARD P. GOMES: AND MARY
GOMES, INDIVIDUALLY,

              V.    Plaintiffs

THE CITY OF BROCKTON; THE TRIAL COURT
OF THE COMMONWEALTH OF MASSACHUSETTS;
JESSE DRANE; and ONE OR MORE UNKNOWN
OFFICERS OF THE BROCKTON POLICE DEPARTMENT,
                Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04 11464 MLW

TO: (Name and address of Defendant)

    JESSE DRANE
    c/o Brockton Police Department
    Commercial Street
    Brockton, MA 02302

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Frederick McDermott
    95 West Elm Street
    Brockton, MA 02301

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 08/18/04 |
| NAME OF SERVER (PRINT) Mark Chappette || TITLE Process Server / Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: In Hand
Officer Willis Brockton PD Accepted Service for Drane

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | N/A | SERVICES | N/A | TOTAL | $0.00 |
|---|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/18/04    _____
           Date            Signature of Server

31 Belmont St Brockton 02301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.