AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

MARY GOMES, GUARDIAN OF THE ESTATE
OF RICHARD P. GOMES; and MARY
GOMES, INDIVIDUALLY,
    Plaintiffs
V.
THE CITY OF BROCKTON: THE TRIAL
COURT OF THE COMMONWEALTH OF
MASSACHUSETTS: JESSE DRANE; and
ONE OR MORE UNKNOWN OFFICERS OF
THE BROCKTON POLICE DEPARTMENT,
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11464 MLW

TO: (Name and address of Defendant)

ONE OR MORE UNKNOWN OFFICERS OF THE BROCKTON POLICE DEPARTMENT
Brockton Police Department
Commercial Street
Brockton, MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FREDERICK M. McDERMOTT
95 West Elm Street
Brockton, MA 02301

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8/18/04 |
| NAME OF SERVER (PRINT) Mark Chappelle | TITLE Process Server / Disinterested Party |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
   Served Brockton Police Officer Natter who Accepted Service — In Hand

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES $ N/A | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/18/04
             Date             Signature of Server

37 Belmont St Brockton 02301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.