UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE | * |
| ESTATE OF RICHARD P. GOMES; and | * |
| MARY GOMES, INDIVIDUALLY, | * |
| Plaintiffs | * |
| v. | * |
| | * |
| THE CITY OF BROCKTON; THE TRIAL | * |
| COURT OF THE COMMONWEALTH OF | * |
| MASSACHUSETTS; JESSE DRANE; and ONE | * |
| OR MORE UNKNOWN NAMED OFFICERS | * |
| OF THE BROCKTON POLICE | * |
| DEPARTMENT, | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS, THE CITY OF BROCKTON, JESSE DRANE AND ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT'S ANSWER TO PLAINTIFFS' COMPLAINT

1.  The Defendants state that no answer is required to paragraph 1 of Plaintiffs' Complaint.

2.  The Defendants admit jurisdiction is proper but deny Plaintiff, Richard Gomes, was disabled under criteria set forth in 42 U.S.C. §12101 et.seq.

3.  The Defendants admit the allegations contained in paragraph 3 of the Plaintiffs' Complaint.

4.  The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 4 of the Plaintiffs' Complaint.

5.  The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 5 of the Plaintiffs' Complaint.

6.  The Defendants admit the allegations contained in paragraph 6 of the Plaintiffs' Complaint.

7.  The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 7 of the Plaintiffs' Complaint.

8.  The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 8 of the Plaintiffs' Complaint.

9.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 9 of the Plaintiffs' Complaint.

10.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 10 of the Plaintiff's Complaint.

11.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 11 of the Plaintiffs' Complaint.

12.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13.    The Defendants deny the allegations contained in paragraph 13 of the Plaintiffs' Complaint.

14.    The Defendants admit the allegations contained in paragraph 14 of the Plaintiffs' Complaint.

15.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 15 of the Plaintiffs' Complaint.

16.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 16 of the Plaintiffs' Complaint.

17.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 17 of the Plaintiffs' Complaint.

18.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 18 of the Plaintiffs' Complaint.

## COUNT I
Equitable Relief and Compensatory Damages: 14th Amendment Due Process Violation
(42 U.S.C. § 1093" Richard v. City of Brockton)

19.    The Defendants state that no answer is required to paragraph 19 of the Plaintiffs' Complaint.

20.    The Defendants deny the allegations contained in paragraph 20 of the Plaintiffs' Complaint.

21.    The Defendants deny the allegations contained in paragraph 21 of the Plaintiffs' Complaint.

## COUNT II
Equitable Relief and Compensatory Damages: A.D.A.
(42 U.S.C. §12133: Richard v. Brockton

-2-

22.    The Defendants state that no answer is required to paragraph 22 of the Plaintiffs' Complaint.

23.    The Defendants admit the allegations contained in paragraph 23 of the Plaintiffs' Complaint.

24.    The Defendants deny the allegations contained in paragraph 24 of the Plaintiffs' Complaint.

25.    The Defendants admit the allegations contained in paragraph 25 of the Plaintiffs' Complaint.

26.    The Defendants deny the allegations contained in paragraph 26 of the Plaintiffs' Complaint.

## COUNT III
Equitable Relief and Compensatory Damages: Rehabilitation Act of 1973
(29 U.S.C. §794a: Richard v. Brockton

27.    The Defendants state that no answer is required to paragraph 27 of the Plaintiffs' Complaint.

28.    The Defendants state that the statute speaks for itself.

29.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 29 of the Plaintiffs' Complaint and call upon the Plaintiff to prove same.

30.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 30 of the Plaintiffs' Complaint and call upon the Plaintiff to prove same.

31.    The Defendants deny the allegations contained in paragraph 31 of the Plaintiffs' Complaint.

## COUNT IV
Equitable Relief and Compensatory Damages: A.D.A.
(42 U.S.C., §12133: Richard v. Massachusetts)

32.    The Defendants state that no answer is required to paragraph 32 of the Plaintiffs' Complaint.

33.    The Defendants state that no answer is required to paragraph 33 of the Plaintiffs' Complaint.

34.    The Defendants states that no answer is required to paragraph 34 of the Plaintiffs' Complaint.

35.    The Defendants states that no answer is required to paragraph 35 of the Plaintiffs' Complaint.

36.    The Defendants state that no answer is required to paragraph 36 of the Plaintiffs' Complaint.

## COUNT V
Equitable Relief and Compensatory Damages: Rehabilitation Act of 1973
(29 U.S.C. §794a: Richard v. Massachusetts)

37.    The Defendants state that no answer is required to paragraph 37 of the Plaintiffs' Complaint.

38.    The Defendants state that no answer is required to paragraph 38 of the Plaintiffs' Complaint.

39.    The Defendants state that no answer is required to paragraph 39 of the Plaintiffs' Complaint.

40.    The Defendants state that no answer is required to paragraph 40 of the Plaintiffs' Complaint.

41.    The Defendants state that no answer is required to paragraph 41 of th Plaintiffs' Complaint.

## COUNT VI
Compensatory Damages for Deprivation of Federal Civil Rights
(42 U.S.C. §1983: Richard v. Drane)

42.    The Defendants state that no answer is required to paragraph 42 of the Plaintiffs' Complaint.

43.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 43 of the Plaintiffs' Complaint and call upon the Plaintiff to prove same.

