UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

MARY GOMES, GUARDIAN OF THE
ESTATE OF RICHARD P. GOMES; and
MARY GOMES, INDIVIDUALLY,
    Plaintiffs

v.

THE CITY OF BROCKTON; THE TRIAL
COURT OF THE COMMONWEALTH OF
MASSACHUSETTS; JESSE DRANE; and ONE
OR MORE UNKNOWN NAMED OFFICERS
OF THE BROCKTON POLICE
DEPARTMENT,
    Defendants

## *WITHDRAWAL OF APPEARANCE OF COUNSEL*

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please withdraw my appearance as attorney for the Defendant, Jesse Drane and One or More Unknown Named Officers of the Brockton Police Department in the above matter.

Respectfully submitted,
The Defendants
The City of Brockton,
By their attorneys,

WYNN & WYNN, P.C.

_____
John A. Walsh      BBO#560072
90 New State Highway
Raynham, MA 02767
(508) 823-4567

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/[?]/04