UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

MARY GOMES, GUARDIAN OF THE　　　　　*
ESTATE OF RICHARD P. GOMES; and　　　*
MARY GOMES, INDIVIDUALLY,　　　　　　*
　　　　　　Plaintiffs　　　　　　　　*
v.　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
THE CITY OF BROCKTON; THE TRIAL　　　*
COURT OF THE COMMONWEALTH OF　　　　 *
MASSACHUSETTS; JESSE DRANE; and ONE *
OR MORE UNKNOWN NAMED OFFICERS　　　 *
OF THE BROCKTON POLICE　　　　　　　 *
DEPARTMENT,　　　　　　　　　　　　　*
　　　　　　Defendants　　　　　　　　*

## CHANGE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please substitute the appearance of John A. Walsh, Esquire of WYNN & WYNN, P.C., as attorney for the Defendant, The City of Brockton in place of Robert Venturo.

Respectfully submitted,
The Defendant
City of Brockton
By its attorneys,

WYNN & WYNN, P.C.

_____
John A. Walsh     BBO#560072
90 New State Highway
Raynham, MA 02767
(508) 823-4567

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/25/04.

_____