UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11464-MLW

MARY GOMES, GUARDIAN OF THE ESTATE OF
RICHARD P. GOMES, and MARY GOMES,
INDIVIDUALLY,

Plaintiffs

v.

THE CITY OF BROCKTON, THE TRIAL COURT
OF THE COMMONWEALTH OF
MASSACHUSETTS, JESSE DRANE, and ONE OR
MORE UNKNOWN NAMED OFFICERS OF THE
BROCKTON POLICE DEPARTMENT,

Defendants

NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendant Jesse Drane in the above-captioned action.

JESSE DRANE,

By his attorney,

Joseph L. Tehan, Jr. (BBO# 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

232799/METG/0588

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____.