UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11464-MLW

MARY GOMES, GUARDIAN OF THE ESTATE OF
RICHARD P. GOMES, and MARY GOMES,
INDIVIDUALLY,

Plaintiffs

v.

THE CITY OF BROCKTON, THE TRIAL COURT
OF THE COMMONWEALTH OF
MASSACHUSETTS, JESSE DRANE, and ONE OR
MORE UNKNOWN NAMED OFFICERS OF THE
BROCKTON POLICE DEPARTMENT,

Defendants

DEFENDANT JESSE DRANE'S
L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant Jesse Drane and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANT
JESSE DRANE,

_____
Jesse Drane

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

235594/METG/0588

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/15/04

_____