UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11464-MLW

MARY GOMES, GUARDIAN OF THE ESTATE OF
RICHARD P. GOMES, and MARY GOMES,
INDIVIDUALLY,

           Plaintiffs

v.

THE CITY OF BROCKTON, THE TRIAL COURT
OF THE COMMONWEALTH OF
MASSACHUSETTS, JESSE DRANE, and ONE OR
MORE UNKNOWN NAMED OFFICERS OF THE
BROCKTON POLICE DEPARTMENT,

           Defendants

DEFENDANT JESSE DRANE'S
MOTION FOR LEAVE TO FILE
AMENDED ANSWER
(ASSENTED-TO)

Now comes defendant Jesse Drane ("Drane") and hereby moves, pursuant to Fed.R.Civ.P. 15(a) for leave to file the attached Amended Answer to plaintiff's complaint.

As grounds therefor, said defendant states that review of the pleadings by the undersigned successor defense counsel to Drane has established that an Amended Answer will provide more precise and accurate responses to the allegations in the Complaint, pursuant to Fed.R.Civ.P. 8(b) and will enable Drane to assert additional affirmative defenses, including the defense of qualified

immunity, to which he is manifestly entitled pursuant to Fed.R.Civ.P. 8(c), and which were omitted from his original Answer.

ASSENTED TO:

| PLAINTIFFS, | DEFENDANT JESSE DRANE, |
|---|---|
| By their attorney, | By his attorney, |

*Frederick M. McDermott, III* (J.L.T)
Frederick M. McDermott, III
95 W. Elm Street
Brockton, MA 02301
(508) 987-8990

Joseph L. Tehan, Jr. (BBO# 494020)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

DEFENDANT CITY OF BROCKTON,

By its attorneys,

*John Walsh* (J.L.T.)
John Walsh
Wynn & Wynn, P.C.
90 New State Highway
Raynham, Ma 02767
(508)823-4567

236102/METG/0588