UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY,<br>        Plaintiffs<br><br>v.<br><br>THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT,<br>        Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### *DEFENDANT, CITY OF BROCKTON'S VOLUNTARY DISCLOSURE OF DISCOVERABLE INFORMATION PURSUANT TO FED.R.CIV.P. 26(a)(1)*

Now comes the Defendant, City of Brockton, in the above matter, pursuant to Fed.R.Civ.P. 26(a)(1) and hereby discloses that the following individuals are likely to have discoverable information that the Defendant may use to support its defenses and that the following documents are in the possession, custody and control of the Defendant and may be used thereby in support of its defenses:

A. <u>The Name and, if Known, the Address and Telephone Number of Each Individual Likely to Have Discoverable Information that the Defendants May Use in Support of Its Defenses.</u>

    1.     Plaintiffs;

    2.     Defendants;

3. Angelo Lapanner
c/o Shaw's Supermarkets
Brockton, MA

4. Sgt. Thomas M. Lafratta
c/o Brockton Police Department
7 Commercial Street
Brockton, MA 02301

5. Officer Scott Landry
c/o Brockton Police Department
7 Commercial Street
Brockton, MA 02301

6. Officer Kenneth L. Johnson
c/o Brockton Police Department
7 Commercial Street
Brockton, MA 02301

7. Officer Casiono
c/o Brockton Police Department
7 Commercial Street
Brockton, MA 02301

8. Officer Richard E. Hanscon
c/o Brockton Police Department
7 Commercial Street
Brockton, MA 02301

9. St. McCormack
Commonwealth of Massachusetts
Department of Corrections
c/o Shattuck Hospital
Jamaica Plain, MA

The above-referenced individuals are expected to testify concerning all claims set forth in the Complaint, including but not limited to the arrest and detention of the Plaintiff, Richard P. Gomes.

B.  **A Copy of, or a Description by Category and Location of, All Documents, Data Compilations, and Tangible Things That Are in the Possession, Custody or Control of the Defendants Which the Defendants May Use to Support their Defenses.**

   1. Pertinent Brockton Police Department Radio Log for June 25, 2001;

   2. Brockton Police Department Arrest Booking Report, dated June 25, 2001;

   3. Brockton Police Department Arrest Report, dated June 25, 2001;

   4. Brockton Police Department Prisoner Check Log for June 25-26, 2001;

   5. Brockton District Court Docket No. 0115-CR-005170 Record of Criminal Case.

C.  **Applicable Insurance Agreements**

Not applicable - case has been referred to the Massachusetts Insurers Insolvency Fund (GFMS No. 226352).

> Respectfully submitted,
> The Defendants
> The City of Brockton,
> By its attorneys,
> WYNN & WYNN, P.C.
>
> _____
> John A. Walsh    BBO#560072
> 90 New State Highway
> Raynham, MA 02767
> (508) 823-4567

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on January 10, 2005.

