UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11464-MLW

MARY GOMES, GUARDIAN OF THE ESTATE OF
RICHARD P. GOMES, and MARY GOMES,
INDIVIDUALLY,

        Plaintiffs

v.

THE CITY OF BROCKTON, THE TRIAL COURT
OF THE COMMONWEALTH OF
MASSACHUSETTS, JESSE DRANE, and ONE OR
MORE UNKNOWN NAMED OFFICERS OF THE
BROCKTON POLICE DEPARTMENT,

        Defendants

JOINT SCHEDULING STATEMENT

I.    MATTERS TO BE DISCUSSED AT THE CONFERENCE

    A.    Phased discovery as contemplated by Local Rule 16.1(D)(1)(b), including a schedule for summary judgment motions with respect to, among other issues: (1) whether an essential element of plaintiffs' case against the commonwealth – that Richard Gomes was transported to the Brockton Trial Court – is entirely erroneous, negating any potential liability; and (2) whether plaintiffs' claims against the Commonwealth for damages are barred by the Eleventh Amendment to the United States Constitution, sovereign immunity and/or lack of subject matter jurisdiction.

II.    PRE-TRIAL DISCOVERY PLAN

    A.    All Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) to be served by January 31, 2005;

    B.    The parties shall serve requests for production of documents relating to matters described in I-A, above, on or before February 17, 2005, and such requests shall be limited to 20 in number, including subparts.

C. Summary judgment motions with respect to the matters described in I-A, above, shall be filed and served no later than May 10, 2005.

D. Additional Discovery as follows:

1. Written discovery completed by October 10, 2005;
2. Fact depositions completed by October 30, 2005;
3. Plaintiffs' expert witnesses identified by November 10, 2005;
4. Defendants' expert witnesses identified by December 10, 2005;
5. Depositions of expert witnesses completed by February 1, 2006;
6. Additional summary judgment motions filed by March 15, 2006;
7. A Rule 56 hearing, if necessary/pre-trial conference will be held in April, 2006.

## CERTIFICATIONS

E. L.R. 16.1 certifications of conferral will be filed separately.

## ALTERNATIVE DISPUTE RESOLUTION

F. The parties do not believe that alternative dispute resolution is appropriate at this stage in the proceedings.

## CONSENT TO TRIAL BY MAGISTRATE

G. The parties do not consent to trial by Magistrate.

| PLAINTIFFS | DEFENDANT CITY OF BROCKTON, |
|---|---|
| By their attorney, | By its attorney, |
| /s/Frederick M. McDermott (JC)<br>Frederick M. McDermott, III (BBO# 558208)<br>95 West Elm Street<br>Brockton, MA  02301<br>(508) 897-8990 | /s/John A. Walsh (JC)<br>John A. Walsh (BBO# 560072)<br>Wynn & Wynn, P.C.<br>90 New State Highway<br>Raynham, MA 02767<br>(508) 823-4567 |
| | |

| DEFENDANT TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS<br><br>By its attorneys,<br><br><br>/s/Ronald Kehoe (JC)<br>Jason B. Barshak (BBO# 564040)<br>Ronald Kehoe (BBO#264260)<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>One Ashburton Place, Rm. 1813<br>Boston, MA 02108<br>(617) 727-2200 | DEFENDANT JESSE DRANE<br><br>By his attorneys,<br><br><br>/s/Jackie Cowin<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Jackie Cowin (BBO# 655880)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |
|---|---|

231153/METG/0588