UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-11464 MLW

| | |
|---|---|
| **MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES and MARY GOMES, INDIVIDUALLY,** | ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT,** | ) ) ) ) ) ) ) |
| **Defendants.** | ) ) |

**DEFENDANT, THE TRIAL COURT OF THE
COMMONWEALTH OF MASSACHUSETTS'
L.R. 16.1(D)(3) CERTIFICATE**

Now comes defendant, the Trial Court of the Commonwealth and the undersigned counsel and hereby affirm that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

                                        COMMONWEALTH OF MASSACHUSETTS
                                        By its Attorneys

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL


/s/Christopher Quaye, Esq.         /s/Jason B. Barshak
Christopher Quaye, Esq.           Jason B. Barshak, BBO # 564040
Representative of the Trial Court  Assistant Attorney General
                                              Government Bureau/Trial Division
                                              One Ashburton Place, Rm. 1813
                                              Boston, MA 02108
                                              (617) 727-2200, Ext. 3316

Date:

**CERTIFICATE OF SERVICE**

    I, Jason B. Barshak, Assistant Attorney General, hereby certify that I have this day, , served the foregoing **document**, upon all parties, by mailing a copy, first class, postage prepaid to:

    Frederick M. McDermott, III, Esq.
    95 West Elm St.
    Brockton, MA 02301
    Tel. (508) 897-8990


_____
Jason B. Barshak
Assistant Attorney General
Trial Division