UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES, et al., *Plaintiffs*, | ) ) ) ) Civil Action No. 04-11464 MLW |
| v. | ) ) |
| THE CITY OF BROCKTON, et al., *Defendants*. | ) ) ) ) |

## PLAINTIFFS' AUTOMATIC DISCLOSURES
- Pursuant to Fed. R. Civ. P. 26(a)(1) -

Pursuant to Fed. R. Civ. P. 26(a)(1), plaintiffs hereby make the following automatic discovery disclosures to the defendants:

(A) Other than the plaintiffs and the defendants, the name of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings are – along with their last know address and telephone number, if any – appears in the witness list appended hereto under "Exhibit A":

(B) A description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of plaintiffs that are relevant to disputed facts alleged with particularity in the pleadings, is appended hereto as "Exhibit B."

(C) Plaintiffs have not yet obtained complete records of the plaintiff ward's medical bills, and is in the process of obtaining and compiling same which ought to be completed shortly. Also, plaintiff ward's future medicals and care necessitated by the injuries

Commonwealth of Massachusetts (The Trial Court) is, by its counsel the Attorney General, believed to have superior and more immediate access to information regarding the plaintiff ward's medical bills as it is believed that the plaintiff ward, in being treated by the health care providers listed in "Exhibit A," was a recipient of "MassHealth" the Medicaid program administered by the Division of Medical Assistance of the Executive Office of Health and Human Services of the defendant Commonwealth.

(D) Plaintiffs do not have in their custody or control copies of any insurance policies available to satisfy any judgment or portion thereof.

 

Respectfully submitted

_____
Frederick M. McDermott,, BBO# 558208
95 West Elm Street
Brockton, Massachusetts 02301
Tel. (508) 897-8990
*Counsel for Plaintiffs*

Dated: **EXHIBIT "A"**

Marion Eakin, M.D.
Spaulding Rehabilitation Hospital
125 Nashua Street, Boston, MA 02114-1198
(617) 855-2195

Anna Georgiopoulos, M.D.
Massachusetts General Hospital

55 Fruit Street, Boston, MA  02114
(617) 726-2000

Suruchi Chandra, M.D.
Massachusetts General Hospital
55 Fruit Street, Boston, MA  02114
(617) 726-2000

Dr. Michael Randon
Greenery Rehabilitation & Skilled Nursing Center
23 Isaac Street, Middleboro, MA  02346
(508) 947-9295

Brockton Hospital
680 Centre Street, Brockton, MA  02302
(508) 941-7000

Lemuel Shattuck Hospital
170 Morton Street, Jamaica Plain, MA  02130
(617) 522-8110

Talease Pina
(address and telephone number currently unknown)

Lawrence P. Novak, Esquire*
235 Candy Lane, Brockon, MA  02301
(508) 587-8400

John F. Doherty, Esquire*
20 Foster Road, Braintree, MA  02184
(781) 843-8999


*These individuals are attorneys who represented either the guardian or the ward, or both. Discoverable information in the possession of these persons does not include information or materials subject to the attorney-client privilege or information or materials subject to the work product quasi-privilege.

## EXHIBIT "B"

## AUTOMATIC DOCUMENT DISCLOSURE

| **Category** | **Location** |
|---|---|
| Medical Records / Bills<br>Brockton Hospital | Keeper of the Records<br>Brockton Hospital<br>680 Centre Street, Brockton, MA  02302 |

| | |
|---|---|
| Medical Records / Bills Massachusetts General Hospital | Keeper of the Records Massachusetts General Hospital 55 Fruit Street, Boston, MA 02114 |
| Medical Records / Bills Spaulding Rehabilitation Hospital | Keeper of the Records Spaulding Rehabilitation Hospital 125 Nashua Street, Boston, MA 02114-1198 |
| Medical Records / Bills Lemuel Shattuck Hospital | Keeper of the Records Lemuel Shattuck Hospital 170 Morton Street, Jamaica Plain, MA 02130 |
| Medical Records / Bills Greenery Rehabilitation & Skilled Nursing Center | Keeper of the Records Greenery Rehabilitation & Skilled Nursing Center 23 Isaac Street, Middleboro, MA 02346 |
| Criminal Court Papers in Connection with the Arrest Pleaded in Plaintiffs' Complaint | Kevin P. Creedon, Clerk-Magistrate Brockton District Court 215 Main Street Brockton, MA 02301 |
| Guardianship Court Papers in Connection with Plaintiff Mary Gomes Appointment | Robert McCarthy, Register of Probate Plymouth Probate and Family Court Russell Street Plymouth, MA |