UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. No. 04-11464 MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES and MARY GOMES, INDIVIDUALLY, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT, THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS' L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant, the Trial Court of the Commonwealth and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

|  |  |
|---|---|
| *(signature)* | COMMONWEALTH OF MASSACHUSETTS<br>By its Attorneys<br><br>THOMAS F. REILLY<br>ATTORNEY GENERAL<br><br>*(signature)* Jason B. Barshak (RFK)<br><br>Jason B. Barshak, BBO # 564040<br>Assistant Attorney General<br>Government Bureau/Trial Division<br>One Ashburton Place, Rm. 1813<br>Boston, MA 02108<br>(617) 727-2200, Ext. 3316 |

Christopher Quaye, Esq.
Representative of the Trial Court

Date: 1-31-05

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1-31-05

*(signature)* Jason B. Barshak