UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
MARY GOMES, GUARDIAN OF THE    )
ESTATE OF RICHARD P. GOMES;    )
and MARY GOMES, INDIVIDUALLY,  )
                               )
     Plaintiffs,               )
                               )   C.A. No. 04-11464-MLW
v.                             )
                               )
THE CITY OF BROCKTON;          )
THE TRIAL COURT OF THE         )
COMMONWEALTH OF MASSACHUSETTS; )
JESSE DRANE; and ONE OR MORE   )
UNKNOWN NAMED OFFICERS OF THE  )
BROCKTON POLICE DEPARTMENT,    )
                               )
     Defendants.               )
_____)
```

**DEFENDANT TRIAL COURT OF THE COMMONWEALTH'S MOTION
TO DISMISS OR FOR SUMMARY JUDGMENT**

NOW comes the defendant Trial Court of the Commonwealth and moves, pursuant to Fed.R.Civ.P. Rules 12(b)(6) and 56, to dismiss or for summary judgment in its favor.  Plaintiff Mary Gomes has brought this action on her own behalf and that of her ward and son, Richard P. Gomes (collectively referred to as "Gomes"), against the Trial Court of the Commonwealth of Massachusetts ("the Trial Court") and various other defendants. Mary Gomes claims that her son Richard suffered a diabetic seizure and other injuries as a consequence of the defendants' failure to allow him access to his insulin medication while he

-2-

was in their custody and control.

As fully set forth in the accompanying Memorandum, Gomes' claims against the Trial Court should all be dismissed or summary judgment entered in favor of the Trial Court for the simple reason that Gomes was not in its custody during any time relevant to his diabetic seizure.

**TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS,**

**By its Attorneys,**

**THOMAS F. REILLY**
**Attorney General**


**/s/ Charles M. Wyzanski**
**Charles M. Wyzanski**
**Assistant Attorney General**
**B.B.O. No. 536040**
**200 Portland Street**
**Boston, MA. 02202**
**Tel. No. (617) 727-2200**