# EXHIBIT A

Case 1:04-cv-11464-MLW    Document 27-2    Filed 06/29/2005    Page 1 of 12

# BROCKTON POLICE DEPARTMENT
## Arrest Booking Report

| OBTN | Case No. |
|---|---|
| BRO000022573 | 01008654 |

### ARRESTEE

| Arrestee Name (Last, First, Middle Initial) | Arrest No. | Social Security No. | Caution |
|---|---|---|---|
| GOMES, RICHARD P. | 00043952 | 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 | DRUGS |

| Address | Scars, tattoos, etc. |
|---|---|
| 788/PEARL ST, BROCKTON, MA | SCAR ON FOREHEAD |

| Sex | Race | Height | Weight | Hair | Eyes | Build | Complexion | Marital Status | D.O.B. | Age | Place of Birth |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | C | 508 | 160 | BLK | BRO | MED | MEDIUM | DIVORCED | 08/13/1960 | 40 | BOSTON |

| Father's Name | Mother's Maiden Name | Wife's Maiden Name | Husband's First Name | Weekly Wage |
|---|---|---|---|---|
| JOSEPH | RODRIGUES | MARIA LOPES | | |

| Occupation | Employer | Alias/Nickname 1 |
|---|---|---|
| | | BARBOSA, RICHARD |

| Alias/Nickname 2 | Alias/Nickname 3 |
|---|---|
| | |

### CHARGE

| Charge(s) | MGL Chapter/Section | Warrant Number |
|---|---|---|
| 1) SHOPLIFTING | 266-30A | |
| 2) FALSE NAME/SS# PO | 268-34E | |
| 3) WARRANT (DEFAULT) | | 0002CR002530 |
| 4) WARRANT (DEFAULT) | | 0085CR000447 |
| 5) WARRANT (FOREIGN) | | 0133CR001556 |
| 6) WARRANT (FOREIGN) | | 0055CR000840 |

| Arrest Date | Time | Arrest Location | Arresting Officer 1 | Arresting Officer 2 | Domestic Violence? |
|---|---|---|---|---|---|
| 06/25/2001 | 15:53 | 2077/MAIN ST | DRANE, JR. JESSE | | NO |

### CONTROL

| Booking Date | Time | Booking Officer | Cell No. | Matron | Police Department on Warrant |
|---|---|---|---|---|---|
| 06/25/2001 | 16:35 | DRANE, JR. JESSE | 20 | | |

| Rights given by | Visible Injuries? | Comments |
|---|---|---|
| LAFRATTA THOMAS | NO | at hospital had given false info. |

| Searched by | No. Codefendants | Codefendant(s) Name(s) |
|---|---|---|
| DRANE, JR. JESSE | | |

### JUVENILE

| Person to notify | Relationship | Address | Telephone No. | Date/time notified |
|---|---|---|---|---|
| | | | | |

| Probation Officer | Release or Hold | Notified by | Juvenile released to (Signature) |
|---|---|---|---|
| | | | |

### RELEASE

| I was informed of my right to remain silent, to use a telephone, at my own expense, for the purpose of communicating with family or friends, to arrange bail or to call an attorney. | Arrestee Signature |
|---|---|
| | |

| Telephone used? (yes or no) | Bail Amount | Date/time Released | Released by |
|---|---|---|---|
| | Hold | 06-25-01 | Ofc Vardaro / Released to Ofc Sullivan |

# EXHIBIT B

| RECORD OF CRIMINAL CASE | DOCKET NO. 0115 CR 005170 | Trial Court of Massachusetts District Court Department |
|---|---|---|

| DEFENDANT NAME | COURT NAME & ADDRESS |
|---|---|
| RICHARD P GOMES | BROCKTON TRIAL COURT |
| DEFENDANT ALIAS(ES) | 215 MAIN ST P.O. BOX 7610 |
|  | BROCKTON MA 02303-7610 |
|  | (508) 587-8000 |

| DEFENDANT ADDRESS | CITY / TOWN | STATE | ZIP CODE |
|---|---|---|---|
| 788 PEARL ST | BROCKTON | MA | 02401 |

| SEX | DATE OF BIRTH | CITY OF BIRTH | STATE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| M | 8/13/60 | BOSTON | MA | 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 |

