```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
_____
                              )
MARY GOMES, GUARDIAN OF THE   )
ESTATE OF RICHARD P. GOMES;   )
and MARY GOMES, INDIVIDUALLY, )
                              )
      Plaintiffs,             )
                              )    C.A. No. 04-11464-MLW
v.                            )
                              )
THE CITY OF BROCKTON;         )
THE TRIAL COURT OF THE        )
COMMONWEALTH OF MASSACHUSETTS;)
JESSE DRANE; and ONE OR MORE  )
UNKNOWN NAMED OFFICERS OF THE )
BROCKTON POLICE DEPARTMENT,   )
                              )
      Defendants.             )
_____)
```

**DEFENDANT TRIAL COURT OF THE COMMONWEALTH'S 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned Charles M. Wyzanski, hereby certifies that, as counsel to defendants, he has conferred by telephone with Frederick M. McDermott, III, Esq., as counsel for plaintiffs, in a good faith but ultimately unsuccessful effort to resolve the remaining issues in the above-referenced case.

-2-

**TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS,**

By its Attorneys,

**THOMAS F. REILLY**
**Attorney General**


<u>**/s/ Charles M. Wyzanski**</u>
**Charles M. Wyzanski**
**Assistant Attorney General**
**B.B.O. No. 536040**
**One Ashburton Place**
**Boston, MA. 02108**
**Tel. No. (617) 727-2200**