UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                 )
MARY GOMES, GUARDIAN OF THE      )
ESTATE OF RICHARD P. GOMES;      )
and MARY GOMES, INDIVIDUALLY,    )
                                 )
       Plaintiffs,               )
                                 )      C.A. No. 04-11464-MLW
v.                               )
                                 )
THE CITY OF BROCKTON;            )
THE TRIAL COURT OF THE           )
COMMONWEALTH OF MASSACHUSETTS;   )
JESSE DRANE; and ONE OR MORE     )
UNKNOWN NAMED OFFICERS OF THE    )
BROCKTON POLICE DEPARTMENT,      )
                                 )
       Defendants.               )
                                 )
```

## DEFENDANT TRIAL COURT OF THE COMMONWEALTH'S 7.1 CERTIFICATE

Pursuant to Local Rule 7.1, the undersigned Charles M.
Wyzanski, hereby certifies that, as counsel to defendants,
he has conferred by telephone with Frederick M. McDermott,
III, Esq., as counsel for plaintiffs, in a good faith but
ultimately unsuccessful effort to resolve the remaining
issues in the above-referenced case.

-2-

**TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS,**

**By its Attorneys,**

**THOMAS F. REILLY**
**Attorney General**


**/s/ Charles M. Wyzanski**
**Charles M. Wyzanski**
**Assistant Attorney General**
**B.B.O. No. 536040**
**One Ashburton Place**
**Boston, MA. 02108**
**Tel. No. (617) 727-2200**