## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

*FILED IN OFFICE*

*05 JUL 21 P 2:47*

|  |  |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, *Plaintiffs*, | ) ) ) ) ) |
| *vs.* | ) ) |
| THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, *Defendants*. | ) ) ) ) ) ) ) ) |

*CIVIL ACTION* COURT
No. **04-11464 MLW**

## PLAINTIFFS' ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME TO FILE A MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT COMMONWEALTH'S MOTION FOR SUMMARY JUDGMENT

The plaintiffs, Mary Gomes, Guardian, and Mary Gomes, Individually, with the assent of the defendant, The Trial Court of the Commonwealth of Massachusetts, and pursuant to Fed. R. Civ. P. 6(b), respectfully requests that this Honorable Court extend fourteen (14) days, from Thursday, July 21, 2005, to Thursday, August 4, 2005, the deadline for plaintiffs to file and serve their response to the defendant The Trial Court's motion for summary judgment.

As reasons therefore plaintiff states that the motion presents issues of constitutional and statutory law of fairly recent development, discovery has yet to be completed, and the moving party, by its counsel, has assented to the requested enlargement.

Respectfully submitted,
MARY GOMES, GUARDIAN, and
MARY GOMES INDIVIDUALLY, *Plaintiffs*
By their attorney:

Frederick M. McDermott, III, Esq.
95 West Elm Street
Brockton, MA  02301
Tel. (508) 897-8990
         MA BBO#:   558208

Assented to:

Thomas F. Reilly, Attorney General
by Charles M. Wyzanski, Asst. Atty. General

Dated: *July 20, 2005*


### CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing upon all interested parties by first class mail

and by e-mail attachment to their counsel or record:

Joseph L. Tehan, Jr., Esquire
KOPELMAN & PAIGE, P.C.
31 St. James Avenue, 7th Floor
Boston, MA  02115

John A. Walsh, Esquire
WYNN & WYNN, P.C.
90 New State Highway
Raynham, MA  02767

Asst. Atty. General Charles M. Wyzanski
OFFICE OF THE ATTORNEY GENERAL
200 Portland Street
Boston, MA  02114

Dated: *July 20, 2005*