UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, Plaintiffs<br>v.<br>THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, Defendants | * * * * * * * * * * * * |

### *MOTION TO COMPEL ANSWERS TO INTERROGATORIES*

Now comes the Defendant, City of Brockton, in the above entitled action, through its attorney and pursuant to Rule 37 of the Federal, Rules of Civil Procedure, hereby requests this Honorable Court issue an Order compelling the Plaintiff to answer interrogatories propounded by The City of Brockton on or about May 19, 2005.

As grounds for this Motion, the Defendant states that it propounded interrogatories to the Plaintiff on or about May 19, 2005 and, to date, has not received answers.

Wherefore, the Defendant requests this Honorable Court issue an Order compelling the Plaintiff to provide answers to interrogatories within 14 days.

Respectfully submitted,
The Defendant
The City of Brockton
By their attorneys,
WYNN & WYNN, P.C.

_____
John A. Walsh        BBO#560072
90 New State Highway
Raynham, MA 02767
(508) 823-4567

## CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that I have conferred with Plaintiff's counsel in good faith in an effort to resolve this discovery dispute.

_____
John A. Walsh          BBO#560072

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September 9, 2005.

_____
John A. Walsh