UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARY GOMES et al,**<br>Plaintiff(s), | CIVIL ACTION<br>NO.  04-11464-MLW |
| v | |
| **THE CITY OF BROCKTON et al**<br>Defendants | |

## ORDER OF DISMISSAL

**WOLF, D. J.**

In accordance with the Court's Order allowing defendants, motion to dismiss as to the Defendant, Trial Court of the Commonwealth, Docket No. 29, it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice as to the defendant Trial Court of the Commonwealth.

By the Court,

**September 19, 2005**                                                  **/s/ Dennis O'Leary**
     Date                                                                                Deputy Clerk

(dismiss-endo.wpd - 12/98)                                                                     [odism.]