UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, <br>     Plaintiffs <br> v. <br><br> THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, <br>     Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### *MOTION OF THE DEFENDANT, CITY OF BROCKTON, TO COMPEL PLAINTIFF TO EXECUTE AUTHORIZATION TO RELEASE SOCIAL SECURITY ADMINISTRATION RECORDS OF RICHARD GOMES*

Now comes the Defendant, City of Brockton, and hereby moves this Honorable Court to issue an Order compelling the Plaintiff to execute the attached authorizations for release of Richard Gomes Social Security disability file and for release of medical records. As grounds therefore, the Defendant states that Mr. Gomes Social Security disability file contains "extensive information about the prior medical history of Mr. Gomes." (See correspondence from Plaintiff's counsel attached hereto as Exhibit "A".) It is imperative that Defendants be able to conduct discovery regarding Plaintiff's medical history to properly defend against Plaintiff's claims.

Plaintiff alleges her ward, Richard Gomes, sustained an anoxic brain injury while in the custody of the Brockton Police Department. As such, it is necessary to conduct discovery with respect to Plaintiff's medical history including his history of insulin dependent diabetes and intravenous drug use in order to resolve the issue of Mr. Gomes' baseline medical condition as well as issues of causation of Plaintiff's alleged injuries. To date, the Defendant has had difficulty obtaining information regarding Plaintiff's medical history.

On September 27, 2005, a request was made to Plaintiff's counsel to execute an authorization for release of Richard Gomes' Social Security disability file and to execute proper HIPAA authorizations which would allow the healthcare facilities to release medical records which contain, information including but not limited to, alcohol and drug treatment, mental health and HIV related treatment. This information is relevant because of Richard Gomes' history of diabetes, seizure disorder and intravenous drug use.[1]

Thusfar, Plaintiff has been unwilling to execute the authorizations necessary for Defendants to obtain the medical records of Richard Gomes. Therefore, the Defendant, City of Brockton, prays this Honorable Court issue an Order compelling Plaintiff to execute the attached Authorizations for Release of Social Security Administration Records and Authorization for Release of Health Information pursuant to the HIPAA Guidelines

---

[1] Defendants have learned through discovery that on the day of the alleged event, Richard Gomes had taken heroin intravenously.

including the release of information including alcohol and drug treatment, mental health and HIV related information. The proposed Releases are attached as Exhibit "B1 and B2".

        Respectfully submitted,
        The Defendants
        The City of Brockton,
        By their attorneys,
        WYNN & WYNN, P.C.

        /s/ John A. Walsh
        John A. Walsh    BBO#560072
        90 New State Highway
        Raynham, MA 02767
        (508) 823-4567

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 1, 2005.

        /s/ John A. Walsh
        John A. Walsh