# FREDERICK M. McDERMOTT
### ATTORNEY AT LAW
95 West Elm Street
Brockton, Massachusetts 02301

TELEPHONE
(508) 897-8990

TELECOPIER
(508) 586-8869

September 21, 2005

John A. Walsh, Esquire
WYNN & WYNN, P.C.
90 New State Highway
Raynham, MA  02767

Joseph L. Tehan, Jr., Esquire
KOPELMAN & PAIGE, P.C.
31 St. James Avenue, 7th Floor
Boston, MA  02115

Asst. Atty. General Charles M. Wyzanski
OFFICE OF THE ATTORNEY GENERAL
200 Portland Street
Boston, MA  02114

  RE: Mary Gomes, Guardian of Richard Gomes, et al.
  vs. The City of Brockton, et als.
    *United States District Court, D. Mass.*, Civil Action No. **04-11464-MLW**

Dear Counsel:

  In connection with the above-referenced matter, enclosed please find the following:

- ANSWERS TO INTERROGATORIES PROPOUNDED BY THE DEFENDANT, THE CITY OF BROCKTON TO THE PLAINTIFF, MARY GOMES, AS GUARDIAN OF RICHARD P. GOMES;

- ANSWERS TO INTERROGATORIES PROPOUNDED BY THE DEFENDANT, THE CITY OF BROCKTON TO THE PLAINTIFF, MARY GOMES;

- PLAINTIFFS' RESPONSE TO DEFENDANT CITY OF BROCKTON'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS;

- A blank HIPAA Authorization for Richard P. Gomes signed by his Guardian, Mary Gomes.

I did a single (unified) response to Brockton's separate requests to Ms. Gomes (one to her individually and one as guardian) because each makes exactly the same requests.

TO: All Defense Counsel — Page 2 of 2
RE: Gomes vs. The City of Brockton, et als., *U.S. Dist. Ct., D. Mass.,* **04-11-464-MLW** — September 21, 2005

Please contact me regarding any hospital records of Mr. Gomes that you may have obtained by deposition subpoena to the keepers of the records of the various medical providers that I have disclosed to you in plaintiffs voluntary disclosures. I have obtained the Shattuck's records, though I have not yet received the Massachusetts General Hospital or Spaulding Rehab records.

My associate had Mr. Gomes's Social Security disability file sent to the Brockton Field office of the Social Security Administration. He has briefly reviewed it and informs me that it has extensive information about the prior medical history of Mr. Gomes. It is still in Brockton (for approximately the next 60 days) in the custody of Allen McLeod if you wish to review it. If you do, contact Mr. McLeod and see what type of authorization you will require and from whom. Finally, with respect to these records I would like them to be under the same Confidentiality Agreement / Protective Order referenced in my letter to you of May 19, 2005, and which we have yet to sign. Please contact me regarding getting such an agreement signed and a stipulated order endorsed by the court.

Very truly yours,

Frederick M. McDermott

Gomes v. Brockton\Discovery Let 09-21-05

Enclosures

cc w/o enc.:   Allen McLeod