# AUTHORIZATION FOR RELEASE OF
# HEALTH INFORMATION PURSUANT TO HIPAA

Dated: _____, 2005

To: _____
    _____
    _____

I request that health information regarding my care and treatment be released to the following: **John A. Walsh, WYNN & WYNN, P.C., 90 New State Highway, Raynham, MA 02767**

THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY(S) WHOSE NAME(S) APPEAR(S) ABOVE.

The information to be released is as follows:

_____    Medical record from: *All treatment received*

_____    Entire medical record, including patient histories, office notes (except pyschotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

Include: (Initial)

_____    Other: _____        ____ **Alcohol/Drug Treatment**
                  _____        ____ **Mental Health Information**
                                                 ____ **HIV-Related Information**

By initialing here _____ I specifically authorize you to discuss my health information with the attorney(s) whose name(s) appear(s) above on this form.

This authorization will expire on: _____

_____
Mary Gomes as Guardian of
Richard Gomes