UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE | * |
| ESTATE OF RICHARD P. GOMES; and | * |
| MARY GOMES, INDIVIDUALLY, | * |
| Plaintiffs | * |
| v. | * |
| | * |
| THE CITY OF BROCKTON; THE TRIAL | * |
| COURT OF THE COMMONWEALTH OF | * |
| MASSACHUSETTS; JESSE DRANE; and ONE | * |
| OR MORE UNKNOWN NAMED OFFICERS | * |
| OF THE BROCKTON POLICE | * |
| DEPARTMENT, | * |
| Defendants | * |

## CERTIFICATION PURSUANT TO RULE 3.01(B)

I, John A. Walsh, certify that I have conferred and have attempted in good faith to resolve or narrow the discovery dispute at issue.

Respectfully submitted,
The Defendants
The City of Brockton,
By their attorneys,
WYNN & WYNN, P.C.

     /s/ John A. Walsh
John A. Walsh        BBO#560072
90 New State Highway
Raynham, MA 02767
(508) 823-4567

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on November 1, 2005.

     /s/ John A. Walsh
John A. Walsh