UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY,<br>　　　　Plaintiffs<br>v.<br><br>THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT,<br>　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### *MOTION OF THE DEFENDANT, CITY OF BROCKTON, TO COMPEL ATTENDANCE AT DEPOSITION OF PLAINTIFF, RICHARD GOMES*

Now comes the Defendant, City of Brockton, and hereby moves this Court issue an Order compelling the attendance of Richard Gomes at a deposition noticed by the Defendant. As grounds for this Motion, the Defendant states as follows:

1. Plaintiff alleges that her ward, Richard Gomes, sustained severe and permanent injury while in the custody of Defendants.

2. It is necessary to obtain Richard Gomes' deposition as, in order to adequately prepare its defense of this case, Defendant must be able to question Mr. Gomes with respect to his employment history, criminal history, level of activity prior to the accident, including social interaction with others, any hobbies he may have and various other issues affecting Mr. Gomes quality of life prior to the accident.

3.  This information is not available from any other source as Mr. Gomes' guardian, Mary Gomes, and Mr. Gomes' brother, Joseph Gomes, are unable to account for the whereabouts or any activities of Richard Gomes for large periods of Richard's adult life. Richard is presently 43 years old.

4.  Defendant originally noticed Gomes' deposition for October 13, 2005. However, Plaintiff's counsel refused to produce Richard Gomes arguing that he is incompetent to testify. Plaintiff has not provided opinion from any qualified expert indicating that Richard Gomes cannot participate in a deposition or respond to basic questions.

WHEREFORE, Defendant requests this Honorable Court issue an Order compelling Richard Gomes' attendance at deposition.

>Respectfully submitted,
>The Defendants
>The City of Brockton,
>By their attorneys,
>WYNN & WYNN, P.C.
>
>  /s/   John A. Walsh
>John A. Walsh      BBO#560072
>90 New State Highway
>Raynham, MA 02767
>(508) 823-4567

### ***CERTIFICATION***

Pursuant to Local Rule 7.1, I hereby certify that I have conferred with Plaintiff's counsel in good faith in an effort to resolve this discovery dispute.

>   /s/ John A.  Walsh
>John A. Walsh      BBO#560072