UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11464-MLW

MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES, and MARY GOMES, INDIVIDUALLY,

    Plaintiffs

v.

THE CITY OF BROCKTON, THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, JESSE DRANE, and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT,

    Defendants

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

>Kopelman and Paige, P.C.
>101 Arch Street
>Boston, MA  02110-1109
>(617) 556-0007
>FAX (617) 654-1735

>/s/Jackie Cowin
>Joseph L. Tehan, Jr. (BBO# 494020)
>Jackie Cowin (BBO# 655880)
>Kopelman and Paige, P.C.
>101 Arch Street
>12th Floor
>Boston, MA  02110-1109

### CERTIFICATE OF SERVICE

    I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Jackie Cowin

274144/Metg/0588