UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*CIVIL ACTION*

**04-cv-11464-MLW**

MARY GOMES, GUARDIAN OF THE ESTATE )
OF RICHARD P. GOMES; and )
MARY GOMES, INDIVIDUALLY, )
        *Plaintiffs*, )
)
    *vs.* )
)
THE CITY OF BROCKTON; and ONE OR )
MORE UNKNOWN NAMED OFFICERS OF )
THE BROCKTON POLICE DEPARTMENT, )
        *Defendants*. )
)

## NOTICE OF APPEARANCE OF COUNSEL

*To*:   Sarah Allison Thornton, Clerk of Court
       1 Courthouse Way
       Boston, MA  02210

    Pursuant to Rule 11 of the Federal Rules of Civil Procedure, please enter upon the court's docket my appearance as counsel for the plaintiffs, MARY GOMES, GUARDIAN and MARY GOMES, INDIVIDUALLY, and make the instant notice part of the court's file.

        Respectfully,

        /s/
        P. J. Adams, MA BBO# 568173
        LAW OFFICE OF PAUL ADAMS
        One Centre Street, 2nd Floor
        Brockton, MA  02301
        Tel. (508) 583-2019

Dated: *February 23, 2006*

CERTIFICATE OF SERVICE

I, P. J. Adams, hereby certify that on this date I served the foregoing NOTICE OF APPEARANCE OF COUNSEL upon all appearing parties by e-mail attachment to their counsel of record:

Joseph L. Tehan, Jr., Esquire
KOPELMAN & PAIGE, P.C.
31 St. James Avenue, 7th Floor
Boston, MA  02115
    jtehan@k-plaw.com

John A. Walsh, Esquire
WYNN & WYNN, P.C.
90 New State Highway
Raynham, MA  02767
    jwalsh@wynnandwynn.com

Asst. Atty. General Charles M. Wyzanski
OFFICE OF THE ATTORNEY GENERAL
One Ashburton Place
Boston, MA  02114
    charles.wyzanski@ago.state.ma.us

Frederick M. McDermott
Attorney at Law
95 West Elm Street
Brockton, MA  02301
    f.m.mcdermott@att.net

Dated: *February 23, 2006*                                           /s/