UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

MARY GOMES, GUARDIAN OF THE          *
ESTATE OF RICHARD P. GOMES; and      *
MARY GOMES, INDIVIDUALLY,            *
         Plaintiffs          *
vs.                                  *
                             *
THE CITY OF BROCKTON; THE TRIAL      *
COURT OF THE COMMONWEALTH OF         *
MASSACHUSETTS; JESSE DRANE; and ONE  *
OR MORE UNKNOWN NAMED OFFICERS       *
OF THE BROCKTON POLICE               *
DEPARTMENT,                          *
         Defendants          *

## *STATUS REPORT OF THE DEFENDANTS*

I.    ***DISCOVERY***

Discovery is complete with the exception of the following:

A.    Deposition of Richard Gomes to be completed in accordance with Court
Order;

B.    Rule 35 Examination of Richard Gomes to be conducted within the next sixty
(60) days;

C.    The parties have been unable to obtain Richard Gomes' medical records from
Brockton Hospital where he was first treated after the incident at issue.  The
parties will file a Joint Motion for a Court Order compelling the Keeper of
Records of Brockton Hospital to appear for deposition.

II.   ***DISPOSITIVE MOTIONS***

The Defendant, Jesse Drane, plans to file a dispositive motion on or before March 15, 2006.  The Defendants, City of Brockton and Brockton Police Department, request that the time to file dispositive motions be continued until such time as the above discovery is completed.

III.   ***SETTLEMENT DISCUSSIONS***

Defendants have not received a demand for settlement and, consequently, have made no offers.

<div style="margin-left: 40%;">

Respectfully submitted,
The Defendant
The City of Brockton,
By their attorneys,
WYNN & WYNN, P.C.


 /s/ John A. Walsh
John A. Walsh        BBO#560072
90 New State Highway
Raynham, MA 02767
(508) 823-4567


Respectfully submitted,
The Defendant
Jesse Drane
By their attorneys,
KOPELMAN & PAIGE, P.C.


  /s/ Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr.   BBO#494020
101 Arch Street
Boston, MA 02110-1137

</div>

-2-

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 24, 2006.

_/s/ John A. Walsh_
John A. Walsh