UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*CIVIL ACTION*

**04-cv-11464-MLW**

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, *Plaintiffs*, | ) ) ) ) ) |
| *vs.* | ) ) |
| THE CITY OF BROCKTON; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, *Defendants*. | ) ) ) ) ) |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that effective November 1, 2005, my address is as follows:

> Paul J. Adams, Esq.
> LAW OFFICE OF PAUL ADAMS
> One Centre Street, 2nd Floor
> Brockton, MA  02301

My telephone and telefax numbers, and my e-mail address, remain the same.  Please modify your records accordingly.

Respectfully,

/s/
P. J. Adams, MA BBO# 568173
LAW OFFICE OF PAUL ADAMS
One Centre Street, 2nd Floor
Brockton, MA  02301
Tel. (508) 583-2019

Dated: *March 7, 2006*

CERTIFICATE OF SERVICE

I, P. J. Adams, hereby certify that on this date I served the foregoing NOTICE OF CHANGE OF ADDRESS upon all appearing parties by e-mail attachment to their counsel of record:

| | |
|---|---|
| Joseph L. Tehan, Jr., Esquire<br>KOPELMAN & PAIGE, P.C.<br>31 St. James Avenue, 7th Floor<br>Boston, MA  02115<br>      jtehan@k-plaw.com | John A. Walsh, Esquire<br>WYNN & WYNN, P.C.<br>90 New State Highway<br>Raynham, MA  02767<br>      jwalsh@wynnandwynn.com |
| Asst. Atty. General Charles M. Wyzanski<br>OFFICE OF THE ATTORNEY GENERAL<br>One Ashburton Place<br>Boston, MA  02114<br>      charles.wyzanski@ago.state.ma.us | Frederick M. McDermott<br>Attorney at Law<br>95 West Elm Street<br>Brockton, MA  02301<br>      f.m.mcdermott@att.net |

Dated: *March 7, 2006*                                               /s/