UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, <br> *Plaintiffs*, <br><br> *vs.* <br><br> THE CITY OF BROCKTON; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, <br> *Defendants*. | *CIVIL ACTION* <br><br> **04-cv-11464-MLW** |

## PLAINTIFFS' STATUS REPORT

Plaintiffs tendered to the defendants a settlement demand on February 23, 2006. According to defense counsel the demand has been forwarded to the appropriate decision makers at the respective insurance company / insolvency fund controlling their defense of this action. Defense counsel have also indicated that they intend to test the existence of any liability by filing dispositive motions.

Respectfully,

/s/
P. J. Adams, MA BBO# 568173
LAW OFFICE OF PAUL ADAMS
One Centre Street, 2nd Floor
Brockton, MA  02301
Tel. (508) 583-2019

Dated: *March 7, 2006*

CERTIFICATE OF SERVICE

I, P. J. Adams, hereby certify that on this date I served the foregoing PLAINTIFFS' STATUS REPORT upon all appearing parties by e-mail attachment to their counsel of record:

| | |
|---|---|
| Joseph L. Tehan, Jr., Esquire<br>KOPELMAN & PAIGE, P.C.<br>31 St. James Avenue, 7th Floor<br>Boston, MA  02115<br>    jtehan@k-plaw.com | John A. Walsh, Esquire<br>WYNN & WYNN, P.C.<br>90 New State Highway<br>Raynham, MA  02767<br>    jwalsh@wynnandwynn.com |
| Asst. Atty. General Charles M. Wyzanski<br>OFFICE OF THE ATTORNEY GENERAL<br>One Ashburton Place<br>Boston, MA  02114<br>    charles.wyzanski@ago.state.ma.us | Frederick M. McDermott<br>Attorney at Law<br>95 West Elm Street<br>Brockton, MA  02301<br>    f.m.mcdermott@att.net |

Dated: *March 7, 2006*                                                                       /s/