UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY,<br>　　　　Plaintiffs<br>vs.<br><br>THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT,<br>　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### ***STATUS REPORT OF THE DEFENDANT, CITY OF BROCKTON***

To date, the City of Brockton has not tendered an offer of settlement. Discovery was completed on June 7, 2006, with the exception of the report of Defendant's expert, Thomas Deters, Ph.D., which should be issued by week's end. The Defendant, City of Brockton, intends to file a Motion for Summary Judgment.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　The Defendant
　　　　　　　　　　　　　　　　　The City of Brockton,
　　　　　　　　　　　　　　　　　By their attorneys,
　　　　　　　　　　　　　　　　　WYNN & WYNN, P.C.

　　　　　　　　　　　　　　　　　  /s/ John A. Walsh
　　　　　　　　　　　　　　　　　John A. Walsh　　BBO#560072
　　　　　　　　　　　　　　　　　90 New State Highway
　　　　　　　　　　　　　　　　　Raynham, MA 02767
　　　　　　　　　　　　　　　　　(508) 823-4567

**_CERTIFICATE OF SERVICE_**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2006.

      /s/ John A. Walsh
    John A. Walsh