

# Police Department
# 7 Commercial Street
# City of Brockton, Massachusetts 02302-2799

TELEPHONE (508) 941-0200

July 19, 2006

Attorney Greg Corbo
Kopelman and Paige, P.C.
101 Arch St., 12th Floor
Boston, MA. 02110

Attorney Corbo,

    I, Segeant Brian Leary of the Brockton Police Department, herby attest that the enclosed Radio Log Report is a true and accurate copy of the Brockton Police Department Radio Log Report for June 25, 2001. The Report has five entries on it represented by Radio Numbers 01066830 to 01066834 inclusive.

Brian Leary, Sergeant
Brockton Police Department
Internal Affairs Division

```
                         BROCKTON POLICE DEPARTMENT
                            Records Terminal No. 1
                     Printed on Tue, 12/18/2001 at 13:05 Hours
                                RADIO LOG REPORT
                From 06/01/2001 at 00:01 hours to 06/30/2001 at 23:59 hours
===============================================================================
! Date: 20010625  Day: 2      Recv: 1513   Disp: 1513   Arrv: 1513   Clear: 1600 !
! Complaint: OUT ON PORT,INVEST     Priority: 0    Recvd by: 348  Disp by: 348  !
! Location: 123/MORAINE ST          Apt: 2         Sector: CW   Ward: 1  Prc: 1A !
! Rpt Person: CRUZ,DELORES    Tel:                Type: OF     Radio#: 01066830 !
! Unit: 2861  Off1: 348   Off2:    Dispo: INV   Fls Alm?:     Case #: 01008653 !
!                      41 C INVEST.............................................. !
!                      ........................................................ !
!                      ........................................................ !
-------------------------------------------------------------------------------
! Date: 20010625  Day: 2      Recv: 1514   Disp: 1514   Arrv: 1514   Clear: 1514 !
! Complaint: SICK                   Priority: 0    Recvd by: 447  Disp by: 447  !
! Location: 7/COMMERCIAL ST         Apt:           Sector: CE   Ward: 5  Prc: 5A !
! Rpt Person: LAURIE PICANZ   Tel:                Type: ST     Radio#: 01066831 !
! Unit: STA   Off1: 216   Off2:    Dispo: CLR   Fls Alm?:     Case #: 01008650 !
!                      OUT SICK. ORAL SURGERY . JUNE 27-THRU-JUNE 29-01.        !
!                      ........................................................ !
!                      ........................................................ !
-------------------------------------------------------------------------------
! Date: 20010625  Day: 2      Recv: 1514   Disp: 1518   Arrv: 1522   Clear: 1738 !
! Complaint: LARC IN PROGRESS       Priority: 2    Recvd by: 304  Disp by: 220  !
! Location: 2077/MAIN ST            Apt:           Sector: SE   Ward: 4  Prc: 4D !
! Rpt Person: SHAWS           Tel:                Type: CL     Radio#: 01066832 !
! Unit: 2828  Off1: 242   Off2:    Dispo: ARR   Fls Alm?:     Case #: 01008654 !
!                      BLK FEMALE BLK SHIRT AND SHORTS FLED FROM THE            !
!                      STORE WITH ITEMS TOWARDS THE CENTER ON MAIN ST....       !
!                      CALLER NOW REPORTS A BLK MALE WITH HER'..........        !
-------------------------------------------------------------------------------
! Date: 20010625  Day: 2      Recv: 1515   Disp: 1517   Arrv: 1524   Clear: 1615 !
! Complaint: ACCIDENT, M/V          Priority: 1    Recvd by: 324  Disp by: 220  !
! Location: BELMONT ST&MANLEY ST    Apt:           Sector: SW   Ward: 3  Prc: 3D !
! Rpt Person:                 Tel:                Type: CL     Radio#: 01066833 !
! Unit: 2838  Off1: 377   Off2:    Dispo: RPT   Fls Alm?:     Case #: 00000000 !
!                      CA SENT, ................................................ !
!                      ........................................................ !
!                      ........................................................ !
-------------------------------------------------------------------------------
! Date: 20010625  Day: 2      Recv: 1515   Disp: 1515   Arrv: 1515   Clear: 1541 !
! Complaint: OUT OF SERV, LUNCH     Priority: 0    Recvd by: 220  Disp by: 220  !
! Location: 7/COMMERCIAL ST         Apt:           Sector: CE   Ward: 5  Prc: 5A !
! Rpt Person:                 Tel:                Type: OF     Radio#: 01066834 !
! Unit: 2890  Off1: 359   Off2:    Dispo: CLR   Fls Alm?:     Case #: 00000000 !
-------------------------------------------------------------------------------
```