44.    The Defendants deny the allegations contained in paragraph 44 of the Plaintiffs' Complaint.

## COUNT VII
Punitive Damages for Deprivation of Federal Civil Rights
(42 U.S.C. §1983: Richard v. Drane)

45.    The Defendants state that no answer is required to paragraph 45 of the Plaintiffs' Complaint.

46.    The Defendants deny the allegations contained in paragraph 46 of the Plaintiffs' Complaint.

## COUNT VIII
Compensatory Damages for Deprivation of Federal Civil Rights
(42 U.S.C. §1983: Richard v. Unknown Brockton Officers)

47.    The Defendants state that no answer is required to paragraph 47 of the Plaintiffs' Complaint.

48.    The Defendants are without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 48 of the Plaintiffs' Complaint and call upon the Plaintiff to prove same.

49.    The Defendants deny the allegations contained in paragraph 49 of the Plaintiffs' Complaint.

## COUNT IX
Punitive Damages for Deprivation of Federal Civil Rights
(42 U.S.C. §1983: Richard v. Unknown Brockton Officers)

50.    The Defendants state that no answer is required to paragraph 50 of the Plaintiffs' Complaint.

51.    The Defendants deny the allegations contained in paragraph 51 of the Plaintiffs' Complaint.

## COUNT X
Negligence Claim, State Tort Claims Act
(Mass. Gen. Laws, ch. 258: Richard v. Brockton)

52.    The Defendants state that no answer is required to paragraph 52 of the Plaintiffs' Complaint.

53.    The Defendants deny the allegations contained in paragraph 53 of the Plaintiffs' Complaint.

54.    The Defendants deny the allegations contained in paragraph 54 of the Plaintiffs' Complaint.

55.    The Defendants deny the allegations contained in paragraph 55 of the Plaintiffs' Complaint.

56.    The Defendants deny the allegations contained in paragraph 56 of the Plaintiffs' Complaint.

## COUNT XI
Negligence Claim, State Tort Claims Act
(Mass. Gen. Laws, ch. 258: Richard v. Massachusetts)

57.    The Defendants state that no answer is required to paragraph 57 of the Plaintiffs' Complaint.

58.    The Defendants state that no answer is required to paragraph 58 of the Plaintiffs' Complaint.

59.    The Defendants state that no answer is required to paragraph 59 of the Plaintiffs' Complaint.

60.    The Defendants state that no answer is required to paragraph 60 of the Plaintiffs' Complaint.

61.    The Defendants state that no answer is required to paragraph 61 of the Plaintiffs' Complait.

## COUNT XII
Consequential Damages and Loss of Parental Consortium
Mass. Gen. Laws, ch. 231, §85X
Mary v. All Defendants

62.    The Defendants state that no answer is required to paragraph 62 of the Plaintiffs' Complaint.

63.    The Defendants deny the allegations contained in paragraph 63 of the Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs' Amended Complaint is barred by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs' claims are barred by accord and satisfaction.

### FOURTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs' claims are barred by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs' claims are barred by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

The Defendants state that any damages which the Plaintiffs allege to have suffered are the result of the Plaintiffs' own actions over which the Defendants had no responsibility or control.

### SEVENTH AFFIRMATIVE DEFENSE

The Defendants state that any damages alleged to have been suffered by the Plaintiffs are due to actions of a third party over which the Defendants had no responsibility or control.

## EIGHTH AFFIRMATIVE DEFENSE

The Defendants deny each and every allegation of the Plaintiffs' Amended Complaint except as specifically admitted above.

## NINTH AFFIRMATIVE DEFENSE

The Defendants state that there is insufficiency of process.

## TENTH AFFIRMATIVE DEFENSE

The Defendants state that there is insufficiency of service of process.

## ELEVENTH AFFIRMATIVE DEFENSE

The Defendants state that the Plaintiffs have failed to join the necessary party under Rule 19 of the Rules of Civil Procedure.

## TWELFTH AFFIRMATIVE DEFENSE

The Defendants state that Plaintiff failed to properly satisfy the notice requirements of M.G.L. . 258 §4 as the presentment requirement failed to properly notify the correct parties pursuant to the Statute.

Respectfully submitted,
The Defendants
The City of Brockton, Jesse Drane
and One or More Unknown Names
Officers of the Brockton Police Department
By their attorneys,
WYNN & WYNN, P.C.


Robert Venturo
90 New State Highway
Raynham, MA 02767
(508) 823-4567
BBO #: 652614

Dated: September _7_ , 2004

-7-

## CERTIFICATE OF SERVICE

On the ___7___ day of September , 2004, I, Robert Venturo, of the Law Firm of Wynn & Wynn, P.C., attorney for the Defendants, The City of Brockton, Jesse Drane and One Or More Unknown Named Officers of the Brockton Police Department, in the above-entitled action, hereby certify that I served a copy of the within Defendants, The City of Brockton, Jesse Drane, and One or More Unknown Named Officers of the Brockton Police Department's Plaintiffs' Complaint, upon the parties, by mailing first class mail postage prepared to:

Frederick M. McDermott, III, Esq.
95 West Elm Street
Brockton, MA 02301


Robert Venturo BBO#652614