_____
John A. Walsh

```
                        BROCKTON POLICE DEPARTMENT
                          Records Terminal No. 1
                   Printed on Tue, 12/18/2001 at 13:05 Hours
                              RADIO LOG REPORT
              From 06/01/2001 at 00:01 hours to 06/30/2001 at 23:59 hours
===================================================================================
! Date: 20010625  Day: 2    Recv: 1513   Disp: 1513   Arrv: 1513   Clear: 1600
! Complaint: OUT ON PORT,INVEST       Priority: 0   Recvd by: 348  Disp by: 348
! Location: 123/MORAINE ST            Apt: 2        Sector: CW     Ward: 1  Prc: 1A
! Rpt Person: CRUZ,DELORES    Tel:                  Type: OF       Radio#: 01066830
! Unit: 2861  Off1: 348   Off2:       Dispo: INV    Fls Alm?:      Case #: 01008653
!                     41 C INVEST............................................
!                            ...........................................
!                            ...........................................
!                            ...........................................
-----------------------------------------------------------------------------------
! Date: 20010625  Day: 2    Recv: 1514   Disp: 1514   Arrv: 1514   Clear: 1514
! Complaint: SICK                     Priority: 0   Recvd by: 447  Disp by: 447
! Location: 7/COMMERCIAL ST           Apt:          Sector: CE     Ward: 5  Prc: 5A
! Rpt Person: LAURIE PICANZ   Tel:                  Type: ST       Radio#: 01066831
! Unit: STA   Off1: 216   Off2:       Dispo: CLR    Fls Alm?:      Case #: 01008650
!                     OUT SICK. ORAL SURGERY . JUNE 27-THRU-JUNE 29-01.
!                            ...........................................
!                            ...........................................
!                            ...........................................
-----------------------------------------------------------------------------------
! Date: 20010625  Day: 2    Recv: 1514   Disp: 1518   Arrv: 1522   Clear: 1738
! Complaint: LARC IN PROGRESS         Priority: 2   Recvd by: 304  Disp by: 220
! Location: 2077/MAIN ST              Apt:          Sector: SE     Ward: 4  Prc: 4D
! Rpt Person: SHAWS           Tel:                  Type: CL       Radio#: 01066832
! Unit: 2828  Off1: 242   Off2:       Dispo: ARR    Fls Alm?:      Case #: 01008654
!                     BLK FEMALE BLK SHIRT AND SHORTS FLED FROM THE
!                     STORE WITH ITEMS TOWARDS THE CENTER ON MAIN ST....
!                     CALLER NOW REPORTS A BLK MALE WITH HER'..........
!                            ...........................................
-----------------------------------------------------------------------------------
! Date: 20010625  Day: 2    Recv: 1515   Disp: 1517   Arrv: 1524   Clear: 1615
! Complaint: ACCIDENT, M/V            Priority: 1   Recvd by: 324  Disp by: 220
! Location: BELMONT ST&MANLEY ST      Apt:          Sector: SW     Ward: 3  Prc: 3D
! Rpt Person:                 Tel:                  Type: CL       Radio#: 01066833
! Unit: 2838  Off1: 377   Off2:       Dispo: RPT    Fls Alm?:      Case #: 00000000
!                     CA SENT,..................................
!                            ...........................................
!                            ...........................................
!                            ...........................................
-----------------------------------------------------------------------------------
! Date: 20010625  Day: 2    Recv: 1515   Disp: 1515   Arrv: 1515   Clear: 1541
! Complaint: OUT OF SERV, LUNCH       Priority: 0   Recvd by: 220  Disp by: 220
! Location: 7/COMMERCIAL ST           Apt:          Sector: CE     Ward: 5  Prc: 5A
! Rpt Person:                 Tel:                  Type: OF       Radio#: 01066834
! Unit: 2890  Off1: 359   Off2:       Dispo: CLR    Fls Alm?:      Case #: 00000000
-----------------------------------------------------------------------------------
```

| OBTN | BROCKTON POLICE DEPARTMENT | Case No. |
|---|---|---|
| TBRO000022573 | *Arrest Booking Report* | 01008654 |

## ARRESTEE

| Arrestee Name (Last, First, Middle Initial) | Arrest No. | Social Security No. | Caution |
|---|---|---|---|
| GOMES, RICHARD P. | 00043952 | 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 | DRUGS |

| Address | Scars, tattoos, etc. |
|---|---|
| 788/PEARL ST, BROCKTON, MA | SCAR ON FOREHEAD |

| Sex | Race | Height | Weight | Hair | Eyes | Build | Complexion | Marital Status | D.O.B. | Age | Place of Birth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | C | 508 | 160 | BLK | BRO | MED | MEDIUM | DIVORCED | 08/13/1960 | 40 | BOSTON |

| Father's Name | Mother's Maiden Name | Wife's Maiden Name | Husband's First Name | Weekly Wage |
|---|---|---|---|---|
| JOSEPH | RODRIGUES | MARIA LOPES | | |

| Occupation | Employer | Alias/Nickname 1 |
|---|---|---|
| | | BARBOSA, RICHARD |