| MOTHER'S MAIDEN NAME | FATHER'S NAME |
|---|---|
| RODRIGUIZ, MARY | GOMES, JOSEPH |

| PCF NO | SID NO. | DRIVERS LICENSE NO. | LICENSE STATE |
|---|---|---|---|
| 426691 | | | |

## CASE INFORMATION

| NO. COUNTS | POLICE DEPT | POLICE INCIDENT NO. | OFFENSE LOCATION | ARREST DATE | MV CITATION NO. |
|---|---|---|---|---|---|
| 2 | BRO | 01008654 | BROCKTON | 6/25/01 | |

| CURRENT DEFENSE ATTORNEY | ATTORNEY TYPE |
|---|---|
| | |

| CURRENT PROSECUTOR | COMPLAINANT |
|---|---|
| | DURFEE, SGT. PAUL W. |

## OFFENSE AND JUDGMENT INFORMATION

```
COUNT:    1 OFFENSE DATE: JUNE 25, 2001
266/30A/A      SHOPLIFTING BY ASPORTATION

JUDGMENT DATE: 6/27/01              JUDGMENT JUDGE: HON. DAVID G. NAGLE JR.
JUDGMENT METHOD: DISMISSED          JUDGMENT: DISMISSED

COUNT:    2 OFFENSE DATE: JUNE 25, 2001
268/34A        FALSE NAME/SSN, ARRESTEE FURNISH

JUDGMENT DATE: 6/27/01              JUDGMENT JUDGE: HON. DAVID G. NAGLE JR.
JUDGMENT METHOD: DISMISSED          JUDGMENT: DISMISSED
```

### DOCKET ENTRIES

| DATE | CODE | DOCKET ENTRY | JDG/MAG | ACTION DATE |
|---|---|---|---|---|
| 6/27/01 | AC | APPLICATION FOR COMPLAINT FILED | | |
| 6/27/01 | ZCI | COMPLAINT ISSUED | KML | |
| 6/27/01 | ARR | ARRAIGNMENT SCHEDULED FOR | | 6/27/01 |
| 6/27/01 | PI | PROBATION INTAKE FORM PRINTED | KML | |
| 6/27/01 | JHH | JUDGE'S HEARING HELD | DGN | 6/27/01 |
| 6/27/01 | ZDD | DEFENDANT DISCHARGED ALL COUNTS; CASE CLOSED | DGN | |
| 6/27/01 | JE | JUDGMENT ENTERED | DGN | |
| 9/19/01 | | SSN CHANGED FROM: 033 52 5612 | | |
| 9/19/01 | | PCF CHANGED FROM T0047361 | | |

| PAGE | DATE RECORD PRINTED | A TRUE COPY ATTEST | CLERK-MAGISTRATE |
|---|---|---|---|
| 1 | 3/24/03 | | [signature] |

CRF21A 3/24/03 10:11 AM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                )
MARY GOMES, GUARDIAN OF THE     )
ESTATE OF RICHARD P. GOMES;     )
and MARY GOMES, INDIVIDUALLY,   )
                                )
     Plaintiffs,                )
                                )    C.A. No. 04-11464-MLW
v.                              )
                                )
THE CITY OF BROCKTON;           )
THE TRIAL COURT OF THE          )
COMMONWEALTH OF MASSACHUSETTS;  )
JESSE DRANE; and ONE OR MORE    )
UNKNOWN NAMED OFFICERS OF THE   )
BROCKTON POLICE DEPARTMENT,     )
                                )
     Defendants.                )
_____)

## AFFIDAVIT OF KENNETH GALLIGAN

Kenneth Galligan hereby deposes and swears of his own personal knowledge that:

1. I have been employed by the City of Brockton as Chief of its Fire Department since 1993.

2. Whenever a medical emergency in the City of Brockton requires it, an ambulance is dispatched and a record by the Fire Department made and kept in the ordinary course of business.

3. The attached record is a true and accurate copy of a Form 1-A Incident Report, which is a record, made in good faith, in the ordinary course of business, at or near the

time of the event described, not in anticipation of any civil litigation.

4. The attached Form 1-A Incident Report documents that at approximately 6:09 a.m. on June 26, 2001, the Squad A Company responded to a medical emergency at 7 Commercial Street, which is the address of the Brockton Police Department.

5. Joe Gomes was thought to be suffering from a "diabetic reaction" and was thereafter transported by American Medical Response CA-2 from the Brockton Police Department to the facility identified as "Brock," the abbreviation used by the Fire Department for the Brockton Hospital. American Medical Response is an ambulance company which has the exclusive contract for ambulance transportation in Brockton.

Signed under the pains and penalties of perjury this 27th day of June, 2005.