| Alias/Nickname 2 | Alias/Nickname 3 |
|---|---|

## CHARGE

| Charge(s) | MGL Chapter/Section | Warrant Number |
|---|---|---|
| 1) SHOPLIFTING | 266-30A | |
| 2) FALSE NAME/SS# PO | 268-34E | |
| 3) WARRANT (DEFAULT) | | 0002CR002530 |
| 4) WARRANT (DEFAULT) | | 0085CR000447 |
| 5) WARRANT (FOREIGN) | | 0133CR001556 |
| 6) WARRANT (FOREIGN) | | 0055CR000840 |

| Arrest Date | Time | Arrest Location | Arresting Officer 1 | Arresting Officer 2 | Domestic Violence? |
|---|---|---|---|---|---|
| 06/25/2001 | 15:53 | 2077/MAIN ST | DRANE, JR. JESSE | | NO |

## CONTROL

| Booking Date | Time | Booking Officer | Cell No. | Matron | Police Department on Warrant |
|---|---|---|---|---|---|
| 06/25/2001 | 16:35 | DRANE, JR. JESSE | 20 | | |

| Rights given by | Visible Injuries? | Comments |
|---|---|---|
| LAFRATTA THOMAS | NO | at hospital, had given false info |

| Searched by | No. Codefendants | Codefendant(s) Name(s) |
|---|---|---|
| DRANE, JR. JESSE | | |

## JUVENILE

| Person to notify | Relationship | Address | Telephone No. | Date/time notified |
|---|---|---|---|---|

| Probation Officer | Release or Hold | Notified by | Juvenile released to (Signature) |
|---|---|---|---|

## RELEASE

| I was informed of my right to remain silent, to use a telephone, at my own expense, for the purpose of communicating with family or friends, to arrange bail or to call an attorney. | Arrestee Signature |
|---|---|

| Telephone used? (yes or no) | Bail Amount | Date/time Released | Released by |
|---|---|---|---|
| | Hold | 06-25-01 | Ofc Cardaro  Released to Ofc Sullivan |

```
!----------------------!                              !--------------------!
! Offense/Incident     !                              ! Case No.           !
!                      !  BROCKTON POLICE DEPARTMENT  !                    !
! LARC SHOPLI 50-200   !        ARREST REPORT         !     01008654       !
!----------------------!------------------------------!--------------------!
! Offense Date and Time ! Day ! Arrest Date and Time ! Day ! Domestic Violence?!
! 06/25/2001   15:18    ! Mon ! 06/25/2001   15:53   ! Mon !       NO           !
!-----------------------------------------------------------------------------!
! Location of Offense           ! Apt ! Sector ! Wrd ! Prec ! Arresting Officer !
! 2077/MAIN ST                  !     !   SE   !  4  !  4D  ! DRANE, JR. JESSE  !
!-----------------------------------------------------------------------------!
! Defendant's Name              ! Sex ! Race ! Hgt ! Wgt ! D.O.B.     !  A/J  !
! GOMES        JOSEPH           !  M  !  C   ! 508 ! 160 ! 02/25/1959 ! ADULT !
!-----------------------------------------------------------------------------!
! Defendant's Address                        ! Social Security No.           !
! 21 CUSTER ST BROCKTON MA                   !    033605612                  !
!-----------------------------------------------------------------------------!
! Weapon(s) Used                  ! Location of Arrest                        !
!                                 ! 2077/MAIN ST                              !
!-----------------------------------------------------------------------------!
! Witness 1                       ! Sex ! Race ! D.O.B                        !
! LAPANNA     ANGELO              !  M  !  W   !                              !
!-----------------------------------------------------------------------------!
! Residence Address                          ! Res Telephone ! Bus Telephone  !
! 2077/MAIN ST, (C/O SHAW'S SUPERMARKETS)    !               ! 5085883393     !
!-----------------------------------------------------------------------------!
!     Narrative:                                                              !
!  1 !   On Monday, 2001/06/25 at approx 1513hrs. I was dispatched to 2077    !
!  2 ! Main Street on the report of a female and male shoplifters. I was ap-  !
!  3 ! proached by the Loss Prevention Officer Angelo Lapanna, he stated that !
!  4 ! the 2 parties had entered the store and started stealing items. They   !
!  5 ! were observed doing this by Angelo (loss prevention) and when he app-  !
!  6 ! roached them they put the things down and proceeded to run out of the  !
!  7 ! store. They both were apprehended at the CVS store on Main street.     !
!  8 !    The male party gave me a number of names and different dates of     !
!  9 ! births. The male gave me a name of Joseph Gomes with a D.O.B 02/25/59  !
! 10 !    Joseph was placed under arrest for giving false names and S.S.#'and !
! 11 ! also charged with stealing over $25.00 dollars worth of merchandise    !
! 12 ! from Shaw's, the female was released and will be summonsed in at a     !
! 13 ! later date. Joseph was transported to the station for booking and     !
! 14 ! rights.                                                                !
!-----------------------------------------------------------------------------!
! Signed under the pains & penalties of perjury. (Arresting Officer Signature)!
!                                                                             !
!-----------------------------------------------------------------------------!
!  Report Date      ! Supervisors Signature                                   !
!                   !                                                         !
!-----------------------------------------------------------------------------!
```