*Kenneth F. Galligan*
Kenneth Galligan

## FORM 1-A
## INCIDENT REPORT

Members Responding:
S. McLean
Wm Hill
C. Byers

### MEDICAL EMERGENCY
### PATIENT INFORMATION

Name: Joe Coomes
Address: Custer St
Brockton
Age: 41  Male ☑  Female ☐
Primary Problem: diabetic reaction

BP: __/__  Pulse: ____
O2 Yes ☑  No ☐
Defibrillator Yes ☐  No ☐
Treatment Given/Actions Taken:

Date: 26 Nov Jun 01
Incident No. 0929
Company: SA
Location: 7 Commercial St

Type of Call: EMS
Result of Call: ____
Time Out: 0609
Time In: 0624   Box No. ____
IC: ____
Remarks:

detailed FF Wm Hill to
CA-2 as driver

Transported by: CA-2
Facility: Brock

Signature of Company Officer:
Lt John D. Kelly

LIBERTY PRINT

# EXHIBIT C

# BROCKTON COURT COMPLEX
## LOCK UP LIST

DATE: 6-26-01   DAY: Tuesday   PAGE 1 of ___

| CELL | TIME IN | TIME OUT | SEX | NAME | PD/INST | SESS | DIST/JUV/PRO/HOU | DOCKET | O-5/HOLD/HABE/SMIT | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6:50 | 1:00pm | m | Johnson Van | Bk | A | 7 | 01-005141 | | Released warrants 7-19-01 w/o @ warrants |
| 2 | 6:50 | 10:30 | m | Japer Darryle | Bk | A | 7 | 01-005139 | | |
| 3 | 6:50 | 1:00pm | m | Goodman Antwoin | Bk | A | 1 | 01-005138 | | Released Lyms Stockton @ warrants |
| 4 | 6:50 | 12:15 | m | Mihalut Scott | Bk | A | 7 | 00-006916 | | Loms bme @ warrants 7-24-01 |
| 5 | 7:00 | 5:40 | F | Brown Michelle | Bk | A | 7 | 99-01-3126 | | leases warrants 60 days comm @ Demestelese |
| 6 | 8:20 | 5:30 | m | Aponte Jose | Ply | 8 | 7 | 01-003448 | | |
| 7 | 8:20 | 5:30 | m | Baio Jose | Ply | 8 | 1 | 98-008831 | | 6-7-26-01 w/o bail @ 7-10-01 same bail |
| 8 | 8:20 3:20pm | | m | Barbosa Raul | Ply | 8 | 7 | 01-004150 | | |
| 9 | 8:20 | 5:30 | m | Cannon Damon | Ply | 8 | 7 | 01-003276 witness | 7 | (HABE) send back @ Dys Dept. |
| 10 | 8:20 | 12:50pm | m | Carasquillo Rico | Ply | 10 | 7 | 01-000975 | | Released no violation |
| 11 | 8:20 | 4:35 | m | Mckekan Brian | Ply | 10 | 7 | 00-004186 | | |
| 12 | 8:20 | 3:20pm | m | James Lee | Ply | 8 | 7 | 01-004474 | | 7-26-01 300 2 mls 6-27-01 1b 35000 |
| 13 | 8:20 | 5:50 | m | Moreira Agisto | Ply | 9 | 7 | 01-053640 escape RSIC | | Released 7-13-01 |
| 14 | 8:20 12:30pm | | m | Nelson David | Ply | 9 | 7 | 00-064010 | | 3 cases (HABE) Dys Detainer today scum deemed sev |
| 15 | 8:20 | 5:50 | m | Peets Jason | Ply | 10 | 7 | 01-000975- | 7 | |

CUSTODY COUNT

| DISTRICT | | JUVENILE | | PROBATE | | HOUSING | |
|---|---|---|---|---|---|---|---|
| MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |

DC 26  Pro 1  Juv 1

# BROCKTON COURT COMPLEX
## LOCKUP LIST

PAGE 2 of ___

DATE: 6-26-01    DAY: Tuesday

| CELL | # | TIME IN | TIME OUT | SEX | NAME | PD/INST | SESS | DIST/JUV/PRO/HOU | DOCKET | Q-5/HOLD/HABE/SMIT | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1 | 8:40 | 11:50 | M | Manley, Donald | Ply | A | ✓ | 01-04311 | | 75.01 $4500 (P) warrants |
| | 2 | 8:40 | 11:50 | M | Vines, Brian | Ply | 8 | ✓ | PC 01-03816 | ✓ | Supermit 7-19-01 (P) warrants |
| | 3 | 9:18 | 11:30 | M | Fernandes, Robert | WBW | A | ✓ | 0131CR000239 | | Was Taunton (P) |
| | 4 | 9:25 | 10:50 | M | Reardon, Michael | Bristol | A | ✓ | 00-3651 | | 1 year comm (P) |
| | 5 | 9:35 | 11:50 | M | Chin, Alan | Bri | A | ✓ | 01-5146 | | 7-25-01 30cc (P) |
| | 6 | 9:40 | 1:05 | M | Jackson, David | Worcester | A | ✓ | 0115ER2242 | ✓✓ | (HABE) Do Not Release (HABE) 60 day comm concurrent (P) |
| | 7 | 10:30 | 5:50 | M | Lloyd, Andrew | Norf | A | ✓ | 97-007519 | ✓ | 150 Days (P) 1 yr comm from |
| | 8 | 10:50 | 2:60 | M | Kelley, Christopher | CT | 8 | ✓ | 01-003550 | | Released |
| | 9 | 10:50 | 5:40 | F | Whalen, Doreen | Ply warrants | 8 | ✓ | 00-003535 | | 90 days comm Fruit |
| | 10 | 10:50 | 4:15 | F | Spooner, Kimberly | Ply | A | ✓ | 01-003635 | | (HABE) Divorced (P) Do not release |
| | 11 | 10:50 | 5:40 | F | Chadwick, Ann | Ply | 8 | ✓ | 01-000096 | ✓✓ | |
| | 12 | 11:00 | 1:40 | M | Abrams, Paul | POC | 1 | 1 | Probate 01-0091-DVI | | Released |
| | 13 | 7:45 | 3:18 | M | Wright, James | BK | A | ✓ | 00-0533/6673 6793/3249 | | w/o 7-23-01 (P) |
| | 14 | 7:45 | 5:20 | M | Albert, Harry | BK | A | ✓ | | | |
| | 15 | 7:18 | 2:30 | M | Ray, Tyrone | Ply | 8 | ✓ | 01-2777 | | Bankston |

CUSTODY COUNT

DISTRICT    JUVENILE    PROBATE    HOUSING
MALE  FEMALE    MALE  FEMALE    MALE  FEMALE    MALE  FEMALE

BROCKTON ... COURT ...
... UP LIST

DATE: 6-26-01  DAY: Tuesday  PAGE ___ of ___

| CELL | TIME IN | TIME OUT | SEX | NAME | PD/INST | SESS | DIST/JUV/PRO/HOU | DOCKET | Q-5/HOLD/HABE/SMIT | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 1230 | 540 | F | Bliss Hilary | CJ | A | ✓ | 0059 4014 / 0059 4139 | | wms- Plymouth / Released home -personal |
| 2. | 130 | 540 | M | Diaz Xavier | BK | A | ✓ | 01-3614 | | Released |
| 3. | 130 | 4:19 | M | Jenkins Raymond | BK | A | ✓ | 0118-2968 | | |
| 4. | 240 | 550 | M | Capozzi Mathew | EB | A | ✓ | 005163 | | $200 7-25-01 |
| 5. | 240 | 550 | M | Kiselius Kurt | EB | A | ✓ | 005164 | | $200 7-25-01 |
| 6. | 4:10 | 550 | M | Alves Native | Ply | | | | | safe keep |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

CUSTODY COUNT

DISTRICT  JUVENILE  PROBATE  HOUSING
MALE FEMALE  MALE FEMALE  MALE FEMALE  MALE FEMALE

BROCKTON JUVENILE  
LOCK UP LIST

DATE: June 26-01  DAY: Tuesday                                                   PAGE ___ of ___

| CELL | TIME IN | TIME OUT | SEX | NAME | PD/INST | SESS | DIST/JUV/PRO/HOU | DOCKET | Q-5/HOLD/HABE/SMIT | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 10:30 | 2:40 | F | Enukawe Ashley | BK | | ✓ | FID 00B0 336/7 | | released |
| 2. | 1:30 | 5:40 | M | Diaz Xavier | BK | | ✓ | FID 00B0 341 | | 7-10-01 w/o |
| 3. | 2:47 | 4:07 | M | McKeown Michy | BK | | ✓ | | | Released |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |

CUSTODY COUNT

| DISTRICT | | JUVENILE | | PROBATE | | HOUSING | |
|---|---|---|---|---|---|---|---|
| MALE | FEMALE | MALE | FEMALE | MALE | FEMALE | MALE | FEMALE |