4-12 PM       6-25-01.

| Time of Check | M | F | Juv | Total | Condition of Prisoners | Explanation of condition | Officer Name | ID # |
|---|---|---|---|---|---|---|---|---|
| 1900 | 4 | | | 4 | ok | ok | Stewart | 436 |
| 1915 | 4 | | | 4 | ok | ok | | |
| 1930 | 4 | | | 4 | ok | ok | O'Malley | 366 |
| 1945 | 3 | | | 3 | # 1 Bailed | ok | | |
| 2000 | 3 | | | 3 | ok | ok | | |
| 2015 | 3 | | | 3 | ok | ok | | |
| 2030 | 3 | | | 3 | ok | | | |
| 2045 | 3 | | | 3 | | | | |
| 2100 | 3 | | | 3 | | | | |
| 2115 | 3 | | | 3 | | | | |
| 2130 | 3 | | | 3 | | | | |
| 2145 | 3 | | | 3 | | | | |
| 2200 | 3 | | | 3 | | | | |
| 2215 | 1 | | | 1 | | | | |
| 2230 | 1 | | | 1 | | | | |
| 2245 | 1 | | | 1 | | | | |
| 2300 | 1 | | | 1 | | | | |
| 2315 | | 2 | | 2 | | | | |
| 2330 | | 2 | | mm | | | | |
| 2345 | | 2 | | mm | 3 BAILED | | | |
| 2400 | | 2 | | mm | ok | ok | O'Malley | 366 |

Powers 6-26-01 12-8 shift

| Time of Check | M | F | Juv | Total | Condition of Prisoners | Explanation of condition | Officer Name | ID # |
|---|---|---|---|---|---|---|---|---|
| 1200 | 1 | 2 | 0 | 3 | | | MKP | 367 |
| 1215 | 2 | 2 | 0 | 4 | 1 male Booked | OK | MKP | 367 |
| 1230 | 3 | 1 | 0 | 4 | 1 female Booked | OK | MKP | 367 |
| 1245 | 4 | 1 | 0 | 5 | 1 male Booked | OK | MKP | 367 |
| 0100 | 5 | 1 | 0 | 6 | 1 male Booked | OK | MKP | 367 |
| 0115 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0130 | 5 | 1 | 1 | 7 | 1 Juv Booked | | MKP | 367 |
| 0145 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0200 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0215 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0230 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0245 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0300 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0315 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0330 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0345 | 5 | 1 | 1 | 7 | Probation took custody of Juv | | MKP | 367 |
| 0400 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0415 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0430 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0445 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0500 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0515 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0530 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0545 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0600 | 6 | 1 | 0 | 7 | 1 male Booked take to Brockton Hosp | | MKP | 367 |
| 0615 | 6 | 0 | 0 | 6 | 1 female taken to Brockton Hospital (seizure) | | MKP | 367 |
| 0630 | 6 | 0 | 0 | 6 | fed prisoners | | MKP | 367 |
| 0645 | 6 | 0 | 0 | 6 | Prisoner trasport 4 males 1 female to District | | MKP | 367 |
| 0700 | 2 | 0 | 0 | 2 | Two males at Brockton Hospital | | MKP | 367 |
| 0715 | 2 | 0 | 0 | 2 | | | MKP | 367 |
| 0730 | 2 | 0 | 0 | 2 | | | MKP | 367 |
| 0745 | 2 | 0 | 0 | 2 | | | MKP | 367 |
| 0800 | 2 | 0 | 0 | 2 | | | MKP | 367 |
| 1100 | 3 | | | 3 | 1 PC 1 Prisoner | OK | MW | 331 |
| 1115 | 1 | | | | | OK | MW | 331 |
| 1130 | | | | | | OK | MW | 331 |
| 1145 | 1 | | | | 1 prisoner transport, 1 PC | | MW | 331 |

| RECORD OF CRIMINAL CASE | DOCKET NO. 0115 CR 005170 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| DEFENDANT NAME RICHARD P GOMES | | COURT NAME & ADDRESS BROCKTON TRIAL COURT 215 MAIN ST P.O. BOX 7610 BROCKTON MA 02303-7610 (508) 587-8000 |
| DEFENDANT ALIAS(ES) | | |

| DEFENDANT ADDRESS 788 PEARL ST | CITY / TOWN BROCKTON | | STATE MA | ZIP CODE 02401 |
|---|---|---|---|---|
| SEX M | DATE OF BIRTH 8/13/60 | CITY OF BIRTH BOSTON | STATE OF BIRTH MA | SOCIAL SECURITY NO. 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 |
| MOTHER'S MAIDEN NAME RODRIGUIZ, MARY | | FATHER'S NAME GOMES, JOSEPH | | |
| PCF NO. 426691 | SID NO. | DRIVERS LICENSE NO. | | LICENSE STATE |

### CASE INFORMATION

| NO. COUNTS 2 | POLICE DEPT BRO | POLICE INCIDENT NO. 01008654 | OFFENSE LOCATION BROCKTON | ARREST DATE 6/25/01 | MV CITATION NO. |
|---|---|---|---|---|---|
| CURRENT DEFENSE ATTORNEY | | | ATTORNEY TYPE | | |
| CURRENT PROSECUTOR | | | COMPLAINANT DURFEE, SGT. PAUL W. | | |

### OFFENSE AND JUDGMENT INFORMATION

COUNT: 1  OFFENSE DATE: JUNE 25, 2001
266/30A/A          SHOPLIFTING BY ASPORTATION

JUDGMENT DATE: 6/27/01                JUDGMENT JUDGE: HON. DAVID G. NAGLE JR.
JUDGMENT METHOD: DISMISSED            JUDGMENT: DISMISSED

COUNT: 2  OFFENSE DATE: JUNE 25, 2001
268/34A            FALSE NAME/SSN, ARRESTEE FURNISH

JUDGMENT DATE: 6/27/01                JUDGMENT JUDGE: HON. DAVID G. NAGLE JR.
JUDGMENT METHOD: DISMISSED            JUDGMENT: DISMISSED

---

### DOCKET ENTRIES

| DATE | CODE | DOCKET ENTRY | JDG/MAG | ACTION DATE |
|---|---|---|---|---|
| 6/27/01 | AC | APPLICATION FOR COMPLAINT FILED | | |
| 6/27/01 | ZCI | COMPLAINT ISSUED | KML | |
| 6/27/01 | ARR | ARRAIGNMENT SCHEDULED FOR | | 6/27/01 |
| 6/27/01 | PI | PROBATION INTAKE FORM PRINTED | KML | |
| 6/27/01 | JHH | JUDGE'S HEARING HELD | DGN | 6/27/01 |
| 6/27/01 | ZDD | DEFENDANT DISCHARGED ALL COUNTS; CASE CLOSED | DGN | |
| 6/27/01 | JE | JUDGMENT ENTERED | DGN | |
| 9/19/01 | | SSN CHANGED FROM: 033 52 5612 | | |
| 9/19/01 | | PCF CHANGED FROM T0047361 | | |

| PAGE 1 | DATE RECORD PRINTED 11/05/04 | A TRUE COPY ATTEST | CLERK MAGISTRATE *[signature]* |
|---|---|---|---|

91A 11/05/04 12:01 PM