GOMES


VERSUS


CITY OF BROCKTON



TRANSCRIPT AND WORD INDEX FOR THE DEPOSITION OF:



TAYLEASE PINA



TUESDAY, SEPTEMBER 13, 2005




Leavitt Reporting, Inc.

1207 Commercial Street Rear

Weymouth, MA 02189

Telephone(781)335-6791 Fax(781)335-7911

Leavittreporting@att.net

```
VOLUME:    I
PAGES:     1 - 97
EXHIBITS:  None
```

COMMONWEALTH OF MASSACHUSETTS

* * * * * * * * * * *

MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD
P. GOMES; and MARY GOMES, INDIVIDUALLY,
            Plaintiffs,

vs.

THE CITY OF BROCKTON; THE TRIAL COURT OF THE
COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and
ONE OR MORE UNKNOWN NAMED OFFICERS OF THE
BROCKTON POLICE DEPARTMENT
            Defendants.

* * * * * * * * * * *

DEPOSITION OF TAYLEASE PINA, a witness
called on behalf of the Defendant, pursuant to
Massachusetts Rules of Civil Procedure, before
Carolyn McGill, a Shorthand Reporter and Notary
Public in and for the Commonwealth of Massachusetts,
for Kopelman & Paige, P.C., 31 St. James Avenue,
Boston, Massachusetts, held at Wynn & Wynn, Raynham,
Massachusetts on Tuesday, September 13, 2005
commencing at 10:12 a.m.

---

## APPEARANCES

KOPELMAN & PAIGE, P.C.,
    (By Joseph Tehan, Jr., Esq.)
    31 St. James Avenue,
    Boston, MA 02116,
    On behalf of the Defendant, Jesse Drane.


WYNN & WYNN,
    (By John A. Walsh, Esq.)
    90 New State Highway,
    Raynham, MA 02767,
    On behalf of the Defendant, The City of
    Brockton.


LAW OFFICE OF FREDERICK M. MCDERMOTT,
    (By Frederick M. McDermott, Esq.)
    95 West Elm Street,
    Brockton, MA 02301,
    On behalf of the Plaintiffs.

---

1
2
3  **I N D E X**
4
5  DEPONENT                                PAGE
6
7  **Taylease Pina**
8
9  Examination by Mr. Tehan                4
10
11 Examination by Mr. Walsh                85, 95
12
13 Examination by Mr. McDermott            93
14
15
16
17
18
19
20
21
22
23

LEAVITT REPORTING, INC.

---

4

1   **P-R-O-C-E-E-D-I-N-G-S**
2   **STIPULATIONS**
3        It was stipulated and agreed by and
4   between counsel for the respective parties that the
5   witness will read and sign the deposition
6   transcript and the sealing, filing and
7   certification thereof are waived.
8        It was further stipulated and agreed
9   that all objections, except as to the form of the
10  question, shall be reserved until the time of
11  trial.
12        **Taylease Pina**, having been
13  satisfactorily identified by the production of her
14  driver's license and duly sworn by the Notary
15  Public, called on behalf of the Defendant, on oath
16  deposes and says as follows:
17  **Examination by Mr. Tehan:**
18     Q.   Good morning, Miss Pina.  My name is Jay
19  Tehan and I represent Officer Jesse Drane in a
20  lawsuit that Mary Gomes brought on behalf of
21  Richard.  Do you understand that?
22     A.   Yes.
23     Q.   Have you ever had your deposition taken
            LEAVITT REPORTING, INC.

before?

A. No.

Q. Let me ask you this question first. Is it your understanding that Mr. McDermott represents you or is your lawyer at this deposition today?

A. No.

Q. Briefly stated, a deposition is a proceeding where lawyers will ask you a series of questions under oath and you will respond to them verbally I hope. And a reporter will take all the answers down so it's important you understand my questions. If you don't I'm more than happy to repeat them.

With that, I will ask you first to state your full name for the record?

A. Taylease Marie Pina.

Q. Where do you presently live?

A. 28 McCusker Drive, Apartment 11, Braintree, Mass.

Q. With whom do you live there?

A. I live with myself and my two children.

Q. Are you married?

A. No.

LEAVITT REPORTING, INC.

6

Q. Have you ever been married?

A. No.

Q. Do you have any children by Richie Gomes?

A. No.

Q. Would you tell me briefly your educational history, ma'am?

A. I'm a graduate from Rochester Regional in Mattapoisett and I have an Associate's in Criminal Justice.

Q. Have you ever worked in the area of criminal justice?

A. No.

Q. Where did you get that degree?

A. Bristol Community College.

Q. When did you get that degree?

A. In '94.

Q. Perhaps starting with high school would you share with us your work history?

A. God, it's a long work history.

Q. Let's make it a little easier. I won't ask you to provide me with after school jobs and things like that, just full-time jobs that you have held?

LEAVITT REPORTING, INC.

8

A. From high school?

Q. If you can start as soon as you can?

A. God, from high school, I worked Treatment on Demand in New Bedford.

Q. Is that a drug program?

A. Yes.

Q. What was your role there?

A. I did street outreach.

Q. During which years did you work there please?

A. Oh God. 90's. I couldn't tell you the exact year.

Q. Please excuse this question but given what you have just told me have you ever at any time in your life had a drug problem?

A. Yes.

Q. Is what why you got involved as a street outreach person?

A. Yes.

Q. Go ahead please?

A. Oh my God. I have worked in Filene's. I have worked in a nursing home. I worked for Bristol Community College.

LEAVITT REPORTING, INC.

Q. What did you do there?

A. I was a minority advocate. Recruitment of students. Let me see. So many jobs. I'm going to go from where I work now.

Q. That would be helpful.

A. I can't even remember all the jobs. Right now I work in a treatment facility. I work at First Academy Womens Circle in Dorchester. I have been working there per diem for two years. Actually, I'm training but had to stop training about six weeks ago because I broke my arm -- at a facility in Jamaica Plain for the youth for DYS.

Q. Can I stop you for a second?

A. Yes.

Q. What do you train people to do?

A. I do not train people to do anything. I'm involved in the training.

Q. You mean you're taking training yourself?

A. Yes.

Q. To do what?

A. To work with the DYS, the youth. The girls.

Q. At the completion of your training what

LEAVITT REPORTING, INC.

1  title or job do you anticipate you'll take?
2     A.  I will be a youth advocate.
3     Q.  What does an advocate do?
4     A.  Just supervising the youth under DYS.  I
5  don't know.  I haven't even finished.  I only did
6  like a week of the training because I broke my arm.
7     Q.  Who is your present employer?
8     A.  Right now I'm working for First Academy.
9     Q.  The address again?
10    A.  Eighty Hamilton Street.
11    Q.  Just because you raised it, I'm sorry to
12 hear it, how did you break your arm?
13    A.  I was playing basketball in a woman's
14 league.
15    Q.  Do you remember the job prior?
16    A.  I also work right now at Babson College
17 doing catering.
18    Q.  That's associated with food service?
19    A.  Yes.  I do wait staff there at Babson
20 College.  That's part-time.  So it's a temp
21 position.  I go in whenever they need me.
22    Q.  Do you remember the job prior to your
23 present jobs?
            LEAVITT REPORTING, INC.

            10

1     A.  Prior to my present jobs?
2     Q.  Yes.
3     A.  Yes.  I was working at the Holden School
4  in Charlestown.
5     Q.  Please spell that?
6     A.  H O L D E N.  Eight Pearl Street in
7  Charlestown.
8     Q.  What is the Holden School?
9     A.  It's a school for kids that are challenged
10 that are basically eliminated from the Boston
11 Public School Department.  It's an alternative
12 school.  I was tutoring there.
13    Q.  In what subjects?
14    A.  I tutored math.  All subjects.
15    Q.  What did you do before that if you recall?
16    A.  Before that I did another temp position,
17 wait staff in Boston, KSM staffing.
18    Q.  KSM, would they send you to different
19 restaurants to work as needed?
20    A.  Yes.
21    Q.  Any other jobs that you have had that you
22 recall?
23    A.  Yeah.  I mean I would have to really think
            LEAVITT REPORTING, INC.

1  about it.  I've done a number of jobs.
2     Q.  Is there any particular type of work that
3  you have done more often than others?
4     A.  Yeah, basically the wait staff I have done
5  most of the time.
6     Q.  Again, please excuse this question but I
7  think it's a fair one.  Have you ever been
8  convicted or plead guilty to a crime?
9     A.  Yeah.
10    Q.  Would that be on more than one occasion?
11    A.  No, just once.
12    Q.  Would you tell me when it happened?
13    A.  2001 I believe.
14    Q.  Were you convicted of a crime or did you
15 plead out to something?
16    A.  I pleaded out.
17    Q.  To what?
18    A.  Larceny over.
19    Q.  Over 250?
20    A.  Yes.
21    Q.  What was the disposition?
22    A.  Probation.
23    Q.  At some point in time were you a friend of
            LEAVITT REPORTING, INC.

            12

1  Richie Gomes?
2     A.  Yes.
3     Q.  Did you ever have a romantic relationship
4  with him?
5     A.  Yes.
6     Q.  When did you first meet Richard?
7     A.  2000.
8     Q.  Where did you meet him?
9     A.  In Worcester.
10    Q.  Where in Worcester?
11    A.  At a meeting.
12    Q.  What type of meeting?
13    A.  Narcotics Anonymous.
14    Q.  By the way, let me backtrack for a minute.
15 Do you know Mary Gomes?
16    A.  Yes.
17    Q.  Do you know that she has been deposed
18 previously in this case?
19    A.  What do you mean by deposed?
20    Q.  That's what's happening to you now.  Do
21 you know if she gave a deposition as well?
22    A.  No.
23    Q.  Have you read her deposition?
            LEAVITT REPORTING, INC.

1    A.    No.

2    Q.    Have you discussed with her her
3    deposition?

4    A.    No.

5    Q.    Have you discussed with Mr. McDermott what
Mrs. Gomes spoke about at her deposition?

6    A.    No.

8    Q.    Has he told you what the facts of the case
9    were?

10    A.    No.

11    Q.    You indicated that the met Richie at a
12    NarCon meeting?

13    A.    Narcotics Anonymous.

14    Q.    That was in Worcester?

15    A.    Yes.

16    Q.    Were you living in Worcester at that
17    point?

18    A.    Yes.

19    Q.    Was Richie?

20    A.    Yes.

21    Q.    Was he working at that point?

22    A.    No.

23    Q.    Were you?

---

1    Q.    Do you consider yourself clean today?

2    A.    Yes.

3    Q.    When did you last use illegal drugs?

4    A.    February of 2002.

5    Q.    Congratulations.

6    A.    Thank you.

7    Q.    Are there any other drugs by way of proper
8    prescription type that you are on today?

9    A.    No.

10    Q.    Is there any reason that you find yourself
11    unable to understand my questions?

12    A.    No.

13    Q.    Where were you living when you were taking
14    the Narcotic Anonymous course at which you first
15    met Richard, do you remember?

16    A.    Taking a course?

17    Q.    It is a course of sorts, I suppose -- I'm
18    sorry, when you were attending those meetings?

19    A.    I lived in Framingham.

20    Q.    As of June of 2001 do you know whether
21    Richie was still taking drugs?

22    A.    Yes.

23    Q.    Was he?

---

1    A.    Yes.

2    Q.    Did you begin a romantic relationship with
3    him that started with meeting him at that meeting?

4    A.    Not at that particular time.  We developed
5    a relationship.

6    Q.    So you've known Richie then approximately
7    five years?

8    A.    Uh-huh.

9    Q.    Would that be yes?

10    A.    Yes.

11    Q.    An uh-huh is ambiguous on the record.  It
12    can't be taken down that way.

13    A.    Sorry.

14    Q.    Did you ever live with Richie?

15    A.    No.

16    Q.    What drug were you recovering from abuse
17    of when you met Richie?

18    A.    Heroin.

19    Q.    What drug was he recovering from?

20    A.    Heroin.

21    Q.    Do you still go to a Narcotics Anonymous
22    meetings?

23    A.    Yes.

---

1    A.    Yes.

2    Q.    Were you?

3    A.    Yes.

4    Q.    Did you take drugs together?

5    A.    Yes.

6    Q.    Regretably was that part of your
7    relationship with him?

8    A.    Yes.

9    Q.    What drugs were you taking in June of
10    2001?

11    A.    Heroin.

12    Q.    What drugs was he taking?

13    A.    Heroin.

14    Q.    I'm sorry for pushing this way, but were
15    you guys shooting up?

16    A.    Yes.

17    Q.    So the record is clear that means you were
18    injecting heroin?

19    A.    Yes.

20    Q.    Do you have any memory of the events of
21    June 25, 2001 concerning Richie's arrest for
22    shoplifting?

23    A.    Yes.

19

Q.   Were you dating Richie at that point?

A.   Yes.

Q.   I suppose I should ask, do you still consider him a friend?

A.   Yes.

Q.   Do you still care for him?

A.   Not on an intimate level.

Q.   I understand.  But he's still someone you care about?

A.   Yes.

Q.   Where was Richie living on June 25, 2001?

A.   With his mother.

Q.   Was he working at that point?

A.   No.

Q.   Do you know how he was supporting himself?

A.   No.

Q.   Were you and Richie shoplifting from time to time to support your habits?

A.   Yes.

Q.   Where were you living at that point?

A.   I was between my mother's and just different friends' houses.

Q.   Do you have any memory on that particular

---

A.   He took his insulin.  He checked his levels and he maintained his -- he did what he needed to do around taking his insulin.

Q.   Did you ever help him inject the insulin?

A.   No.

Q.   Did you help him with testing?

A.   No.

Q.   How was it that you know that -- did you ever see him inject the insulin?

A.   Yes.

Q.   Did you ever see him test himself?

A.   Yes.

Q.   With respect to testing, how would Richie go about testing himself in June of 2001?

A.   He would check his levels with pricking himself and if he needed it, if his sugar was low or high, whatever way he needed to deal with it he would definitely take it.

Q.   Would he do a finger stick with some type of sharp instrument?

A.   Yes.

Q.   What did he do to test the blood that came out?

---

18

day where you woke up?

A.   On that day?

Q.   Yes.

A.   Yes.

Q.   Where were you?

A.   In Brockton at a friend's house.

Q.   Indeed did you meet up with Richie at some point during that day?

A.   Yes.  We were together.

Q.   On that day when did you first see him?

A.   I was with him.

Q.   Was he --

A.   We woke up together.

Q.   Okay.  At some point did you learn that Richie was a diabetic?

A.   Yes.

Q.   When did you first learn that?

A.   Probably a week after I met him.

Q.   Back roughly in 2000?

A.   Yes.

Q.   Between 2000 when you met him and June, 2001 how was he managing that illness?  What did he do to care for himself?

---

20

A.   He put it on the machine.

Q.   Where was the machine?

A.   He had it with him.  He had a whole kit.

Q.   Why don't I step back for a minute.  When you first met Richie in 2000 did he have this kit?

A.   Yeah.

Q.   Between the time that you met him in Worcester in 2000 June of 2001, to your knowledge, did he always use the same kit?

A.   I don't know if it was the same kit but I know he always had the supplies that he needed to maintain his diabetes.

Q.   Did he carry any of those supplies with him?

A.   Yes.

Q.   To your knowledge and memory was it customary for him to carry this kit with him every day?

A.   Yes.

Q.   What was contained in the kit?

A.   The prick thing that you have to check your blood with, his hypodermic needles.  He'd sometimes have candy in there.  That's it.  And

---

1  there was a bottle of insulin.

2  Q.  You mentioned a machine that he would test
3  the blood on. Can you describe that for us please?

4  A.  It's like a little white -- I forget what
5  it looks like but it's kind of like a little
6  white -- how would you describe it? It's got like
7  digital numbers on it. It's a little white device.

8  Q.  Did you know in June of 2001 the
9  significance of the numbers that would appear on
10  the digital read out? Would Richie interpret them?

11  A.  Yes.

12  Q.  Were there times when he'd tell you that
13  his sugar levels were off?

14  A.  Yes.

15  Q.  What would he do in those circumstances?

16  A.  Well, if his sugar was low and he needed
17  candy -- there have been times when I had to get
18  him some sugar or put sugar and water in a glass.
19  If it was high he'd take his insulin.

20  Q.  What physical observations would you make
21  of Richie when his sugar was low? How did that
22  affect him as you saw it?

23  A.  Very groggy. Looking like fatigue.

---

1  Looking abnormal.

2  Q.  Would it be fair to say in June of 2001
3  that Richie was injecting both insulin and heroin?

4  A.  Yeah.

5  Q.  Can you describe how the kit that you've
6  spoken about was grouped together or carried?

7  A.  It was in a little black bag.

8  Q.  Can you describe that bag?

9  A.  Yeah. It's a little small bag that
10  zippered up and he had all his stuff in there that
11  he needed for his diabetes.

12  MR. WALSH: Can I take five?

13  (Short recess).

14  Q.  How big was that bag?

15  A.  As far as inches and stuff, I can't show
16  you but I can show you with my hands. It's about
17  this big.

18  Q.  Well, I don't know if it will help. It
19  seems to me you've indicated something about eight
20  or nine inches long. Counsel may not agree with
21  me. You don't know the dimensions by inches?

22  A.  No.

23  Q.  Where on his person if that was the case

---

1  would Richie carry this kit?

2  A.  He'd either have a bag or he'd carry it in
3  his pocket. Wherever he needed to carry it. On
4  his hip.

5  Q.  Was the bag small enough to fit in his
6  trouser pocket?

7  A.  Yes.

8  Q.  Were there ever occasions when Richie
9  forgot the kit and went out without it?

10  A.  Not to my knowledge.

11  Q.  Did he carry actual insulin in the kit?

12  A.  Yes.

13  Q.  How much?

14  A.  He'd have like two or three tubes, little
15  jars.

16  Q.  Did it ever come to your attention that
17  insulin should be refrigerated?

18  A.  Yes.

19  Q.  How did you learn that?

20  A.  Because I have been around him long enough
21  to know that he'd have it in the refrigerator and
22  he'd take whatever he needed out and replace it.

23  Q.  What you're telling me I believe is that

---

1  at the beginning of the day Richie would take
2  insulin out of refrigerator and put it in the kit?

3  A.  Yes.

4  Q.  Did you ever have a discussion with him
5  about how long the insulin would be effective out
6  of the refrigerator?

7  A.  No.

8  Q.  Do you know anything in that regard?

9  A.  No.

10  Q.  Did he ever tell you anything in that
11  regard?

12  A.  No.

13  Q.  Do you remember the street address where
14  you and Richie stayed over waking up on June 25,
15  2001?

16  A.  No.

17  Q.  Do you remember whose house it was?

18  A.  No. No.

19  Q.  Had you done drugs with Richie the night
20  prior?

21  A.  Yes.

22  Q.  Had you shot heroin with him?

23  A.  Yes.

1    Q.    Do you recall what time you guys woke up?

2    A.    No.

3    Q.    Do you recall what you first did when you

4    woke up?

5    A.    No.

6    Q.    Did you shoot heroin when you first got

7    up?

8    A.    I would imagine.  I had a habit.

9    Q.    I appreciate that.  So let's try to be

10   more precise about it.  Was it your custom and

11   practice as of June 25, 2001 that you'd start your

12   day if it were available by shooting up?

13   A.    Yes.

14   Q.    To your knowledge was that also Richie's

15   custom and practice?

16   A.    Yes.

17   Q.    You don't have a specific memory about

18   whether you shot up first thing that morning?

19   A.    Not specifically if it was early that

20   morning or late that afternoon.

21   Q.    At some point therefore would it be

22   accurate to say that during June 25, 2001 you and

23   Richie shot heroin?

LEAVITT REPORTING, INC.

26

1    A.    Yes.

2    Q.    Now, had there been other mornings when

3    you slept with him prior to that?

4    A.    Yes.

5    Q.    And from that experience when did Richie

6    usually first test his diabetic status?

7    A.    As soon as he got up.

8    Q.    Do you know if he did that on June 25,

9    2001?

10   A.    Yeah, because he did it every day.

11   Q.    Did you take breakfast with Richie?

12   A.    No.

13   Q.    Did you miss breakfast?

14   A.    But one thing about Richie is he always

15   ate something in the morning.  So I don't recall

16   what he ate that morning but he always made sure he

17   ate something.

18   Q.    On June 25, 2001 is it your clear memory

19   that you did not take a breakfast?

20   A.    I don't remember.

21   Q.    One way or the other?

22   A.    Right.

23   Q.    Although Richie to your memory would eat

LEAVITT REPORTING, INC.

27

1    in the morning as was his custom, do you

2    specifically remember whether he ate that morning?

3    A.    No.

4    Q.    Do you have any memory of going out to the

5    corner store for a bagel or anything like that that

6    day?

7    A.    No.

8    Q.    What is the first thing after waking up

9    with Richie that you do remember doing that day?

10   A.    Getting up, getting dressed, getting ready

11   to plan our day.

12   Q.    Did you have any contact with Mary Gomes

13   that morning?

14   A.    No.

15   Q.    Did Richie?

16   A.    No.  Well actually, I'm not going to say

17   no because I don't know if he called his mom.  I

18   don't know.

19   Q.    But it's your clear memory that on June

20   25, 2001 when he woke up Richie was not in his

21   mother's house, true?

22   A.    True.

23   Q.    Now, do you remember anything of your

LEAVITT REPORTING, INC.

28

1    activities that day prior to encountering the

2    police?

3    A.    Yes.

4    Q.    By the way, I didn't give you a proper

5    foundation.  Did you encounter the police that day?

6    A.    Yes.

7    Q.    What did you do before that happened?

8    A.    We were actually in Stop & Shop.  I don't

9    know where the area is because I'm not from here.

10   But we were in Stop & Shop.

11   Q.    What was your purpose in going there?

12   A.    Shoplifting.

13   Q.    Were you trying to get some food?

14   A.    No.

15   Q.    Were you trying to get things to sell on

16   the street?

17   A.    Yes.

18   Q.    Do you remember if you yourself shoplifted

19   from Stop & Shop that day?

20   A.    No.

21   Q.    You don't remember one way or the other?

22   A.    No, I didn't.

23   Q.    Did Richie?

LEAVITT REPORTING, INC.

29

1    A.   Yes.
2    Q.   What did he take?
3    A.   I don't remember.
4    Q.   How is it that you know he took something?
5    A.   Someone followed us out of the store.
6    Q.   Was that person a security official?
7    A.   Yes.
8    Q.   What happened when this person followed
9 you out the door?
10    A.   I believe it was cosmetics. I'm recalling
11 that he took cosmetics.
12    Q.   What next happened?
13    A.   We ran down the parking lot to CVS which
14 was in front of the Stop & Shop. And we went into
15 the CVS and just started walking around trying to
16 disappear. And the security guard went in there.
17 He had called the Brockton Police. And that's when
18 we had to come out of the store and got questioned
19 for identity and I showed them my ID. He gave a
20 fake name.
21    Q.   Let me backtrack. The way I want to
22 approach this is just be a little more precise
23 about what you told me.

LEAVITT REPORTING, INC.

30

1    A.   Okay.
2    Q.   Can you describe the security person who
3 followed you out of Stop & Shop?
4    A.   No.
5    Q.   When did you first know that someone was
6 following you?
7    A.   Well, when we came out the store that's
8 when we were confronted.
9    Q.   Outside Stop & Shop?
10    A.   Yes.
11    Q.   By a security guard?
12    A.   Yes.
13    Q.   Did you see Richie remove any items from
14 his person or his pockets after you went into the
15 Stop & Shop?
16    A.   No.
17    Q.   At the time that you were confronted by
18 the security person outside of Stop & Shop do you
19 know whether Richie had any stolen property on him?
20    A.   Can you repeat that?
21    Q.   Yes. If you don't mind I will ask the
22 reporter to read it back.
23       (Testimony read).

LEAVITT REPORTING, INC.

31

1    A.   Yes.
2    Q.   Is it your belief that it was cosmetics?
3    A.   Yes.
4    Q.   Apart from the belief is that your best
5 memory?
6    A.   Yes.
7    Q.   What did the security person say to you at
8 first?
9    A.   I don't remember his exact words. But he
10 definitely addressed the fact that he had
11 shoplifted and that he needed to basically give the
12 stuff back.
13    Q.   Did you see Richie give any stuff back?
14    A.   No.
15    Q.   In fact, is what you and Richie did was
16 turn and run?
17    A.   Yes.
18    Q.   Did the security person chase you on foot?
19    A.   Yes.
20    Q.   As I understood it you then went to CVS?
21    A.   Yes.
22    Q.   And you and Richie entered there ahead of
23 the security person?

LEAVITT REPORTING, INC.

32

1    A.   Yes.
2    Q.   And you were hoping to get lost in the
3 crowd so he would not find you?
4    A.   Yes.
5    Q.   At least that was your intention?
6    A.   Yes.
7    Q.   But he did see you?
8    A.   Yes.
9    Q.   Did any other security personnel get
10 involved with you that day?
11    A.   No.
12    Q.   Did any security person from CVS get
13 involved?
14    A.   No. I believe that as I recall the
15 security guard had asked somebody if we were in
16 there. But I don't know if they were security or
17 not or if they were just working there.
18    Q.   I appreciate that. Did anybody working at
19 CVS or who you thought worked at CVS speak with you
20 or Richie directly?
21    A.   No.
22    Q.   Where were you in the store when the Stop
23 & Shop security guard found you?

LEAVITT REPORTING, INC.

1    A.    Just walking around.

2    Q.    What next happened?

3    A.    That's when the security guard had
4    approached Richie in the store, from Stop & Shop.
5    The security from Stop & Shop.

6    Q.    I understand. Please go ahead.

7    A.    He was with the police officer so the
8    police officer was already there. And they asked
9    us to come outside.

10    Q.    Did you do so?

11    A.    Yes.

12    Q.    Did anyone employ any force in removing
13    you two from the store?

14    A.    No.

15    Q.    Was it a Brockton police officer?

16    A.    Yes.

17    Q.    Was there just one Brockton police
18    officer?

19    A.    No.

20    Q.    How many were there?

21    A.    Two.

22    Q.    Did you know either of them at that point?

23    A.    No.

LEAVITT REPORTING, INC.

1    Q.    Was the security guard there as well at
2    that point?

3    A.    Yes.

4    Q.    Did the security guard say anything after
5    you stepped out of the CVS store?

6    A.    He was talking to the police officer so he
7    was kind of on the sidelines. He didn't say
8    anything to me.

9    Q.    Did he say anything to Richie?

10    A.    No.

11    Q.    Did you hear anything that the security
12    guard said to any police officer?

13    A.    I did but I couldn't tell you what he
14    said.

15    Q.    Can you tell me generally what he said?

16    A.    Well, just about you were shoplifting,
17    that he believed that both of us were shoplifting.

18    Q.    Were you arrested that day?

19    A.    No.

20    Q.    Did the Brockton police officers have any
21    discussion with you and Richie outside the CVS
22    store?

23    A.    Yes.

LEAVITT REPORTING, INC.

34

1    Q.    Had you ever had any business with those
2    officers before to your memory?

3    A.    No.

4    Q.    Do you know now know a Brockton officer by
5    the name of Jesse Drane?

6    A.    No.

7    Q.    Can you describe physically those two
8    Brockton officers?

9    A.    Yeah. One was African American and one
10    was Caucasian.

11    Q.    They were both males?

12    A.    Yes.

13    Q.    Can you give me their heights?

14    A.    No.

15    Q.    Can you give me their ages?

16    A.    Probably thirties, early forties.

17    Q.    Did either of them have any facial hair?

18    A.    I don't remember.

19    Q.    How about body type; thick, thin, strong,
20    skinny?

21    A.    They were both thick.

22    Q.    Did both officers speak with you?

23    A.    Yes.

LEAVITT REPORTING, INC.

36

1    Q.    About what time of day was this?

2    A.    Mid afternoon.

3    Q.    At that point were you high?

4    A.    Yes.

5    Q.    Was Richie high if you know?

6    A.    Yes.

7    Q.    How much prior to your encounter with the
8    police had it been that you and Richie got high?

9    A.    I don't know. I know it was probably like
10    to the point where we needed to probably get high
11    again.

12    Q.    With what frequency in June of 2001 were
13    you shooting up in a day?

14    A.    How many times are you saying?

15    Q.    Yes.

16    A.    Like three or four times a day.

17    Q.    How many bags a day were you doing?

18    A.    About ten.

19    Q.    As June 25, 2001 approximately how often
20    each day was Richie shooting up?

21    A.    That day we had just shot up once.

22    Q.    I appreciate that. Are you familiar and
23    do you remember how often in a general sense in

LEAVITT REPORTING, INC.

37

39

Q. June of 2001 Richie would get high each day?

A. Yeah. Same time as me.

Q. Would you do the same number of bags?

A. Yes.

Q. Were you working at all at that point?

A. No.

Q. How many officers spoke to you?

A. Just the one that asked me for my identification and my address. One.

Q. Was that the Caucasian man or the black man?

A. The black guy.

Q. How was his manner towards you?

A. Good.

Q. What did that officer say to you and what did you say to him?

A. I don't remember. I just remember him asking me for my license and ID. Vaguely I remember some of things he asked me.

Q. Please tell me what you remember.

A. I remember him asking for an ID. I remember him asking me where I lived. That's it.

Q. Did the police officer separate you and

LEAVITT REPORTING, INC.

1  that you had not shoplifted?

2  A. No.

3  Q. Did the security guard tell them that he

4  did not think that you had shoplifted?

5  A. I don't know that.

6  Q. You raise an issue that I did want to

7  discuss with you. To your knowledge, at that time

8  did Richie have an outstanding warrant or warrants

9  against him?

10  A. Yes.

11  Q. What were they for?

12  A. I don't know.

13  Q. During the time that you and Richie were

14  outside CVS speaking with the officers, did you

15  hear any of the officers speak on their radio?

16  A. No.

17  Q. Did you hear any officer ask Richie if he

18  had outstanding warrants?

19  A. Yes.

20  Q. Did Richie admit that he did?

21  A. No.

22  Q. Were you asked if you had any warrants?

23  A. Yes.

LEAVITT REPORTING, INC.

38

40

1  Richie in order to speak with you?

2  A. No.

3  Q. Did the same black officer also speak with

4  Richie?

5  A. Yes.

6  Q. Did he do that in your presence?

7  A. Yes.

8  Q. Do you remember anything that he said to

9  Richie or the that Richie said to him?

10  A. Yeah. He asked him the same questions,

11  who he was and where he lived.

12  Q. Was Richie arrested outside the CVS?

13  A. Yes.

14  Q. Was he placed in custody and taken away?

15  A. Yes.

16  Q. Was there anything that you considered to

17  be excessive force in terms of his handcuffing?

18  A. No.

19  Q. Do you know why it was that you were not

20  arrested?

21  A. Because I didn't have any warrants and I

22  didn't shoplift.

23  Q. Do you know what convinced the officers

LEAVITT REPORTING, INC.

1  Q. And you replied truthfully no?

2  A. Yes.

3  Q. Richie denied having warrants, correct?

4  A. Yes.

5  Q. Which was not true, correct?

6  A. Correct.

7  Q. Do you know if by the time he was arrested

8  the officer mentioned that Richie did have

9  warrants?

10  A. Yes. I --

11  Q. Do you want to stand by that answer?

12  A. I want you to ask me that question again.

13  Q. Did you hear the officer ask Richie if he

14  had a warrant?

15  A. Yes.

16  Q. I believe your prior testimony was Richie

17  denied that he had a warrant, true?

18  A. Yes.

19  Q. Did you hear the officer say anything to

20  the effect, oh no, you do have warrants?

21  A. No, because he didn't use his name.

22  Q. Did he give Joe Gomes as his name?

23  A. Yes.

LEAVITT REPORTING, INC.

43

1    Q.   Joe is Richie's brother?

2    A.   Yes.

3    Q.   Had you ever heard Richie use Joe's name

4    in the past?

5    A.   No.

6    Q.   Did you correct the situation when Richie

7    gave the wrong name?

8    A.   No.

9    Q.   Why not?

10   A.   It wasn't my duty to do that.  I needed to

11   do what I needed to do for me.

12   Q.   So at the time that Richie identified

13   himself to the officer he gave the name of Joe

14   Gomes, is that true?

15   A.   Yes.

16   Q.   Did you hear the officer tell Richie he

17   was under arrest?

18   A.   Yes.

19   Q.   Did he tell him why?

20   A.   First of all, he didn't believe that it

21   was Joey Gomes.

22   Q.   Why do you say that?

23   A.   That's just my opinion because they would

LEAVITT REPORTING, INC.

1    A.   Yes, that morning.

2    Q.   Where did he do that?

3    A.   Where we were staying.

4    Q.   With what frequency in a general sense

5    would Richie take insulin daily?

6    A.   He'd take it in the morning.  If his sugar

7    was low throughout the day he would have to take

8    it.  And at night depending on his level of sugar.

9    Q.   Did he have a usual time in the morning

10   when he would take insulin?

11   A.   No.  He would usually take it when he got

12   up.

13   Q.   Did he have a usual time at night when

14   he'd take it?

15   A.   Usually before he went to bed.

16   Q.   Just before he went to bed?

17   A.   Yeah.

18   Q.   At the time of his arrest was Richie

19   placed into a cruiser?

20   A.   Yes.

21   Q.   How many officers were in the cruiser?

22   A.   One.

23   Q.   Which one was that?

LEAVITT REPORTING, INC.

42

1    not have arrested him if he was Joey Gomes.

2    Q.   Did the officer say anything to that

3    effect; I don't believe that's your right name,

4    pal, or I don't believe you or anything to that

5    effect that made you feel that way?

6    A.   Yeah, but I don't remember exactly what he

7    said.  But he was basically telling him that wasn't

8    who he was.

9    Q.   Did Richie ever admit his correct name at

10   that point?

11   A.   No.

12   Q.   Did the white officer say anything to

13   either of you that you recall?

14   A.   Not that I recall.

15   Q.   Prior to Richie's arrest did Richie eat

16   anything?

17   A.   I don't remember.

18   Q.   Do you remember if you ate anything?

19   A.   No, I don't remember.

20   Q.   Do you have a clear memory, not from

21   custom that you're aware of, but a clear memory of

22   June 25, 2001 that Richie took his insulin before

23   he was arrested?

LEAVITT REPORTING, INC.

44

1    A.   The African American guy.

2    Q.   What happened to the white officer?  Do

3    you know where he went?

4    A.   In his cruiser.

5    Q.   So do you know, do you have a memory that

6    two cruisers arrived?

7    A.   Yeah.  I don't -- yeah.

8    Q.   Would that be your best memory today?

9    A.   Yes.

10   Q.   On that date at that point of his arrest

11   did Richie have on his person his insulin kit?

12   A.   Yes.  Say that question again?

13   Q.   At the time of his arrest did Richie have

14   on his person, on his body, the insulin kit?

15   A.   No.

16   Q.   Where was it?

17   A.   I had it.

18   Q.   Why were you carrying it?

19   A.   Because I had a pocketbook.

20   Q.   And it fit in your pocketbook?

21   A.   Yeah.  I had to put it in my pocketbook.

22   Q.   Was the reason for that because Richie

23   wanted to put stolen goods in his pockets?

LEAVITT REPORTING, INC.

1    A.    I couldn't tell you that.  I just had it.
2    Q.    At the time of his arrest was there any
3  insulin in the kit?
4    A.    Yes.
5    Q.    How many bottles?
6    A.    I couldn't tell you exactly how many.
7    Q.    Did you check at the point of his arrest
8  to see if there was any insulin in the kit?
9    A.    No.
10    Q.    Did you check at any point that day to see
11  if there was any insulin in the kit?
12    A.    Yes.
13    Q.    When was that?
14    A.    Right before I went to drop it off at the
15  police station.
16    Q.    Approximately what time of day was that?
17    A.    Approximately about an hour after the
18  arrest, mid afternoon.
19    Q.    That's your best memory?
20    A.    Early evening.
21    Q.    Can you give us an hour to your best
22  memory?
23    A.    No.

LEAVITT REPORTING, INC.

1    Q.    Let me pursue this if I can.  You both
2  woke up at a house other than Richie's mother's,
3  correct?
4    A.    Yes.
5    Q.    There was no insulin there, true, in the
6  refrigerator?
7    A.    Yeah, because he would have his insulin
8  with him.  And I am sure he put it in the
9  refrigerator.  I didn't see it.
10    Q.    Then you don't know if he put it in the
11  refrigerator?
12    A.    No.
13    Q.    And you didn't see him take it out of the
14  refrigerator?
15    A.    No.
16    Q.    And he didn't go home that day to take any
17  insulin out of his mother's refrigerator, true?
18    A.    I don't remember if we went by his
19  mother's house.  I really don't.
20    Q.    Do you have any memory of doing so?
21    A.    No.
22    Q.    Did you feel the bottles of insulin to see
23  if they were warm or cool just before going to the

LEAVITT REPORTING, INC.

---

46

1    Q.    What did you find in the kit when you
2  checked?
3    A.    The needles, the insulin and everything
4  that's always in it.  The testing for the blood,
5  that little mechanical device.
6    Q.    How was the insulin --
7    A.    I remember how many bottles were in there.
8  Two.
9    Q.    Were they empty or full?
10    A.    Full.
11    Q.    How many would fit in that kit, do you
12  know?
13    A.    No.
14    Q.    How many bottles of insulin had Richie
15  used previously that day?
16    A.    Just the one when he took his insulin.
17    Q.    Do you know when Richie took from the
18  refrigerator the insulin that you saw in the kit on
19  June 25, 2001?
20    A.    That morning.
21    Q.    Had he gone home?
22    A.    I didn't see him take it out but I know
23  that he always had his insulin.

LEAVITT REPORTING, INC.

48

1  police station?
2    A.    No.
3    Q.    Now immediately after the arrest where did
4  you go?
5    A.    Where did I go?
6    Q.    Yes.
7    A.    We had a truck, a friend of his truck, a
8  Spanish guy.  So I had to go by there and let him
9  know that Richie got arrested.
10    Q.    Who was that person?
11    A.    I forget his name.
12    Q.    Did you give the truck back at that point?
13    A.    No.
14    Q.    Were you driving?
15    A.    Yes.
16    Q.    Did you have a license?
17    A.    Yes.
18    Q.    Backtrack just for a minute.  At the point
19  of arrest was there any discussion among anyone
20  about Richie's status as a diabetic?
21    A.    No.
22    Q.    Did you at any point notify Richie's
23  family that he had been arrested?

LEAVITT REPORTING, INC.

A. Yes.

Q. Who did you call?

A. Well, the Spanish guy called. I didn't call. The Spanish guy called Mary.

Q. Did he do so in your presence?

A. Yes.

Q. What did he tell her?

A. That Richie had got arrested.

Q. Why was it that you did not speak directly with Mrs. Gomes?

A. Because I didn't. I just didn't want to.

Q. Because Richie had been arrested?

A. Yes.

Q. Prior to that date had Mrs. Gomes spoken to you about taking drugs with Richie?

A. I don't know if it was that day but she has spoke to us many times about taking drugs.

Q. Did she ever tell you she thought you were a bad influence on Richie?

A. No.

Q. Did the Spanish gentleman who called Mary Gomes tell you what her response was if anything when he mentioned that Richie had been arrested?

LEAVITT REPORTING, INC.

---

Q. Can you estimate how long you were at the station before Mary and Joe arrived?

A. A couple hours.

Q. Why did you go to the police station?

A. To let them know that he was a diabetic and I needed to give them the insulin.

Q. How many police officers did you speak with that day at the station?

A. The two guys that had had the encounter with us at CVS were the two officers that were there. And I believe the African American guy was the guy that was at the front desk and was the same guy that arrested him. I'm not positive.

Q. I appreciate your candor. When you say you believe it, you're not positive, you don't know whether he was behind the desk or not, do you?

A. Right. I just know it was an African American guy and a Caucasian guy.

Q. Do you have a clearer memory that the officer who you saw at the desk was black?

A. Yes.

Q. But you don't know for sure that was the same black officer who had arrested Richie, is that

LEAVITT REPORTING, INC.

---

A. No.

Q. Did you ever see Mary Gomes on June 25, 2001?

A. Yes.

Q. When was that?

A. At the police station.

Q. How many times did you go to the police station yourself?

A. I was there for a while just that one time.

Q. Did you see Mary at the police station at some point?

A. Yes.

Q. Was she with anyone?

A. Yes.

Q. Who was that?

A. Joey.

Q. Is it your testimony that you went to the police station first?

A. Yes.

Q. And did you have some encounters with the police officers there before Mary arrived?

A. Yes.

LEAVITT REPORTING, INC.

---

true?

A. Right.

Q. When you entered the station with whom did you first speak?

A. To the African American guy.

Q. At the desk?

A. Yes.

Q. And what did you say to him and what did he say to you?

A. Actually, I just gave him the insulin, the bag and let him know that Richie was a diabetic. And he told me he wasn't sure if he could take that insulin because he had told me that he didn't know if that was Richard Gomes. And I had told him that it was Richard Gomes, it's not Joey Gomes and he needs to take his insulin.

Q. You went to the station. How did you introduce yourself? Did you give your name?

A. Yes.

Q. Did you tell anyone why you were there?

A. Yes.

Q. What did you say?

A. I told him I was there to bring Richard

LEAVITT REPORTING, INC.

1 Gomes his insulin.

2 Q. At that time you knew that Richie had

3 given the name of Joe?

4 A. Yes.

5 Q. At the time of the arrest, true?

6 A. Yes.

7 Q. What was the response of the officer if

8 any when you told him that?

9 A. I told him that it wasn't Joey Gomes. And

10 he told me that well, he needed to find out and

11 that I can just leave it there. So I did.

12 Q. You told the officer that Richie Gomes was

13 a diabetic?

14 A. Right.

15 Q. And that the fellow they thought was Joe

16 Gomes was Richie Gomes?

17 A. Right.

18 Q. And the officer said, well, I don't know

19 that?

20 A. Right.

21 Q. Did he say anything else?

22 A. No.

23 Q. Where did this discussion take place?

LEAVITT REPORTING, INC.

---

54

1 A. Right in the precinct in the front desk.

2 Q. Were you buzzed into the back room?

3 A. No. What do you mean back room?

4 Q. You approached and there was a glass

5 window through which you spoke to the officer,

6 correct?

7 A. Yes.

8 Q. Did he ever ask you back into the room

9 where he was located?

10 A. No.

11 Q. All your discussions with him were through

12 the glass window?

13 A. I don't know if he did ask me back in. I

14 just remember the glass window.

15 Q. How did you give this kit to this officer?

16 A. I think he did come to the side door. I

17 don't remember.

18 Q. Do you have any memory of placing the kit

19 in the officer's hand?

20 A. Yes.

21 Q. What if anything did he say he would do

22 with the kit?

23 A. He didn't say what he would do. I just

LEAVITT REPORTING, INC.

---

1 let him know that he needed to give him his

2 insulin. I remember that.

3 Q. In fact, did the officer tell you that he

4 wasn't sure if he could accept the insulin?

5 A. He didn't say that because he took it.

6 Q. But he wasn't sure whether you had been

7 accurate in saying the arrested person under the

8 name of Joe Gomes was Richie, true?

9 A. I don't know. I can't speak for him.

10 Q. Did you get a receipt for the kit?

11 A. No.

12 Q. Did you ask for one?

13 A. No.

14 Q. How long were you at the station?

15 A. Well, I was there for like two hours

16 because then I went outside, came back, then

17 Richie's mom and Joey came and I had let them know

18 that I had given them the insulin. Then I ended up

19 leaving.

20 Q. After you left did you make any further

21 efforts to see whether Richie had received his

22 insulin?

23 A. No. I believe his mother did that and

LEAVITT REPORTING, INC.

---

56

1 Joey.

2 Q. But you yourself took no further steps?

3 A. No. My part was just dropping it off.

4 Q. Did you speak with any other officers at

5 the station?

6 A. No.

7 Q. In a general sense, how would you

8 characterize the demeanor or attitude of the

9 officer with whom you spoke?

10 A. They were okay. They weren't rude in any

11 kind of way.

12 Q. When you say they, was there more than one

13 person with whom you spoke?

14 A. Yeah, there was the African American guy

15 and the Caucasian guy. I don't remember exactly

16 what I talked about with -- I remember speaking to

17 the African American guy and he's the one that

18 initially took the insulin.

19 Q. Did you say anything to anybody that you

20 haven't told us so far at the station?

21 A. No.

22 Q. Do you know for a fact or at least to a

23 good memory that the white officer with whom you

LEAVITT REPORTING, INC.

57

1  spoke was the same one who was involved with the

2  arrest?

3      A.  I don't know.

4      Q.  After Richie's arrest but before you went

5  to the police station did you shoot any more drugs?

6      A.  No.

7      Q.  Were you high when you went to the police

8  station?

9      A.  Yes, a little bit.

10     Q.  As you sit here today do you believe that

11 your taking heroin that day has had an effect on

12 your memory as to what occurred that day?

13     A.  Oh, definitely, because I remember bits

14 and pieces of it.

15     Q.  Do you remember speaking with Mary and Joe

16 at the station?

17     A.  Yes.

18     Q.  Did you speak with both of them?

19     A.  Yes.

20     Q.  Would you tell me what you said to them

21 and what Mary and what Joe said to you?

22     A.  Okay.  I just remember letting them know

23 that I had dropped the insulin off and that Richie

58

1  had used Joey's name.  That's all I remember.

2      Q.  What was Joe's reaction when you told him

3  that?

4      A.  I don't remember.

5      Q.  Did Joe or Mary ask you anything about the

6  circumstances of the shoplifting arrest?

7      A.  Yeah, they had asked me what happened but

8  I don't remember the conversation too well.

9      Q.  How long were you with Mary and Joe at the

10 station?

11     A.  Well, I was there.  I wasn't with them.

12 Probably about ten or fifteen minutes.  When I left

13 they were still there.

14     Q.  I understand.  To put it more clearly

15 would it be fair to say that you were at the

16 station at the same time that Mary and Joe were for

17 approximately ten or fifteen minutes?  Is that

18 true?

19     A.  Yes.

20     Q.  Did you witness any interaction between

21 either Mary or Joe and any police officers?

22     A.  Did I witness them speaking to the police

23 officers?

59

1      Q.  Yes, ma'am.

2      A.  Yes.

3      Q.  Did you hear what was said?

4      A.  No.

5      Q.  Who was speaking to the police officers

6  that you saw?

7      A.  Joe.

8      Q.  With whom was he speaking?

9      A.  I believe both of them.  They were both in

10 the front.

11     Q.  Both of whom means what?

12     A.  The Hispanic guy and the African American

13 guy.  I mean, not the Hispanic guy.  I mean the

14 Caucasian.

15     Q.  Have you spoken with Joe or Mary since

16 June 25, 2001?

17     A.  Yes.

18     Q.  Have they ever told you what they said to

19 a police officer or police officers at the station

20 on June 25, 2001?

21     A.  Yes.

22     Q.  Who told you what was said?

23     A.  The mom.

60

1      Q.  What did she tell you happened?

2      A.  She told me she went there to -- that she

3  spoke with them in regards to them treating Richie

4  for his diabetes.

5      Q.  Did she tell you with whom she spoke?

6      A.  No.

7      Q.  Did she tell you what she said?

8      A.  That's what she said.

9      Q.  Did she tell you anything that any officer

10 said in response?

11     A.  No.

12     Q.  When did you have this discussion with

13 Mary?

14     A.  The next day.  We had went to the

15 courthouse.  I went to her house after that.

16     Q.  Have you told us everything that you said

17 and did at the Brockton police station on June 25,

18 2001?

19     A.  That I remember.

20     Q.  Have you told us everything that you

21 remember that Mary told you happened when she was

22 at the station?

23     A.  Yes.

1    Q.    Have you ever spoken with Joe about what
2    happened at the station?
3    A.    Yes.
4    Q.    What did Joe tell you happened?
5    A.    He spoke in regards to his identity, like
6    telling the cops that that wasn't Richie, I mean
7    that that wasn't him.  That was Richard Gomes.
8    Q.    Go ahead.
9    A.    And that he was a diabetic and needed to
10   take his insulin.  Basically the same thing I said.
11   Q.    What exactly did you tell the police about
12   Richie's diabetic status?
13   A.    I just let them know he was a diabetic and
14   he needs to take his insulin.  And I gave them his
15   equipment.
16   Q.    Did anybody tell you we don't do needles
17   here?
18   A.    No.
19   Q.    Did you place the insulin kit in the
20   officer's hand?
21   A.    Yes.
22   Q.    Did you see what he did with it?
23   A.    No.

1    Q.    I believe you said that the next morning
2    you went to court?
3    A.    Yes.
4    Q.    How was it that you knew which court would
5    be involved with Richie?
6    A.    I just knew that District Court would be
7    the place to go.
8    Q.    Did you go to the Brockton District Court?
9    A.    Yes.
10   Q.    Did you go to the criminal clerk's office?
11   A.    The clerk's office, yes.
12   Q.    Did you try to find out which room
13   Richie's case would be heard?
14   A.    Yes.
15   Q.    Did you do so?
16   A.    Yes.
17   Q.    Did you go there?
18   A.    Yes.
19   Q.    Did you hear his case called?
20   A.    No.  I actually asked the court officer
21   and he told me that he was sent to the hospital.
22   He didn't know why.
23   Q.    This court officer that you just

1    described, is he someone who was working the
2    session in the courtroom where Richie's case was to
3    be heard?
4    A.    Yes.
5    Q.    How was it that you spoke with him about
6    Richie?
7    A.    I just went up to him and asked him in
8    regards to his case is Richie Gomes coming in.
9    That's what he told me, he would not be coming in
10   because he went to the hospital.
11   Q.    Was that the first time you learned that
12   Richie had been hospitalized?
13   A.    Yes.
14   Q.    Do you know if the clerk called Richie's
15   case?
16   A.    No.
17   Q.    Were you present at court when any action
18   was taken on Richie's case?
19   A.    No.
20   Q.    Do you know what came of Richie's case?
21   A.    No.
22   Q.    After you left court what did you do?
23   A.    I went to a friend's house and my mom

1    picked me up and we went over to Mary's house.
2    Q.    Who was that friend?
3    A.    It was a girl I had met in Brockton.  I
4    don't remember her name.
5    Q.    Did you speak with Mary at her house?
6    A.    Yes.
7    Q.    What did you talk about?
8    A.    Richie just being in the hospital.
9    Actually we went down there.
10   Q.    We'll get to that.  What did you discuss
11   with Mary at her house?
12   A.    I don't remember.
13   Q.    When you went to her house do you know
14   whether she was already aware that Richie had been
15   hospitalized?
16   A.    Yes.
17   Q.    What did she say or do that led you to
18   feel that way?
19   A.    I believe we called the hospital.
20   Q.    At Mary's house did you learn from anybody
21   why he was in the hospital?
22   A.    No.
23   Q.    Did you learn what hospital it was?

1    A.    Yes.

2    Q.    Which hospital was that?

3    A.    Brockton City.

4    Q.    Did you go there?

5    A.    Yes.

6    Q.    Did you go there with anyone?

7    A.    Yes.

8    Q.    Who was that?

9    A.    Myself, my mother and Mary.

10    Q.    Do you remember encountering anybody in

11   the lobby?

12    A.    Yes.  There was a police officer outside

13   the door.

14    Q.    Did you discuss Richie with that police

15   officer?

16    A.    No.

17    Q.    Do you have any memory of Mary meeting a

18   family member there?

19    A.    No.

20    Q.    Do you have any memory of another Gomes

21   relative being hospitalized there at that time?

22    A.    No.

23    Q.    How did you learn in which room Richie

1    A.    No.

2         MR. WALSH:  Is that Brockton Hospital?

3    Q.    Would that again be Brockton Hospital?

4    A.    Yes.

5    Q.    Do you know whether he admitted himself at

6    that point under his proper name, Richard Gomes?

7    A.    Yes.

8    Q.    Did he ever tell you what was done for him

9    at the hospital at that point?

10    A.    I know they stabilized his diabetes.

11    Q.    Apart from that incident do you have any

12   memory of Richie ever being taken to the hospital

13   as a result of a diabetic problem?

14    A.    Yes.

15    Q.    On approximately how many occasions?

16    A.    Probably like two or three times since the

17   time that I was with him.

18    Q.    You used the word seizure.  Let's make

19   sure we are talking apples here.  What do you

20   understand a seizure to be?

21    A.    I don't know exactly what a seizure is,

22   but it doesn't look normal with the shaking and the

23   eyes rolling.

1    was?

2    A.    We asked at the front desk.

3    Q.    The information desk?

4    A.    Yes.

5    Q.    Do you remember by any chance what room he

6    was in?

7    A.    No.

8    Q.    Prior to that date had Richie ever been

9    taken to the hospital for insulin or diabetic

10   issues?

11    A.    Yes.

12    Q.    How often?

13    A.    Probably like a week prior to that.

14    Q.    Were you with him when he took ill?

15    A.    Yes.

16    Q.    What were his symptoms at that point?

17    A.    He just started shaking, looking like he

18   was having a seizure, kind of eyes rolling back.

19    Q.    This was approximately a week prior to

20   June 26, 2001?

21    A.    Yes.

22    Q.    Did you go with him to the hospital at

23   that point?

1    Q.    That's what Richie was showing you about a

2    week prior to June 26?

3    A.    Right.  And it was told to me that when

4    your sugar is low things like that happen.

5    Q.    Had he looked the same way as you saw him

6    look when he took what you described as a seizure

7    at any other time?

8    A.    Had he looked like that prior to that?

9    Q.    Yes.

10    A.    Yes.

11    Q.    Were those occasions when he went to

12   hospital?

13    A.    Yes.

14    Q.    On the other occasions when he was

15   hospitalized do you know which hospital he was

16   taken to?

17    A.    Brockton.

18    Q.    Now, did you go to Richie's room?

19    A.    Yes.

20    Q.    On June 26, 2001?

21    A.    Yes.

22    Q.    Did anyone accompany you?

23    A.    I was with my mom and Richie's mom.

**69**

1    Q.   Was it a private room?

2    A.   Yes.

3    Q.   Just one bed?

4    A.   Yes.

5    Q.   Was anyone in the room with Richie?

6    A.   No.

7    Q.   Was he under police guard?

8    A.   Yes.

9    Q.   How many officers were present?

10   A.   I only seen one at the door.

11   Q.   Can you describe that man?

12   A.   No.

13   Q.   When you say the door, was it the door to

14   Richie's room or the door at the hospital when you

15   walked in?

16   A.   The door at Richie's room.

17   Q.   Was this the same officer who arrested

18   Richie?

19   A.   I don't know.

20   Q.   Do you know if it was the same officer

21   with whom you had spoken at the station the night

22   before?

23   A.   No.

LEAVITT REPORTING, INC.

**70**

1    Q.   Did you have any discussions with this

2    officer?

3    A.   No.

4    Q.   Did anyone in your presence?

5    A.   Yes.

6    Q.   Who spoke with the officer?

7    A.   Richie's -- Miss Gomes.

8    Q.   What did she say to the officer and what

9    did he say to her?

10   A.   I don't remember.

11   Q.   Do you remember any discussion between

12   anyone concerning Richie's name?

13   A.   No.  The only thing I remember is just him

14   saying that we wasn't able to see him.

15   Q.   Did he say why?

16   A.   No.

17   Q.   In fact, did you make any observations of

18   Richie that day?

19   A.   Yes.

20   Q.   Where was he?

21   A.   He was in the room.  He was full of tubes.

22   I just peeked in the room.

23   Q.   Was he awake?

LEAVITT REPORTING, INC.

**71**

1    A.   No.

2    Q.   Do you know under which name Richie was

3    admitted to the hospital?

4    A.   No.

5    Q.   Did you see his medical record or chart in

6    his room?

7    A.   No.

8    Q.   Was there any sign outside the room that

9    gave the patients's name?

10   A.   I don't know.

11   Q.   Do you know whether Richie was admitted

12   under the name of Joe Gomes to the hospital?

13   A.   I don't know.

14   Q.   Has anyone suggested to you that that was

15   the case or told you that was the case?

16   A.   No.

17   Q.   Did you speak with any medical personnel

18   at the hospital?

19   A.   No.

20   Q.   How long did you stay there?

21   A.   I don't remember.

22   Q.   Where did you go after you saw Richie?

23   A.   Back to Richie's mom's for a little while.

LEAVITT REPORTING, INC.

**72**

1    Q.   What happened there if anything?

2    A.   We just conversated (sic).  I don't recall

3    about what.  I know she was real upset.  She was

4    crying.  Sad.

5    Q.   Did you visit Richie at Brockton Hospital

6    again?

7    A.   No.

8    Q.   Do you know to which hospital he went

9    after Brockton Hospital?

10   A.   I think it was Mass General.

11   Q.   Do you have any memory of his going to

12   Shattuck Hospital?

13   A.   Yes.

14   Q.   Did you ever visit him there?

15   A.   No.

16   Q.   Did you ever visit him at Mass General

17   Hospital?

18   A.   No.

19   Q.   Did you ever visit him at the Greenery in

20   Middleboro?

21   A.   No.

22   Q.   After seeing Richie in Brockton Hospital

23   on June 26, 2001, when did you next see him?

LEAVITT REPORTING, INC.

1    A.   Spaulding Rehab.

2    Q.   Had you spoken with anyone about his

3  status or his condition between those points in

4  time?

5    A.   Yes.

6    Q.   Who did you speak with?

7    A.   His mom.  I used to call her every day.

8    Q.   In a general sense if you can, what did

9  she tell you about Richie?

10    A.   She told me he was in a coma.

11    Q.   Did she tell you for how long he was in a

12  coma?

13    A.   I believe he was in a comma for a little

14  over a year.

15    Q.   That's your understanding?

16    A.   Yeah.  But I know I called consistently

17  for over a month and he had not come out of it.

18    Q.   Where were you calling, to Mrs. Gomes?

19    A.   To Mrs. Gomes.

20    Q.   And she relayed to you that he remained in

21  a coma?

22    A.   Yes.

23    Q.   For at least a month?

LEAVITT REPORTING, INC.

74

1    A.   Yeah, a month or two.  I was calling every

2  day.

3    Q.   With whom did you go to Spaulding to see

4  Richie?

5    A.   Myself.

6    Q.   How did you get there?

7    A.   Train.  Bus, train.

8    Q.   Do you know how long he had been at

9  Spaulding when you went to see him?

10    A.   No.

11    Q.   How did you learn he was at Spaulding?

12    A.   His mom.

13    Q.   When you went to see him at Spaulding were

14  there any family members present?

15    A.   No.

16    Q.   How long did you stay there?

17    A.   I went there about four times.  Each time

18  I stayed for about an hour.

19    Q.   Over how long a period did these four

20  visits take place?

21    A.   A month.

22    Q.   Did you ever speak with any medical

23  personnel about Richie's condition?

LEAVITT REPORTING, INC.

1    A.   No.

2    Q.   Did you spend some time with him at

3  Spaulding?

4    A.   Yes.

5    Q.   Did he recognize you?

6    A.   No.

7    Q.   On the occasions that you saw Richie at

8  Spaulding in each instance was he in bed?

9    A.   No.

10    Q.   Was he ever in bed when you went to see

11  him at the hospital?

12    A.   Yes.

13    Q.   On how many of those dates?

14    A.   I believe it was only one time I seen him

15  up and he was in a wheelchair, strapped in.

16    Q.   Did you try to engage him in conversation?

17    A.   Yes.

18    Q.   Did he say anything?

19    A.   Some days he would.  But I mean, I

20  couldn't understand what he was saying.

21    Q.   Why not?

22    A.   I believe he was incoherent.

23    Q.   Was his speech slurred?

LEAVITT REPORTING, INC.

76

1    A.   Oh, yeah.

2    Q.   Did you understand any of the words that

3  he was saying?

4    A.   No.

5    Q.   So is it fair to say when you saw him at

6  Spaulding it was not the case that he was speaking

7  in a way that made no sense to you but rather that

8  you couldn't even understand the words?  Is that

9  true?

10    A.   No.  It was the case that I couldn't

11  understand him.

12    Q.   Did you hear any English words that you

13  recognized in speaking with him?

14    A.   I don't remember.  It just wasn't normal.

15    Q.   Did you reach out to touch him in any way?

16    A.   Yes.

17    Q.   Did you hold his hand?

18    A.   Yes.

19    Q.   Did he squeeze your hand?

20    A.   I don't remember.

21    Q.   Did he smile at you?

22    A.   I don't remember.  I don't think so.

23    Q.   During the four visits that you had with

LEAVITT REPORTING, INC.

1    Richie did you see any improvement in his
2    condition?
3        A.   No.
4        Q.   Did you ever see him walk there?
5        A.   No.
6        Q.   Did you ever learn from any source that
7    there were any disciplinary issues or problems that
8    Richie was causing at Spaulding?
9        A.   No.
10       Q.   I may have asked you this.  Did you ever
11   visit Richie at Mass General?
12       A.   No.
13       Q.   You didn't see him at the Greenery?
14       A.   No.
15       Q.   Do you understand the Greenery was a rehab
16   center?
17       A.   Yes.
18       Q.   Did you discuss with any Gomes family
19   member how Richie was doing at the Greenery?
20       A.   No.  Actually I just found out he was
21   there today.
22       Q.   Do you know when Richie was released from
23   the Greenery rehab?

---

1        Q.   At the cookout and at the wedding was
2    Richie dressed appropriately?
3        A.   Yes.
4        Q.   Did he look sharp?
5        A.   Casual.
6        Q.   Did you speak with him?
7        A.   Yes.
8        Q.   Did he recognize you?
9        A.   The first time I seen him he kind of was
10   dazed out but it took him a while to remember me.
11   Probably like I sat there for about twenty minutes
12   then he recognized who I was.
13       Q.   Did he give you a hug then?
14       A.   Well, I gave him a hug when I first seen
15   him.
16       Q.   Did he respond?  Did he hug you back?
17       A.   Yes.
18       Q.   Did he dance at the wedding?
19       A.   No.
20       Q.   How about at the cookout, did Richie
21   recognize you at the cookout?
22       A.   Yes.
23       Q.   Did you spend some time with him?

---

1        A.   No.
2        Q.   Would it refresh your memory if I were to
3    suggest that it was in March of 2003?
4        A.   I don't know.
5        Q.   Between seeing Richie at Spaulding
6    Hospital and seeing him today have you seen him?
7        A.   Yes.
8        Q.   With what frequency?
9        A.   Actually in the last three months I've
10   seen him probably once out of each month.  So three
11   times.
12       Q.   And between seeing him at Spaulding and
13   the last three months did you see him at all?
14       A.   Yes, I've seen him in between Spaulding.
15   I probably saw him last year.
16       Q.   How many times last year?
17       A.   Twice.
18       Q.   Where?
19       A.   I seen him with his brother at a cookout.
20   And I seen him with his brother again.  I believe
21   it was a wedding, yeah.
22       Q.   That was last year?
23       A.   Yes.

---

1        A.   Yes, I talked to him.
2        Q.   What did you talk to him about?
3        A.   Just asked him how he was doing.  Each
4    time I've seen him he looks zombied out to me.  Not
5    much of any type of conversation.  Today's the
6    first that I really seen him actually conversing.
7        Q.   Today being September 13 -
8        A.   But I don't see him frequently.
9        Q.   I understand.  Would you say that today in
10   September of 2005 Richie looks better to you than
11   he has?
12       A.   Yes.
13       Q.   More with it?
14       A.   Yes.
15       Q.   Have you been able to speak with him
16   today?
17       A.   Yes.
18       Q.   Did he make sense to you?
19       A.   A little bit.  He kind of went way back
20   into 70's and 80's talking about people that I
21   don't even know.
22       Q.   Was his voice and his word choice clear to
23   you today?

1    A.   Yes.

2    Q.   Better than you've ever heard it?

3    A.   Yes.

4    Q.   After June 25, 2001?

5    A.   Say that -- better than I ever heard it?

6    Q.   Since June 25, 2001?

7    A.   Yeah, he's definitely improved.

8    Q.   When you said he seems zombied out, I

9 think I know what you mean but I shouldn't assume.

10 What do you mean?

11   A.   He just doesn't look like the same person

12 that I met when I met Richie in 2001.  He just

13 doesn't seem to be really coherent to me.  He used

14 to be like a very vibrant person, like alive and

15 socialized and he seems like he's very like

16 mobilized, slow and he doesn't seem normal to me.

17   Q.   These are changes you've noticed in him

18 since June 25, 2001?

19   A.   Yes.

20   Q.   Are there any other changes that you've

21 seen?

22   A.   Yeah.  His appearance.  He looks kind of

23 like he's bloated.  He was thinner.

LEAVITT REPORTING, INC.

---

82

1    Q.   Do you know if he's on any medications

2 that might have made him bloated?

3    A.   No.

4    Q.   Were you pleased to see Richie doing so

5 well today?

6    A.   Yes.

7    Q.   And you've seen improvement in his

8 condition?

9    A.   Yes.

10        MR. TEHAN:  Why don't I go off the

11 record for a moment please?

12   Q.   Do you know anything about Richie's work

13 history?

14   A.   No.

15   Q.   Was he working at the time that you had a

16 relationship with him?

17   A.   No.

18   Q.   When did you consider your relationship

19 with him over?

20   A.   When he went into the hospital.

21   Q.   On June 25, 2001?

22   A.   Yes.

23   Q.   Do you have any knowledge of whether he

LEAVITT REPORTING, INC.

---

1 was ever detoxed?

2    A.   Yes.

3    Q.   Did you ever go to detox with him?

4    A.   Yes.

5    Q.   How many times did you go to detox with

6 Richie?

7    A.   Twice.

8    Q.   Do you know if he went in addition to

9 those times?

10   A.   Yes.

11   Q.   Do you know how many times in total

12 Richie's been detoxed?

13   A.   No.

14   Q.   Do you know whether Richie's ever been

15 incarcerated?

16   A.   Yes.

17   Q.   On how many occasions?

18   A.   I don't know.  He wasn't incarcerated when

19 we were together, but through hearsay.

20   Q.   What was the hearsay?

21   A.   That he's talked about doing time in

22 prison.

23   Q.   Did he tell you how often?

LEAVITT REPORTING, INC.

---

84

1    A.   I don't remember.  He did but I don't

2 remember.

3    Q.   Did he tell you how many times he was in

4 jail?

5    A.   He did and I don't remember.

6    Q.   Did he tell you how long each of those

7 incarcerations was?

8    A.   I don't remember.

9    Q.   Miss Pina, if I were to suggest to you

10 that it was the testimony of Mary Gomes that you

11 told her that you had given the insulin kit to a

12 white police officer, would that in any way refresh

13 your memory or change your testimony here today?

14   A.   To tell you the truth I don't remember

15 exactly who I gave it to.  I just remember those

16 two cops were at the front.

17   Q.   A black officer and a white officer?

18   A.   Right.

19   Q.   You don't know if those were the same

20 officers that were involved in the arrest, correct?

21   A.   Correct.

22   Q.   Have you talked with Richie about what

23 plans he has for the rest of his life if any?

LEAVITT REPORTING, INC.

85

1    A.   No.
2         MR. TEHAN:  I don't think I have
3    anything further.  I wish you luck in your new
4    career.  My brother, I am sure, does.
**Examination by Mr. Walsh:**
5    Q.   I have a couple questions, Miss Pina.
6    What is your date of birth?
7    
8    A.   10/25/69.
9    Q.   What is your Social Security number?
10   A.   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.
11   Q.   Back in June of 01 how much did Richie
12   weigh?
13   A.   I don't know.
14   Q.   Do you have an estimate?
15   A.   Probably like 160, 170.
16   Q.   Between 160 and 170.  How tall was he
17   approximately?
18   A.   Like 5'8" or 5'9", something like that.
19   Q.   The arrest occurred on June 25, correct?
20   A.   Yes.
21   Q.   You woke up with him that morning?
22   A.   Yes.
23   Q.   Until the time of his arrest on June 25
              LEAVITT REPORTING, INC.

86

1    you had spent the entire day with him, right?
2    A.   Yes.
3    Q.   On the prior evening what time did you go
4    to bed?
5    A.   I don't remember.
6    Q.   What did he do on the prior day when you
7    were with Richie?
8    A.   The only part I really remember that day
9    was getting high, getting up, and going
10   shoplifting.
11   Q.   What I'm concerned about is June 24, not
12   June 25.
13   A.   I don't remember.
14   Q.   Did you spend June 24 with Richie?
15   A.   Yes.
16   Q.   Did you spend the whole day with him?
17   A.   Yes, because I had not been without him
18   for a while, for about a month.  So I am sure I
19   did.  I don't remember what we did.
20   Q.   Let's say during the entire month of June,
21   you spent that entire month with Richie?
22   A.   Yes.
23   Q.   Where were you living?
              LEAVITT REPORTING, INC.

87

1    A.   Wherever.  All over between staying with
2    his mother and friends' houses.
3    Q.   So you didn't have any regular routine?
4    A.   We didn't have a residence.
5    Q.   Neither you nor Richie were working during
6    that time?
7    A.   Yes.
8    Q.   You'd shoot up on a daily basis during
9    that period?
10   A.   Yes.
11   Q.   How many times a day would you shoot up?
12   A.   Three.  Two, three times like I said.
13   Q.   During that month period of time, the
14   thirty days before the arrest, did you have a
15   regular time when you'd get up each day?
16   A.   No.
17   Q.   Did you have a regular time when you and
18   Richie would go to get bed each day?
19   A.   No.
20   Q.   Did Richie have a regular time when he'd
21   take his insulin each day?
22   A.   Yes.  He'd take it in the morning when he
23   got up.  It wasn't like a specific time but he
              LEAVITT REPORTING, INC.

88

1    would definitely take it when he got up.
2    Q.   But he could get up at any given time,
3    correct?
4    A.   True.
5    Q.   He didn't have a usual time when he woke
6    in the morning?
7    A.   Right.
8    Q.   So is it fair to say that during the month
9    before the arrest he didn't have a regular routine
10   where he'd take his insulin at a certain time every
11   day?
12   A.   He took it in the morning.  So he didn't
13   always get up -- he always got up in the morning,
14   but between 6:00 and -- we'd be up between like
15   6:00 and 10:00.  So within that timeframe he'd take
16   his insulin.  And that was consistent.  I mean we
17   would be up before like 10:00.
18   Q.   So there was maybe a four hour window.  He
19   would take his insulin for the first time each day
20   within that four hour window?
21   A.   Correct.
22   Q.   During that thirty day period did Richie
23   have a habit or a custom as to when he took meals?
              LEAVITT REPORTING, INC.

89

```
 1    A.  No.
 2    Q.  How many meals a day did Richie eat?
 3    A.  Probably two.
 4    Q.  What meals would those be?
 5    A.  I don't know.  I don't remember specific
 6  meals.  It's like four years ago.
 7    Q.  I understand.  I'm just asking for your
 8  memory and if you don't have one that's fine.
 9    A.  Okay.
10    Q.  Did Richie have anything to eat on June 24
11  that you recall?
12    A.  I remember him eating.  What he ate I
13  don't remember.
14    Q.  Do you know what time of day he ate?
15    A.  He would always eat something in the
16  morning after he took his insulin or prior to his
17  insulin.
18    Q.  Now I'm asking for a specific memory, if
19  you have any memory of what he ate on June 24?
20    A.  No.
21    Q.  Do you have any memory of when he took his
22  meals on June 24 if any?
23    A.  I remember him eating.  I don't remember
```

LEAVITT REPORTING, INC.

91

```
 1    Q.  Did you see him take his insulin?
 2    A.  I don't remember.
 3    Q.  When you used the heroin you and Richie
 4  would use a needle?
 5    A.  Yes.
 6    Q.  Would you folks use Richie's needles to
 7  shoot up?
 8    A.  Yes.
 9    Q.  His insulin needles?
10    A.  Yes.
11    Q.  I believe you said earlier that at the
12  time of the shoplifting arrest you and Richie had
13  reached a point where you needed more heroin.  It
14  was just about the time to shoot up again?
15    A.  No, I didn't say that.
16    Q.  Do you recall saying that?
17    A.  No.  That it was just about the time?
18    Q.  Yeah, you were feeling like you needed
19  more?
20    A.  I don't know.  I don't remember saying
21  that.
22    Q.  Let me ask --
23    A.  We had got high prior to that going
```

LEAVITT REPORTING, INC.

90

```
 1  what he ate.
 2    Q.  Do you recall when Richie went to bed on
 3  the evening of June 24?
 4    A.  No.
 5    Q.  Do you recall if he took any insulin
 6  before he went to bed?
 7    A.  No.
 8    Q.  Do you recall if he had any heroin before
 9  he went to bed?
10    A.  This is the night before?
11    Q.  The night before on the 24th?
12    A.  I don't recall but I am sure we did.
13    Q.  Was that your custom to take heroin before
14  you went to sleep?
15    A.  No, it wasn't a custom.
16    Q.  But you think you did that evening?
17    A.  I don't remember.
18    Q.  I believe you said when you awoke on the
19  25th you believe you both took heroin?
20    A.  Yes.  I don't remember what time.
21    Q.  And you said you believe Richie took his
22  insulin that morning when he got up?
23    A.  Correct.
```

LEAVITT REPORTING, INC.

92

```
 1  shoplifting.  I don't remember if we needed more or
 2  didn't need more.
 3    Q.  But you had only taken the heroin once
 4  that day on the 25th?
 5    A.  Right.
 6    Q.  Back on June 25 it was your custom and
 7  practice and Richie's custom and practice to have
 8  heroin at least three times a day, right?
 9    A.  True.
10    Q.  Now, if Richie didn't have heroin and
11  needed it would he exhibit certain symptoms?
12    A.  No.
13    Q.  How would you know whether you needed
14  more?
15    A.  I'd get like cold sweats, hot sweats, just
16  body feeling very uncomfortable.
17    Q.  Would you get shaky?
18    A.  No.  I would get stomach cramps and
19  feeling like I have to vomit.
20    Q.  What were your mental capacities like when
21  you felt like you needed more heroin?
22    A.  That I needed to get it.
23    Q.  Could you think as clearly --
```

LEAVITT REPORTING, INC.

1    A.   No.  Oh no, less clearly.
2    Q.   Would you ever hallucinate?
3    A.   No.
4    Q.   Would you become confused?
5    A.   Yes.
6    Q.   On June 25 how many times did you consume
7  heroin?  Was it just that once?
8    A.   Yes.
9    Q.   On that day did you ever exhibit the
10 symptoms that you just told me about, the cold
11 sweats or sick stomach or anything like that?
12   A.   No.
13   Q.   When the police arrested Richie did you
14 tell the police that Richie was a heroin user?
15   A.   No.
16   Q.   Is there any reason why you didn't?
17   A.   It wasn't a question that was asked or I
18 didn't feel like I needed to say it.
19        MR. WALSH:  I don't have any more
20 questions.  Thank you.
21 **Examination by Mr. McDermott:**
22   Q.   **Briefly.**  Was it his habit to usually
23 check himself before he gave himself the insulin?
LEAVITT REPORTING, INC.

94

1    A.   Yes.
2    Q.   So he wouldn't just get up and give
3  himself insulin, right?
4    A.   No.
5    Q.   So he'd prick himself then take the
6  insulin?
7    A.   Yes.
8    Q.   How many times a day did he test?
9    A.   Well, I definitely know he would test in
10 the morning and at night.  But throughout the day
11 if his sugar was low or his sugar was high and he
12 had these symptoms that I don't know, I'm not a
13 diabetic, but that he would know that he felt and
14 he would test himself throughout the day.  Was it a
15 consistent thing?  No, throughout the day.  But
16 during the morning and at night definitely he'd
17 check.
18   Q.   So there would some days where he would
19 test himself more than twice?
20   A.   Right.
21   Q.   But it was his usual habit to test himself
22 more than twice --
23        (Interruption).
LEAVITT REPORTING, INC.

96

1        (Testimony read).
2    A.   Was it his usual habit?  If he had to test
3  himself throughout the day he would if his sugar
4  was either low or high.  But I definitely know that
5  in the morning and in the evening he would
6  consistently test himself.
7    Q.   Then what, as needed he would check
8  himself?
9    A.   As needed throughout the day if his sugar
10 was low or high.  Like I said, he felt the
11 symptoms.  I don't know what they are.  And he
12 would be able to identify the fact if he needed his
13 insulin or not.
14        MR. MCDERMOTT:  I'm all set.
15        MR. TEHAN:  I just want to state for
16 the record something I should have put on the
17 record at the beginning which is that my office
18 contacted Mr. Wyzanski who is an Assistant Attorney
19 General representing the Commonwealth in this case
20 and that he indicated that he did not choose to
21 attend but that we could proceed without him so we
22 did.  All set.
23 **Examination by Mr. Walsh:**
LEAVITT REPORTING, INC.

1    Q.   Has anybody ever questioned you about what
2  happened on that day?
3    A.   No.
4    Q.   Have you ever given anybody a written
5  statement or a recorded statement about what
6  happened on June 25?
7    A.   No.  This is my first time ever hearing
8  about anything like this.  I knew there was going
9  to be something coming up around meeting with the
10 lawyers but nobody ever requested me around
11 anything.
12        MR. WALSH:  Thank you.
13        (The deposition was concluded at 11:49
14 a.m.)

LEAVITT REPORTING, INC.

1    C E R T I F I C A T E

2

3

4

5    STATE OF MASSACHUSETTS

6    COUNTY OF PLYMOUTH

7        I, Carolyn McGill, a Notary Public in and

8    for the State of Massachusetts, do hereby certify

9    that the foregoing transcript of the deposition of

10    Taylease Pina, having been satisfactorily

11    identified and duly sworn by the Notary Public, on

12    Tuesday, September 13, 2005, is true and accurate

13    to the best of my knowledge, skill and ability.

14        IN WITNESS WHEREOF, I have hereunto set my

15    hand and seal this 13th day of September, 2005.

16

17        _____

18        Carolyn McGill

19

20    My commission expires:

21    April 21, 2011

22

23

        LEAVITT REPORTING, INC.

**'**

**'94** [1] - 6:16

**0**

**01** [1] - 85:11
**02116** [1] - 2:6
**02301** [1] - 2:21
**02767** [1] - 2:13
**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** [1] - 85:10

**1**

**1** [1] - 1:1
**10/25/69** [1] - 85:8
**10:00** [2] - 88:15, 88:17
**10:12** [1] - 1:22
**11** [1] - 5:18
**11:49** [1] - 96:13
**13** [3] - 1:21, 80:7, 97:12
**13th** [1] - 97:15
**160** [2] - 85:15, 85:16
**170** [2] - 85:15, 85:16

**2**

**2000** [5] - 12:7, 18:19, 18:21, 20:5, 20:8
**2001** [33] - 11:13, 15:20, 16:10, 16:21, 17:11, 18:22, 19:14, 20:8, 21:8, 22:2, 24:15, 25:11, 25:22, 26:9, 26:18, 27:20, 36:12, 36:19, 37:1, 42:22, 46:19, 50:3, 59:16, 59:20, 60:18, 66:20, 68:20, 72:23, 81:4, 81:6, 81:12, 81:18, 82:21
**2002** [1] - 15:4
**2003** [1] - 78:3
**2005** [4] - 1:21, 80:10, 97:12, 97:15
**2011** [1] - 97:21
**21** [1] - 97:21
**24** [6] - 86:11, 86:14, 89:10, 89:19, 89:22, 90:3
**24th** [1] - 90:11
**25** [25] - 16:21,

17:11, 24:14, 25:11, 25:22, 26:8, 26:18, 27:20, 36:19, 42:22, 46:19, 50:2, 59:16, 59:20, 60:17, 81:4, 81:6, 81:18, 82:21, 85:19, 85:23, 86:12, 92:6, 93:6, 96:6
**250** [1] - 11:19
**25th** [2] - 90:19, 92:4
**26** [4] - 66:20, 68:2, 68:20, 72:23
**28** [1] - 5:18

**3**

**31** [2] - 1:19, 2:5

**4**

**4** [1] - 3:8

**5**

**5'8** [1] - 85:18
**5'9** [1] - 85:18

**6**

**6:00** [2] - 88:14, 88:15

**7**

**70's** [1] - 80:20

**8**

**80's** [1] - 80:20
**85** [1] - 3:10

**9**

**90** [1] - 2:12
**90's** [1] - 7:11
**93** [1] - 3:12
**95** [2] - 2:20, 3:10
**97** [1] - 1:1

**A**

**ability** [1] - 97:13
**able** [3] - 70:14,

80:15, 95:12
**abnormal** [1] - 22:1
**abuse** [1] - 14:16
**Academy** [2] - 8:8, 9:8
**accept** [1] - 55:4
**accompany** [1] - 68:22
**accurate** [3] - 25:22, 55:7, 97:12
**action** [1] - 63:17
**activities** [1] - 28:1
**actual** [1] - 23:11
**addition** [1] - 83:8
**address** [3] - 9:9, 24:13, 37:9
**addressed** [1] - 31:10
**admit** [2] - 39:20, 42:9
**admitted** [3] - 67:5, 71:3, 71:11
**advocate** [3] - 8:2, 9:2, 9:3
**affect** [1] - 21:22
**African** [3] - 34:9, 44:1, 51:11, 51:17, 52:5, 56:14, 56:17, 59:12
**afternoon** [3] - 25:20, 36:2, 45:18
**ages** [1] - 34:15
**ago** [2] - 8:11, 89:6
**agree** [1] - 22:20
**agreed** [2] - 4:3, 4:8
**ahead** [4] - 7:20, 31:22, 33:6, 61:8
**alive** [1] - 81:14
**alternative** [1] - 10:11
**ambiguous** [1] - 14:11
**American** [8] - 34:9, 44:1, 51:11, 51:18, 52:5, 56:14, 56:17, 59:12
**Anonymous** [4] - 12:13, 13:13, 14:21, 15:14
**answer** [1] - 40:11
**answers** [1] - 5:11
**anticipate** [1] - 9:1
**Apart** [2] - 31:4, 67:11
**Apartment** [1] - 5:18
**appear** [1] - 21:9
**appearance** [1] - 81:22
**Appearances** [1] - 2:1

**apples** [1] - 67:19
**appreciate** [4] - 25:9, 32:18, 36:22, 51:14
**approach** [1] - 29:22
**approached** [2] - 33:4, 54:4
**appropriately** [1] - 79:2
**April** [1] - 97:21
**area** [2] - 6:10, 28:9
**arm** [3] - 8:11, 9:6, 9:12
**arrest** [21] - 16:21, 41:17, 42:15, 43:18, 44:10, 44:13, 45:2, 45:7, 45:18, 48:3, 48:19, 53:5, 57:2, 57:4, 58:6, 84:20, 85:19, 85:23, 87:14, 88:9, 91:12
**arrested** [16] - 35:18, 38:12, 38:20, 40:7, 42:1, 42:23, 48:9, 48:23, 49:8, 49:12, 49:23, 51:13, 51:23, 55:7, 69:17, 93:13
**arrived** [3] - 44:6, 50:22, 51:2
**Assistant** [1] - 95:18
**Associate's** [1] - 6:8
**associated** [1] - 9:18
**assume** [1] - 81:9
**ate** [9] - 26:15, 26:16, 26:17, 27:2, 42:18, 89:12, 89:14, 89:19, 90:1
**attend** [1] - 95:21
**attending** [1] - 15:18
**attention** [1] - 23:16
**attitude** [1] - 56:8
**Attorney** [1] - 95:18
**available** [1] - 25:12
**Avenue** [2] - 1:19, 2:5
**awake** [1] - 70:23
**aware** [2] - 42:21, 64:14
**awoke** [1] - 90:18

**B**

**Babson** [2] - 9:16, 9:19
**backtrack** [1] - 12:14, 29:21
**Backtrack** [1] - 48:18
**bad** [1] - 49:19
**bag** [7] - 22:7, 22:8, 22:9, 22:14, 23:2,

23:5, 52:11
**bagel** [1] - 27:5
**bags** [2] - 36:17, 37:3
**basis** [1] - 87:8
**basketball** [1] - 9:13
**become** [1] - 93:4
**bed** [10] - 43:15, 43:16, 69:3, 75:8, 75:10, 86:4, 87:18, 90:2, 90:6, 90:9
**Bedford** [1] - 7:4
**begin** [1] - 14:2
**beginning** [2] - 24:1, 95:17
**behalf** [6] - 1:15, 2:7, 2:14, 2:22, 4:15, 4:20
**behind** [1] - 51:16
**belief** [2] - 31:2, 31:4
**best** [5] - 31:4, 44:8, 45:19, 45:21, 97:13
**better** [2] - 80:10, 81:5
**Better** [1] - 81:2
**between** [10] - 4:4, 17:21, 58:20, 70:11, 73:3, 78:12, 78:14, 87:1, 88:14
**Between** [4] - 18:21, 20:7, 78:5, 85:16
**big** [2] - 22:14, 22:17
**birth** [1] - 85:7
**bit** [2] - 57:9, 80:19
**bits** [1] - 57:13
**black** [7] - 22:7, 37:10, 37:12, 38:3, 51:20, 51:23, 84:17
**bloated** [2] - 81:23, 82:2
**blood** [4] - 19:22, 20:22, 21:3, 46:4
**body** [3] - 34:19, 44:14, 92:16
**Boston** [4] - 1:20, 2:6, 10:10, 10:17
**bottle** [1] - 21:1
**bottles** [4] - 45:5, 46:7, 46:14, 47:22
**Braintree** [1] - 5:19
**break** [1] - 9:12
**breakfast** [3] - 26:11, 26:13, 26:19
**Briefly** [2] - 5:7, 93:22
**briefly** [1] - 6:5
**bring** [1] - 52:23
**Bristol** [2] - 6:14, 7:23
**Brockton** [21] - 1:9, 1:11, 2:15, 2:21, 18:6,

29:17, 33:15, 33:17, 34:4, 34:8, 35:20, 60:17, 62:8, 64:3, 65:3, 67:2, 67:3, 68:17, 72:5, 72:9, 72:22
**broke** [2] - 8:11, 9:6
**brother** [4] - 41:1, 78:19, 78:20, 85:4
**brought** [1] - 4:20
**Bus** [1] - 74:7
**business** [1] - 34:1
**buzzed** [1] - 54:2

# C

**candor** [1] - 51:14
**candy** [2] - 20:23, 21:17
**capacities** [1] - 92:20
**care** [3] - 17:6, 17:9, 18:23
**career** [1] - 85:4
**Carolyn** [3] - 1:17, 97:7, 97:18
**carried** [1] - 22:6
**carry** [6] - 20:13, 20:17, 23:1, 23:2, 23:3, 23:11
**carrying** [1] - 44:18
**case** [15] - 12:18, 13:8, 22:23, 62:13, 62:19, 63:2, 63:8, 63:15, 63:18, 63:20, 71:15, 76:6, 76:10, 95:19
**Casual** [1] - 79:5
**catering** [1] - 9:17
**Caucasian** [5] - 34:10, 37:10, 51:18, 56:15, 59:14
**causing** [1] - 77:8
**center** [1] - 77:16
**certain** [2] - 88:10, 92:11
**certification** [1] - 4:7
**certify** [1] - 97:8
**challenged** [1] - 10:9
**chance** [1] - 66:5
**change** [1] - 84:13
**changes** [2] - 81:17, 81:20
**characterize** [1] - 56:8
**Charlestown** [2] - 10:4, 10:7
**chart** [1] - 71:5
**chase** [1] - 31:18

**check** [7] - 19:15, 20:21, 45:7, 45:10, 93:23, 94:17, 95:7
**checked** [2] - 19:1, 46:2
**children** [2] - 5:21, 6:3
**choice** [1] - 80:22
**choose** [1] - 95:20
**Circle** [1] - 8:8
**circumstances** [2] - 21:15, 58:6
**City** [3] - 1:9, 2:14, 65:3
**Civil** [1] - 1:16
**clean** [1] - 15:1
**clear** [6] - 16:17, 26:18, 27:19, 42:20, 42:21, 80:22
**clearer** [1] - 51:19
**clearly** [3] - 58:14, 92:23, 93:1
**clerk** [1] - 63:14
**clerk's** [2] - 62:10, 62:11
**coherent** [1] - 81:13
**cold** [2] - 92:15, 93:10
**College** [4] - 6:14, 7:23, 9:16, 9:20
**coma** [3] - 73:10, 73:12, 73:21
**coming** [3] - 63:8, 63:9, 96:9
**comma** [1] - 73:13
**commencing** [1] - 1:22
**commission** [1] - 97:20
**Commonwealth** [4] - 1:3, 1:10, 1:18, 95:19
**Community** [2] - 6:14, 7:23
**completion** [1] - 8:23
**concerned** [1] - 86:11
**concerning** [2] - 16:21, 70:12
**concluded** [1] - 96:13
**condition** [4] - 73:3, 74:23, 77:2, 82:8
**confronted** [2] - 30:8, 30:17
**confused** [1] - 93:4
**Congratulations** [1] - 15:5
**consider** [3] - 15:1, 17:4, 82:18
**considered** [1] -

38:16
**consistent** [2] - 88:16, 94:15
**consistently** [2] - 73:16, 95:6
**consume** [1] - 93:6
**contact** [1] - 27:12
**contacted** [1] - 95:18
**contained** [1] - 20:20
**conversated** [1] - 72:2
**conversation** [3] - 58:8, 75:16, 80:5
**conversing** [1] - 80:6
**convicted** [2] - 11:8, 11:14
**convinced** [1] - 38:23
**cookout** [4] - 78:19, 79:1, 79:20, 79:21
**cool** [1] - 47:23
**cops** [2] - 61:6, 84:16
**corner** [1] - 27:5
**correct** [9] - 40:3, 40:5, 41:6, 42:9, 47:3, 54:6, 84:20, 85:19, 88:3
**Correct** [4] - 40:6, 84:21, 88:21, 90:23
**cosmetics** [3] - 29:10, 29:11, 31:2
**counsel** [1] - 4:4
**Counsel** [1] - 22:20
**County** [1] - 97:5
**couple** [2] - 51:3, 85:6
**course** [3] - 15:14, 15:16, 15:17
**court** [6] - 62:2, 62:4, 62:20, 62:23, 63:17, 63:22
**Court** [3] - 1:9, 62:6, 62:8
**courthouse** [1] - 60:15
**courtroom** [1] - 63:2
**cramps** [1] - 92:18
**crime** [2] - 11:8, 11:14
**Criminal** [1] - 6:8
**criminal** [2] - 6:11, 62:10
**crowd** [1] - 32:3
**cruiser** [3] - 43:19, 43:21, 44:4
**cruisers** [1] - 44:6
**crying** [1] - 72:4
**custody** [1] - 38:14
**custom** [9] - 25:10,

25:15, 27:1, 42:21, 88:23, 90:13, 90:15, 92:6, 92:7
**customary** [1] - 20:17
**Cvs** [11] - 29:13, 29:15, 31:20, 32:12, 32:19, 35:5, 35:21, 38:12, 39:14, 51:10

# D

**daily** [2] - 43:5, 87:8
**dance** [1] - 79:18
**date** [4] - 44:10, 49:14, 66:8, 85:7
**dates** [1] - 75:13
**dating** [1] - 17:1
**days** [3] - 75:19, 87:14, 94:18
**dazed** [1] - 79:10
**deal** [1] - 19:17
**Defendant** [4] - 1:15, 2:7, 2:14, 4:15
**Defendants** [1] - 1:11
**definitely** [8] - 19:18, 31:10, 57:13, 81:7, 88:1, 94:9, 94:16, 95:4
**degree** [2] - 6:13, 6:15
**Demand** [1] - 7:4
**demeanor** [1] - 56:8
**denied** [2] - 40:3, 40:17
**Department** [2] - 1:11, 10:11
**Deponent** [1] - 3:4
**deposed** [2] - 12:17, 12:19
**deposes** [1] - 4:16
**Deposition** [1] - 1:14
**deposition** [10] - 4:5, 4:23, 5:5, 5:7, 12:21, 12:23, 13:3, 13:6, 96:13, 97:9
**describe** [7] - 21:3, 21:6, 22:5, 22:8, 30:2, 34:7, 69:11
**described** [2] - 63:1, 68:6
**desk** [7] - 51:12, 51:16, 51:20, 52:6, 54:1, 66:2, 66:3
**detox** [2] - 83:3, 83:5
**detoxed** [2] - 83:1, 83:12
**developed** [1] - 14:4
**device** [2] - 21:7,

46:5
**diabetes** [4] - 20:12, 22:11, 60:4, 67:10
**diabetic** [12] - 18:15, 26:6, 48:20, 51:5, 52:11, 53:13, 61:9, 61:12, 61:13, 66:9, 67:13, 94:13
**diem** [1] - 8:9
**different** [2] - 10:18, 17:22
**digital** [2] - 21:7, 21:10
**dimensions** [1] - 22:21
**directly** [2] - 32:20, 49:9
**disappear** [1] - 29:16
**disciplinary** [1] - 77:7
**discuss** [4] - 39:7, 64:10, 65:14, 77:18
**discussed** [2] - 13:2, 13:5
**discussion** [6] - 24:4, 35:21, 48:19, 53:23, 60:12, 70:11
**discussions** [2] - 54:11, 70:1
**disposition** [1] - 11:21
**District** [2] - 62:6, 62:8
**done** [5] - 11:1, 11:3, 11:4, 24:19, 67:8
**door** [8] - 29:9, 54:16, 65:13, 69:10, 69:13, 69:14, 69:16
**Dorchester** [1] - 8:8
**down** [4] - 5:11, 14:12, 29:13, 64:9
**Drane** [4] - 1:10, 2:7, 4:19, 34:5
**dressed** [2] - 27:10, 79:2
**Drive** [1] - 5:18
**driver's** [1] - 4:14
**driving** [1] - 48:14
**drop** [1] - 45:14
**dropped** [1] - 57:23
**dropping** [1] - 56:3
**drug** [4] - 7:5, 7:15, 14:16, 14:19
**drugs** [10] - 15:3, 15:7, 15:21, 16:4, 16:9, 16:12, 24:19, 49:15, 49:17, 57:5
**duly** [2] - 4:14, 97:11
**During** [5] - 7:9, 39:13, 76:23, 87:13,

88:22
**during** [7] - 18:8, 25:22, 86:20, 87:5, 87:8, 88:8, 94:16
**duty** [1] - 41:10
**Dys** [3] - 8:12, 8:21, 9:4

## E

**Early** [1] - 45:20
**early** [2] - 25:19, 34:16
**easier** [1] - 6:20
**eat** [5] - 26:23, 42:15, 89:2, 89:10, 89:15
**eating** [2] - 89:12, 89:23
**educational** [1] - 6:5
**effect** [4] - 40:20, 42:3, 42:5, 57:11
**effective** [1] - 24:5
**efforts** [1] - 55:21
**Eight** [1] - 10:6
**eight** [1] - 22:19
**Eighty** [1] - 9:10
**either** [6] - 23:2, 33:22, 34:17, 42:13, 58:21, 95:4
**eliminated** [1] - 10:10
**Elm** [1] - 2:20
**employ** [1] - 33:12
**employer** [1] - 9:7
**empty** [1] - 46:9
**encounter** [3] - 28:5, 36:7, 51:9
**encountering** [2] - 28:1, 65:10
**encounters** [1] - 50:21
**ended** [1] - 55:18
**engage** [1] - 75:16
**English** [1] - 76:12
**entered** [2] - 31:22, 52:3
**entire** [3] - 86:1, 86:20, 86:21
**equipment** [1] - 61:15
**Esq** [3] - 2:4, 2:11, 2:19
**Estate** [1] - 1:6
**estimate** [2] - 51:1, 85:14
**evening** [5] - 45:20, 86:3, 90:3, 90:16, 95:5
**events** [1] - 16:20

**exact** [2] - 7:12, 31:9
**exactly** [6] - 42:6, 45:6, 56:15, 61:11, 67:21, 84:15
**Examination** [7] - 3:8, 3:10, 3:12, 4:17, 85:5, 93:21, 95:23
**except** [1] - 4:9
**excessive** [1] - 38:17
**excuse** [2] - 7:13, 11:6
**exhibit** [2] - 92:11, 93:9
**Exhibits** [1] - 1:2
**experience** [1] - 26:5
**expires** [1] - 97:20
**eyes** [2] - 66:18, 67:23

## F

**facial** [1] - 34:17
**facility** [2] - 8:7, 8:12
**fact** [6] - 31:10, 31:15, 55:3, 56:22, 70:17, 95:12
**facts** [1] - 13:8
**fair** [5] - 11:7, 22:2, 58:15, 76:5, 88:8
**fake** [1] - 29:20
**familiar** [1] - 36:22
**family** [4] - 48:23, 65:18, 74:14, 77:18
**far** [2] - 22:15, 56:20
**fatigue** [1] - 21:23
**February** [1] - 15:4
**fellow** [1] - 53:15
**felt** [3] - 92:21, 94:13, 95:10
**fifteen** [2] - 58:12, 58:17
**Fllends** [1] - 7:21
**filing** [1] - 4:6
**fine** [1] - 89:8
**finger** [1] - 19:19
**finished** [1] - 9:5
**First** [3] - 8:8, 9:8, 41:20
**first** [22] - 5:3, 5:14, 12:6, 15:14, 18:10, 18:17, 20:5, 25:3, 25:6, 25:18, 26:6, 27:8, 30:5, 31:8, 50:19, 52:4, 63:11, 79:9, 79:14, 80:6, 88:19, 96:7
**fit** [3] - 23:5, 44:20, 46:11
**five** [2] - 14:7, 22:12

**folks** [1] - 91:6
**followed** [3] - 29:5, 29:8, 30:3
**following** [1] - 30:6
**follows** [1] - 4:16
**food** [2] - 9:18, 28:13
**foot** [1] - 31:18
**force** [2] - 33:12, 38:17
**foregoing** [1] - 97:9
**forget** [2] - 21:4, 48:11
**forgot** [1] - 23:9
**form** [1] - 4:9
**forties** [1] - 34:16
**foundation** [1] - 28:5
**four** [7] - 36:16, 74:17, 74:19, 76:23, 88:18, 88:20, 89:6
**Framingham** [1] - 15:19
**Frederick** [2] - 2:18, 2:19
**frequency** [3] - 36:12, 43:4, 78:8
**frequently** [1] - 80:8
**friend** [4] - 11:23, 17:4, 48:7, 64:2
**friend's** [2] - 18:6, 63:23
**friends'** [2] - 17:22, 87:2
**front** [6] - 29:14, 51:12, 54:1, 59:10, 66:2, 84:16
**Full** [1] - 46:10
**full** [4] - 5:15, 6:22, 46:9, 70:21
**full-time** [1] - 6:22

## G

**General** [4] - 72:10, 72:16, 77:11, 95:19
**general** [4] - 36:23, 43:4, 56:7, 73:8
**generally** [1] - 35:15
**gentleman** [1] - 49:21
**girl** [1] - 64:3
**girls** [1] - 8:22
**given** [6] - 7:13, 53:3, 55:18, 84:11, 88:2, 96:4
**glass** [4] - 21:18, 54:4, 54:12, 54:14
**God** [4] - 6:19, 7:3, 7:11, 7:21
**Gomes** [36] - 1:6, 1:6,

4:20, 6:3, 12:1, 12:15, 13:6, 27:12, 40:22, 41:14, 41:21, 42:1, 49:10, 49:14, 49:22, 50:2, 52:14, 52:15, 53:1, 53:9, 53:12, 53:16, 55:8, 61:7, 63:8, 65:20, 67:6, 70:7, 71:12, 73:18, 73:19, 77:18, 84:10
**goods** [1] - 44:23
**graduate** [1] - 6:7
**Greenery** [5] - 72:19, 77:13, 77:15, 77:19, 77:23
**groggy** [1] - 21:23
**grouped** [1] - 22:6
**guard** [10] - 29:16, 30:11, 32:15, 32:23, 33:3, 35:1, 35:4, 35:12, 39:3, 69:7
**Guardian** [1] - 1:6
**guilty** [1] - 11:8
**guy** [17] - 37:12, 44:1, 48:8, 49:3, 49:4, 51:11, 51:12, 51:13, 51:18, 52:5, 56:14, 56:15, 56:17, 59:12, 59:13
**guys** [3] - 16:15, 25:1, 51:9

## H

**habit** [5] - 25:8, 88:23, 93:22, 94:21, 95:2
**habits** [1] - 17:18
**hair** [1] - 34:17
**hallucinate** [1] - 93:2
**Hamilton** [1] - 9:10
**hand** [5] - 54:19, 61:20, 76:17, 76:19, 97:15
**handcuffing** [1] - 38:17
**hands** [1] - 22:16
**happy** [1] - 5:12
**hear** [10] - 9:12, 35:11, 39:15, 39:17, 40:13, 40:19, 41:16, 59:3, 62:19, 76:12
**heard** [5] - 41:3, 62:13, 63:3, 81:2, 81:5
**hearing** [1] - 96:7
**hearsay** [2] - 83:19, 83:20
**heights** [1] - 34:13

**held** [2] - 1:20, 6:23
**help** [3] - 19:4, 19:6, 22:18
**helpful** [1] - 8:5
**hereby** [1] - 97:8
**hereunto** [1] - 97:14
**heroin** [17] - 16:18, 22:3, 24:22, 25:6, 25:23, 57:11, 90:8, 90:13, 90:19, 91:3, 91:13, 92:3, 92:8, 92:10, 92:21, 93:7, 93:14
**Heroin** [4] - 14:18, 14:20, 16:11, 16:13
**high** [16] - 6:17, 7:1, 7:3, 19:17, 21:19, 36:3, 36:5, 36:8, 36:10, 37:1, 57:7, 86:9, 91:23, 94:11, 95:4, 95:10
**Highway** [1] - 2:12
**himself** [17] - 17:15, 18:23, 19:11, 19:14, 19:16, 41:13, 67:5, 93:23, 94:3, 94:5, 94:14, 94:19, 94:21, 95:3, 95:6, 95:8
**hip** [1] - 23:4
**Hispanic** [2] - 59:12, 59:13
**history** [4] - 6:6, 6:18, 6:19, 82:13
**hold** [1] - 76:17
**Holden** [2] - 10:3, 10:8
**home** [3] - 7:22, 46:21, 47:16
**hope** [1] - 5:10
**hoping** [1] - 32:2
**hospital** [20] - 62:21, 63:10, 64:8, 64:19, 64:21, 64:23, 65:2, 66:9, 66:22, 67:9, 67:12, 68:12, 68:15, 69:14, 71:3, 71:12, 71:18, 72:8, 75:11, 82:20
**Hospital** [8] - 67:2, 67:3, 72:5, 72:9, 72:12, 72:17, 72:22, 78:6
**hospitalized** [4] - 63:12, 64:15, 65:21, 68:15
**hot** [1] - 92:15
**hour** [5] - 45:17, 45:21, 74:18, 88:18, 88:20
**hours** [2] - 51:3,

55:15
 **house** [12] - 18:6, 24:17, 27:21, 47:2, 47:19, 60:15, 63:23, 64:1, 64:5, 64:11, 64:13, 64:20
 **houses** [2] - 17:22, 87:2
 **hug** [3] - 79:13, 79:14, 79:16
 **hypodermic** [1] - 20:22

**I**

 **Id** [3] - 29:19, 37:18, 37:21
 **identification** [1] - 37:9
 **identified** [3] - 4:13, 41:12, 97:11
 **identify** [1] - 95:12
 **identity** [2] - 29:19, 61:5
 **ill** [1] - 66:14
 **illegal** [1] - 15:3
 **illness** [1] - 18:22
 **imagine** [1] - 25:8
 **immediately** [1] - 48:3
 **important** [1] - 5:11
 **improved** [1] - 81:7
 **improvement** [2] - 77:1, 82:7
 **incarcerated** [2] - 83:15, 83:18
 **incarcerations** [1] - 84:7
 **inches** [3] - 22:15, 22:20, 22:21
 **incident** [1] - 67:11
 **incoherent** [1] - 75:22
 **Indeed** [1] - 18:7
 **indicated** [3] - 13:11, 22:19, 95:20
 **individually** [1] - 1:6
 **influence** [1] - 49:19
 **information** [1] - 66:3
 **inject** [2] - 19:4, 19:9
 **injecting** [2] - 16:18, 22:3
 **instance** [1] - 75:8
 **instrument** [1] - 19:20
 **insulin** [59] - 19:1, 19:3, 19:4, 19:9, 21:1, 21:19, 22:3, 23:11,

23:17, 24:2, 24:5, 42:22, 43:5, 43:10, 44:11, 44:14, 45:3, 45:8, 45:11, 46:3, 46:6, 46:14, 46:16, 46:18, 46:23, 47:5, 47:7, 47:17, 47:22, 51:6, 52:10, 52:13, 52:16, 53:1, 55:2, 55:4, 55:18, 55:22, 56:18, 57:23, 61:10, 61:14, 61:19, 66:9, 84:11, 87:21, 88:10, 88:16, 88:19, 89:16, 89:17, 90:5, 90:22, 91:1, 91:9, 93:23, 94:3, 94:6, 95:13
 **intention** [1] - 32:5
 **interaction** [1] - 58:20
 **interpret** [1] - 21:10
 **Interruption** [1] - 94:23
 **intimate** [1] - 17:7
 **introduce** [1] - 52:18
 **involved** [7] - 7:17, 8:17, 32:10, 32:13, 57:1, 62:5, 84:20
 **issue** [1] - 39:6
 **issues** [2] - 66:10, 77:7
 **items** [1] - 30:13

**J**

 **jail** [1] - 84:4
 **Jamaica** [1] - 8:12
 **James** [2] - 1:19, 2:5
 **jars** [1] - 23:15
 **Jay** [1] - 4:18
 **Jesse** [4] - 1:10, 2:7, 4:19, 34:5
 **job** [3] - 9:1, 9:15, 9:22
 **jobs** [8] - 6:21, 6:22, 8:3, 8:6, 9:23, 10:1, 10:21, 11:1
 **Joe** [18] - 40:22, 41:1, 41:13, 51:2, 53:3, 53:15, 55:8, 57:15, 57:21, 58:5, 58:9, 58:16, 58:21, 59:7, 59:15, 61:1, 61:4, 71:12
 **Jods** [2] - 41:3, 58:2
 **Joey** [7] - 41:21, 42:1, 50:17, 52:15, 53:9, 55:17, 56:1
 **Joey's** [1] - 58:1

 **John** [1] - 2:11
 **Joseph** [1] - 2:4
 **Jr** [1] - 2:4
 **June** [46] - 15:20, 16:9, 16:21, 17:11, 18:21, 19:14, 20:8, 21:8, 22:2, 24:14, 25:11, 25:22, 26:8, 26:18, 27:19, 36:12, 36:19, 37:1, 42:22, 46:19, 50:2, 59:16, 59:20, 60:17, 66:20, 68:2, 68:20, 72:23, 81:4, 81:6, 81:18, 82:21, 85:11, 85:19, 85:23, 86:11, 86:12, 86:14, 86:20, 89:10, 89:19, 89:22, 90:3, 92:6, 93:6, 96:6
 **Justice** [1] - 6:9
 **justice** [1] - 6:11

**K**

 **kids** [1] - 10:9
 **kind** [7] - 21:5, 35:7, 56:11, 66:18, 79:9, 80:19, 81:22
 **kit** [25] - 20:3, 20:5, 20:9, 20:10, 20:17, 20:20, 22:5, 23:1, 23:9, 23:11, 24:2, 44:11, 44:14, 45:3, 45:8, 45:11, 46:1, 46:11, 46:18, 54:15, 54:18, 54:22, 55:10, 61:19, 84:11
 **knowledge** [7] - 20:8, 20:16, 23:10, 32:14, 39:7, 82:23, 97:13
 **known** [1] - 14:6
 **Kopelman** [2] - 1:19, 2:3
 **Ksm** [2] - 10:17, 10:18

**L**

 **Larceny** [1] - 11:18
 **last** [6] - 15:3, 78:9, 78:13, 78:15, 78:16, 78:22
 **late** [1] - 25:20
 **Law** [1] - 2:18
 **lawsuit** [1] - 4:20
 **lawyer** [1] - 5:5
 **lawyers** [2] - 5:8,

96:10
 **league** [1] - 9:14
 **learn** [8] - 18:14, 18:17, 23:19, 64:20, 64:23, 65:23, 74:11, 77:6
 **learned** [1] - 63:11
 **least** [4] - 32:5, 56:22, 73:23, 92:8
 **leave** [1] - 53:11
 **leaving** [1] - 55:19
 **led** [1] - 64:17
 **left** [3] - 55:20, 58:12, 63:22
 **less** [1] - 93:1
 **letting** [1] - 57:22
 **level** [2] - 17:7, 43:8
 **levels** [3] - 19:2, 19:15, 21:13
 **license** [3] - 4:14, 37:18, 48:16
 **life** [2] - 7:15, 84:23
 **live** [4] - 5:17, 5:20, 5:21, 14:14
 **lived** [3] - 15:19, 37:22, 38:11
 **living** [5] - 13:16, 15:13, 17:11, 17:20, 86:23
 **lobby** [1] - 65:11
 **located** [1] - 54:9
 **look** [4] - 67:22, 68:6, 79:4, 81:11
 **looked** [2] - 68:5, 68:8
 **looking** [1] - 66:17
 **Looking** [2] - 21:23, 22:1
 **looks** [4] - 21:5, 80:4, 80:10, 81:22
 **lost** [1] - 32:2
 **low** [8] - 19:16, 21:16, 21:21, 43:7, 68:4, 94:11, 95:4, 95:10
 **luck** [1] - 85:3

**M**

 **ma'am** [2] - 6:6, 59:1
 **machine** [3] - 20:1, 20:2, 21:2
 **maintain** [1] - 20:12
 **maintained** [1] - 19:2
 **males** [1] - 34:11
 **man** [3] - 37:10, 37:11, 69:11
 **managing** [1] - 18:22
 **manner** [1] - 37:13

 **March** [1] - 78:3
 **Marie** [1] - 5:16
 **married** [2] - 5:22, 6:1
 **Mary** [25] - 1:16, 1:6, 4:20, 12:15, 27:12, 49:4, 49:21, 50:2, 50:11, 50:22, 51:2, 57:15, 57:21, 58:5, 58:9, 58:16, 58:21, 59:15, 60:13, 60:21, 64:5, 64:11, 65:9, 65:17, 84:10
 **Mary's** [2] - 64:1, 64:20
 **Mass** [4] - 5:19, 72:10, 72:16, 77:11
 **Massachusetts** [8] - 1:3, 1:10, 1:16, 1:18, 1:20, 1:21, 97:4, 97:8
 **math** [1] - 10:14
 **Mattapoisett** [1] - 6:8
 **Mccusker** [1] - 5:18
 **Mcdermott** [7] - 2:18, 2:19, 3:12, 5:4, 13:5, 93:21, 95:14
 **Mcgill** [3] - 1:17, 97:7, 97:18
 **meals** [5] - 88:23, 89:2, 89:4, 89:6, 89:22
 **mean** [11] - 8:18, 10:23, 12:19, 54:3, 59:13, 61:6, 75:19, 81:9, 81:10, 88:16
 **means** [2] - 16:17, 59:11
 **mechanical** [1] - 46:5
 **medical** [3] - 71:5, 71:17, 74:22
 **medications** [1] - 82:1
 **meet** [3] - 12:6, 12:8, 18:7
 **meeting** [7] - 12:11, 12:12, 13:12, 14:3, 65:17, 96:9
 **meetings** [2] - 14:22, 15:18
 **member** [2] - 65:18, 77:19
 **members** [1] - 74:14
 **memory** [31] - 16:20, 17:23, 20:16, 25:17, 26:18, 26:23, 27:4, 27:19, 31:5, 34:2, 42:20, 42:21, 44:5, 44:8, 45:19, 45:22,

47:20, 51:19, 54:18, 56:23, 57:12, 65:17, 65:20, 67:12, 72:11, 78:2, 84:13, 89:8, 89:18, 89:19, 89:21

**mental** [1] - 92:20

**mentioned** [3] - 21:2, 40:8, 49:23

**met** [10] - 13:11, 14:17, 15:15, 18:18, 18:21, 20:5, 20:7, 64:3, 81:12

**mid** [1] - 45:18

**Mid** [1] - 36:2

**Middleboro** [1] - 72:20

**might** [1] - 82:2

**mind** [1] - 30:21

**minority** [1] - 8:2

**minute** [3] - 12:14, 20:4, 48:18

**minutes** [3] - 58:12, 58:17, 79:11

**miss** [1] - 26:13

**Miss** [4] - 4:18, 70:7, 84:9, 85:6

**mobilized** [1] - 81:16

**mom** [8] - 27:17, 55:17, 59:23, 63:23, 68:23, 73:7, 74:12

**mom's** [1] - 71:23

**moment** [1] - 82:11

**month** [10] - 73:17, 73:23, 74:1, 74:21, 78:10, 86:18, 86:20, 86:21, 87:13, 88:8

**months** [2] - 78:9, 78:13

**morning** [23] - 4:18, 25:18, 25:20, 26:15, 26:16, 27:1, 27:2, 27:13, 43:1, 43:6, 43:9, 46:20, 62:1, 85:21, 87:22, 88:6, 88:12, 88:13, 89:16, 90:22, 94:10, 94:16, 95:5

**mornings** [1] - 26:2

**most** [1] - 11:5

**mother** [4] - 17:12, 55:23, 65:9, 87:2

**mother's** [5] - 17:21, 27:21, 47:2, 47:17, 47:19

### N

**name** [22] - 4:18, 5:15, 29:20, 34:5,

40:21, 40:22, 41:3, 41:7, 41:13, 42:3, 42:9, 48:11, 52:18, 53:3, 55:8, 58:1, 64:4, 67:6, 70:12, 71:2, 71:9, 71:12

**Named** [1] - 1:10

**Narcon** [1] - 13:12

**Narcotic** [1] - 15:14

**Narcotics** [3] - 12:13, 13:13, 14:21

**need** [2] - 9:21, 92:2

**needed** [28] - 10:19, 19:3, 19:16, 19:17, 20:11, 21:16, 22:11, 23:3, 23:22, 31:11, 36:10, 41:10, 41:11, 51:6, 53:10, 55:1, 61:9, 91:13, 91:18, 92:1, 92:11, 92:13, 92:21, 92:22, 93:18, 95:7, 95:9, 95:12

**needle** [1] - 91:4

**needles** [5] - 20:22, 46:3, 61:16, 91:6, 91:9

**needs** [2] - 52:16, 61:14

**New** [2] - 2:12, 7:4

**new** [1] - 85:3

**next** [5] - 29:12, 33:2, 60:14, 62:1, 72:23

**night** [8] - 24:19, 43:8, 43:13, 69:21, 90:10, 90:11, 94:10, 94:16

**nine** [1] - 22:20

**nobody** [1] - 96:10

**None** [1] - 1:2

**normal** [3] - 67:22, 76:14, 81:16

**Notary** [4] - 1:17, 4:14, 97:7, 97:11

**noticed** [1] - 81:17

**notify** [1] - 48:22

**number** [3] - 11:1, 37:3, 85:9

**numbers** [2] - 21:7, 21:9

**nursing** [1] - 7:22

### O

**oath** [2] - 4:15, 5:9

**objections** [1] - 4:9

**observations** [2] - 21:20, 70:17

**occasion** [1] - 11:10

**occasions** [6] - 23:8, 67:15, 68:11, 68:14, 75:7, 83:17

**occurred** [2] - 57:12, 85:19

**Office** [1] - 2:18

**office** [3] - 62:10, 62:11, 95:17

**Officer** [1] - 4:19

**officer** [43] - 33:7, 33:8, 33:15, 33:18, 34:4, 35:6, 35:12, 37:15, 37:23, 38:3, 39:17, 40:8, 40:13, 40:19, 41:13, 41:16, 42:2, 42:12, 44:2, 51:20, 51:23, 53:7, 53:12, 53:18, 54:5, 54:15, 55:3, 56:9, 56:23, 59:19, 60:9, 62:20, 62:23, 65:12, 65:15, 69:17, 69:20, 70:2, 70:6, 70:8, 84:12, 84:17

**officer's** [2] - 54:19, 61:20

**Officers** [1] - 1:10

**officers** [19] - 34:2, 34:8, 34:22, 35:20, 37:7, 38:23, 39:14, 39:15, 43:21, 50:22, 51:7, 51:10, 56:4, 58:21, 58:23, 59:5, 59:19, 69:9, 84:20

**official** [1] - 29:6

**often** [5] - 11:3, 36:19, 36:23, 66:12, 83:23

**once** [5] - 11:11, 36:21, 78:10, 92:3, 93:7

**One** [5] - 1:10, 26:21, 34:9, 37:9, 43:22

**one** [18] - 11:7, 11:10, 26:14, 28:21, 33:17, 34:9, 37:8, 43:23, 46:16, 50:9, 55:12, 56:12, 56:17, 57:1, 69:3, 69:10, 75:14, 89:8

**opinion** [1] - 41:23

**order** [1] - 38:1

**outreach** [2] - 7:8, 7:18

**Outside** [1] - 30:9

**outside** [8] - 30:18, 33:9, 35:21, 38:12, 39:14, 55:16, 65:12, 71:8

**outstanding** [2] -

39:8, 39:18

### P

**Page** [1] - 3:4

**Pages** [1] - 1:1

**Paige** [2] - 1:19, 2:3

**pal** [1] - 42:4

**parking** [1] - 29:13

**part** [4] - 9:20, 16:6, 56:3, 86:8

**part-time** [1] - 9:20

**particular** [3] - 11:2, 14:4, 17:23

**parties** [1] - 4:4

**past** [1] - 41:4

**patient's** [1] - 71:9

**Pc** [2] - 1:19, 2:3

**Pearl** [1] - 10:6

**peeked** [1] - 70:22

**people** [3] - 8:15, 8:16, 80:20

**per** [1] - 8:9

**Perhaps** [1] - 6:17

**period** [4] - 74:19, 87:9, 87:13, 88:22

**person** [18] - 7:18, 22:23, 29:6, 29:8, 30:2, 30:14, 30:18, 31:7, 31:18, 31:23, 32:12, 44:11, 44:14, 48:10, 55:7, 56:13, 81:11, 81:14

**personnel** [3] - 32:9, 71:17, 74:23

**physical** [1] - 21:20

**physically** [1] - 34:7

**picked** [1] - 64:1

**pieces** [1] - 57:14

**Pina** [8] - 1:14, 3:6, 4:12, 4:18, 5:16, 84:9, 85:6, 97:10

**place** [4] - 53:23, 61:19, 62:7, 74:20

**placed** [2] - 38:14, 43:19

**placing** [1] - 54:18

**Plain** [1] - 8:12

**Plaintiffs** [2] - 1:7, 2:22

**plan** [1] - 27:11

**plans** [1] - 84:23

**playing** [1] - 9:13

**plead** [2] - 11:8, 11:15

**pleaded** [1] - 11:16

**pleased** [1] - 82:4

**Plymouth** [1] - 97:5

**pocket** [2] - 23:3,

23:6

**pocketbook** [3] - 44:19, 44:20, 44:21

**pockets** [2] - 30:14, 44:23

**point** [27] - 11:23, 13:17, 13:21, 17:1, 17:13, 17:20, 18:8, 18:14, 25:21, 33:22, 35:2, 36:3, 36:10, 37:5, 42:10, 44:10, 45:7, 45:10, 48:12, 48:18, 48:22, 50:12, 66:16, 66:23, 67:6, 67:9, 91:13

**points** [1] - 73:3

**police** [35] - 28:2, 28:5, 33:7, 33:8, 33:15, 33:17, 35:6, 35:12, 35:20, 36:8, 37:23, 45:15, 48:1, 50:6, 50:7, 50:11, 50:19, 50:22, 51:4, 51:7, 57:5, 57:7, 58:21, 58:22, 59:5, 59:19, 60:17, 61:11, 65:12, 65:14, 69:7, 84:12, 93:13, 93:14

**Police** [2] - 1:11, 29:17

**position** [2] - 9:21, 10:16

**positive** [2] - 51:13, 51:15

**practice** [4] - 25:11, 25:15, 92:7

**precinct** [1] - 54:1

**precise** [2] - 25:10, 29:22

**prescription** [1] - 15:8

**presence** [3] - 38:6, 49:5, 70:4

**present** [6] - 9:7, 9:23, 10:1, 63:17, 69:9, 74:14

**presently** [1] - 5:17

**previously** [2] - 12:18, 46:15

**prick** [2] - 20:21, 94:5

**pricking** [1] - 19:15

**prison** [1] - 83:22

**private** [1] - 69:1

**Probation** [1] - 11:22

**problem** [2] - 7:15, 67:13

**problems** [1] - 77:7

**Procedure** [1] - 1:16

**proceed** [1] - 95:21

6

proceeding [1] - 5:8
Proceedings [1] -
4:1
  production [1] - 4:13
  program [1] - 7:5
  proper [3] - 15:7,
28:4, 67:6
  property [1] - 30:19
  provide [1] - 6:21
  Public [5] - 1:18,
4:15, 10:11, 97:7,
97:11

  purpose [1] - 28:11
  pursuant [1] - 1:15
  pursue [1] - 47:1
  pushing [1] - 16:14
  put [9] - 20:1, 21:18,
24:2, 44:21, 44:23,
47:8, 47:10, 58:14,
95:16

**Q**

  questioned [2] -
29:18, 96:1
  questions [6] - 5:9,
5:12, 15:11, 38:10,
85:6, 93:20

**R**

  radio [1] - 39:15
  raise [1] - 39:6
  raised [1] - 9:11
  ran [1] - 29:13
  rather [1] - 76:7
  Raynham [2] - 1:20,
2:13
  reach [1] - 76:15
  reached [1] - 91:13
  reaction [1] - 58:2
  read [6] - 4:5, 12:23,
21:10, 30:22, 30:23,
95:1
  ready [1] - 27:10
  real [1] - 72:3
  really [5] - 10:23,
47:19, 80:6, 81:13,
86:8
  reason [3] - 15:10,
44:22, 93:16
  recalling [1] - 29:10
  receipt [1] - 55:10
  received [1] - 55:21
  recess [1] - 22:13
  recognize [3] - 75:5,
79:8, 79:21
  recognized [2] -

76:13, 79:12
  record [7] - 5:15,
14:11, 16:17, 71:5,
82:11, 95:16, 95:17
  recorded [1] - 96:5
  recovering [2] -
14:16, 14:19
  Recruitment [1] - 8:2
  refresh [2] - 78:2,
84:12
  refrigerated [1] -
23:17
  refrigerator [9] -
23:21, 24:2, 24:6,
46:18, 47:6, 47:9,
47:11, 47:14, 47:17
  regard [2] - 24:8,
24:11
  regards [3] - 60:3,
61:5, 63:8
  Regional [1] - 6:7
  Regretably [1] - 16:6
  regular [5] - 87:3,
87:15, 87:17, 87:20,
88:9
  rehab [2] - 77:15,
77:23
  Rehab [1] - 73:1
  relationship [6] -
12:3, 14:2, 14:5, 16:7,
82:16, 82:18
  relative [1] - 65:21
  relayed [1] - 73:20
  released [1] - 77:22
  remained [1] - 73:20
  remember [74] - 8:6,
9:15, 9:22, 15:15,
24:13, 24:17, 26:20,
27:2, 27:9, 27:23,
28:18, 28:21, 29:3,
31:9, 34:18, 36:23,
37:17, 37:19, 37:20,
37:21, 37:22, 38:8,
42:6, 42:17, 42:18,
42:19, 46:7, 47:18,
54:14, 54:17, 55:2,
56:15, 56:16, 57:13,
57:15, 57:22, 58:1,
58:4, 58:8, 60:19,
60:21, 64:4, 64:12,
65:10, 66:5, 70:10,
70:11, 70:13, 71:21,
76:14, 76:20, 76:22,
79:10, 84:1, 84:2,
84:5, 84:8, 84:14,
84:15, 86:5, 86:8,
86:13, 86:19, 89:5,
89:12, 89:13, 89:23,
90:17, 90:20, 91:2,
91:20, 92:1

  remove [1] - 30:13
  removing [1] - 33:12
  repeat [2] - 5:13,
30:20
  replace [1] - 23:22
  replied [1] - 40:1
  Reporter [1] - 1:17
  reporter [2] - 5:10,
30:22
  represent [1] - 4:19
  representing [1] -
95:19
  represents [1] - 5:4
  requested [1] - 96:10
  reserved [1] - 4:10
  residence [1] - 87:4
  respect [1] - 19:13
  respective [1] - 4:4
  respond [2] - 5:9,
79:16
  response [2] - 49:22,
53:7, 60:10
  rest [1] - 84:23
  restaurants [1] -
10:19
  result [1] - 67:13
  Richard [9] - 1:6,
4:21, 12:6, 15:15,
52:14, 52:15, 52:23,
61:7, 67:6
  Richie [140] - 6:3,
12:1, 13:11, 13:19,
14:6, 14:14, 14:17,
15:21, 17:1, 17:11,
17:17, 18:7, 18:15,
19:13, 20:5, 21:10,
21:21, 22:3, 23:1,
23:8, 24:1, 24:14,
24:19, 25:23, 26:5,
26:11, 26:14, 26:23,
27:9, 27:15, 27:20,
28:23, 30:13, 30:19,
31:13, 31:15, 31:22,
32:20, 33:4, 35:9,
35:21, 36:5, 36:8,
36:20, 37:1, 38:1,
38:4, 38:9, 38:12,
39:8, 39:13, 39:17,
39:20, 40:3, 40:8,
40:13, 40:16, 41:3,
41:6, 41:12, 41:16,
42:9, 42:15, 42:22,
43:5, 43:18, 44:11,
44:13, 44:22, 46:14,
46:17, 48:9, 49:8,
49:12, 49:15, 49:19,
49:23, 51:23, 52:11,
53:2, 53:12, 53:16,
55:8, 55:21, 57:23,
60:3, 61:6, 62:5, 63:6,

63:8, 63:12, 64:8,
64:14, 65:14, 65:23,
66:8, 67:12, 68:1,
69:5, 69:18, 70:18,
71:2, 71:11, 71:22,
72:5, 72:22, 73:9,
74:4, 75:7, 77:1, 77:8,
77:11, 77:19, 77:22,
78:5, 79:2, 79:20,
80:10, 81:12, 82:4,
83:6, 84:22, 85:11,
86:7, 86:14, 86:21,
87:5, 87:18, 87:20,
88:22, 89:2, 89:10,
90:2, 90:21, 91:3,
91:12, 92:10, 93:13,
93:14
  Richies [28] - 16:21,
25:14, 41:1, 42:15,
47:2, 48:20, 48:22,
55:17, 57:4, 61:12,
62:13, 63:2, 63:14,
63:18, 63:20, 68:18,
68:23, 69:14, 69:16,
70:7, 70:12, 71:23,
74:23, 82:12, 83:12,
83:14, 91:6, 92:7
  Rochester [1] - 6:7
  role [1] - 7:7
  rolling [2] - 66:18,
67:23
  romantic [2] - 12:3,
14:2
  room [15] - 54:2,
54:3, 54:8, 62:12,
65:23, 66:5, 68:18,
69:1, 69:5, 69:14,
69:16, 70:21, 70:22,
71:6, 71:8
  roughly [1] - 18:19
  routine [2] - 87:3,
88:9
  rude [1] - 56:10
  Rules [1] - 1:16
  run [1] - 31:16

**S**

  Sad [1] - 72:4
  sat [1] - 79:11
  satisfactorily [2] -
4:13, 97:10
  saw [9] - 21:22,
46:18, 51:20, 59:6,
68:5, 71:22, 75:7,
76:5, 78:15
  School [3] - 10:3,
10:8, 10:11
  school [6] - 6:17,

6:21, 7:1, 7:3, 10:9,
10:12
  seal [1] - 97:15
  sealing [1] - 4:6
  second [1] - 8:13
  Security [1] - 85:9
  security [19] - 29:6,
29:16, 30:2, 30:11,
30:18, 31:7, 31:18,
31:23, 32:9, 32:12,
32:15, 32:16, 32:23,
33:3, 33:5, 35:1, 35:4,
35:11, 39:3
  see [31] - 8:3, 18:10,
19:9, 19:11, 30:13,
31:13, 32:7, 45:8,
45:10, 46:22, 47:9,
47:13, 47:22, 50:2,
50:11, 55:21, 61:22,
70:14, 71:5, 72:23,
74:3, 74:9, 74:13,
75:10, 77:1, 77:4,
77:13, 78:13, 80:8,
82:4, 91:1
  seeing [4] - 72:22,
78:5, 78:6, 78:12
  seem [2] - 81:13,
81:16
  seizure [5] - 66:18,
67:18, 67:20, 67:21,
68:6
  sell [1] - 28:15
  send [1] - 10:18
  sense [6] - 36:23,
43:4, 56:7, 73:8, 76:7,
80:18
  sent [1] - 62:21
  separate [1] - 37:23
  September [5] - 1:21,
80:7, 80:10, 97:12,
97:15
  series [1] - 5:8
  service [1] - 9:18
  session [1] - 63:2
  set [3] - 95:14, 95:22,
97:14
  shaking [2] - 66:17,
67:22
  shaky [1] - 92:17
  shall [1] - 4:10
  share [1] - 6:18
  sharp [2] - 19:20,
79:4
  Shattuck [1] - 72:12
  shoot [6] - 25:6,
57:5, 87:8, 87:11,
91:7, 91:14
  shooting [4] - 16:15,
25:12, 36:13, 36:20
  Shop [11] - 28:8,

LEAVITT REPORTING, INC.

28:10, 28:19, 29:14, 30:3, 30:9, 30:15, 30:18, 32:23, 33:4, 33:5
**shoplift** [1] - 38:22
**shoplifted** [4] - 28:18, 31:11, 39:1, 39:4
**shoplifting** [8] - 16:22, 17:17, 35:16, 35:17, 58:6, 86:10, 91:12, 92:1
**Shoplifting** [1] - 28:12
**Short** [1] - 22:13
**Shorthand** [1] - 1:17
**shot** [4] - 24:22, 25:18, 25:23, 36:21
**show** [2] - 22:15, 22:16
**showed** [1] - 29:19
**showing** [1] - 68:1
**sic** [1] - 72:2
**sick** [1] - 93:11
**side** [1] - 54:16
**sidelines** [1] - 35:7
**sign** [2] - 4:5, 71:8
**significance** [1] - 21:9
**sit** [1] - 57:10
**situation** [1] - 41:6
**six** [1] - 8:11
**skill** [1] - 97:13
**skinny** [1] - 34:20
**sleep** [1] - 90:14
**slept** [1] - 26:3
**slow** [1] - 81:16
**slurred** [1] - 75:23
**small** [2] - 22:9, 23:5
**smile** [1] - 76:21
**Social** [1] - 85:9
**socialized** [1] - 81:15
**Someone** [1] - 29:5
**someone** [3] - 17:8, 30:5, 63:1
**sometimes** [1] - 20:23
**soon** [2] - 7:2, 26:7
**sorry** [3] - 9:11, 15:18, 16:14
**Sorry** [1] - 14:13
**sorts** [1] - 15:17
**source** [1] - 77:6
**Spanish** [4] - 48:8, 49:3, 49:4, 49:21
**Spaulding** [12] - 73:1, 74:3, 74:9, 74:11, 74:13, 75:3, 75:8, 76:6, 77:8, 78:5, 78:12, 78:14
**speaking** [8] - 39:14, 56:16, 57:15, 58:22, 59:5, 59:8, 76:6, 76:13
**specific** [4] - 25:17, 87:23, 89:5, 89:18
**specifically** [2] - 25:19, 27:2
**speech** [1] - 75:23
**spell** [1] - 10:5
**spend** [4] - 75:2, 79:23, 86:14, 86:16
**spent** [2] - 86:1, 86:21
**spoken** [6] - 22:6, 49:14, 59:15, 61:1, 69:21, 73:2
**squeeze** [1] - 76:19
**St** [2] - 1:19, 2:5
**stabilized** [1] - 67:10
**staff** [3] - 9:19, 10:17, 11:4
**staffing** [1] - 10:17
**stand** [1] - 40:11
**start** [2] - 7:2, 25:11
**started** [3] - 14:3, 29:15, 66:17
**starting** [1] - 6:17
**State** [3] - 2:12, 97:4, 97:8
**state** [2] - 5:15, 95:15
**statement** [2] - 96:5
**station** [24] - 45:15, 48:1, 50:6, 50:8, 50:11, 50:19, 51:2, 51:4, 51:8, 52:3, 52:17, 55:14, 56:5, 56:20, 57:5, 57:8, 57:16, 58:10, 58:16, 59:19, 60:17, 60:22, 61:2, 69:21
**status** [4] - 26:6, 48:20, 61:12, 73:3
**stay** [2] - 71:20, 74:16
**stayed** [2] - 24:14, 74:18
**staying** [2] - 43:3, 87:1
**step** [1] - 20:4
**stepped** [1] - 35:5
**steps** [1] - 56:2
**stick** [1] - 19:19
**still** [6] - 14:21, 15:21, 17:3, 17:6, 17:8, 58:13
**stipulated** [2] - 4:3, 4:8
**Stipulations** [1] - 4:2
**stolen** [2] - 30:19, 44:23
**stomach** [2] - 92:18, 93:11
**stop** [2] - 8:10, 8:13
**Stop** [11] - 28:8, 28:10, 28:19, 29:14, 30:3, 30:9, 30:15, 30:18, 32:22, 33:4, 33:5
**store** [9] - 27:5, 29:5, 29:18, 30:7, 32:22, 33:4, 33:13, 35:5, 35:22
**strapped** [1] - 75:15
**Street** [3] - 2:20, 9:10, 10:6
**street** [4] - 7:8, 7:17, 24:13, 28:16
**strong** [1] - 34:19
**students** [1] - 8:3
**stuff** [4] - 22:10, 22:15, 31:12, 31:13
**subjects** [2] - 10:13, 10:14
**sugar** [13] - 19:16, 21:13, 21:16, 21:18, 21:21, 43:6, 43:8, 68:4, 94:11, 95:3, 95:9
**suggest** [2] - 78:3, 84:9
**suggested** [1] - 71:14
**supervising** [1] - 9:4
**supplies** [2] - 20:11, 20:13
**support** [1] - 17:18
**supporting** [1] - 17:15
**suppose** [2] - 15:17, 17:3
**sweats** [3] - 92:15, 93:11
**sworn** [2] - 4:14, 97:11
**symptoms** [5] - 66:16, 92:11, 93:10, 94:12, 95:11

## T

**tall** [1] - 85:16
**Taylease** [5] - 1:14, 3:6, 4:12, 5:16, 97:10
**Tehan** [7] - 2:4, 3:8, 4:17, 4:19, 82:10, 85:2, 95:15
**temp** [2] - 9:20, 10:16
**ten** [3] - 36:18, 58:12, 58:17
**terms** [1] - 38:17
**test** [11] - 19:11, 19:22, 21:2, 26:6, 94:8, 94:9, 94:14, 94:19, 94:21, 95:2, 95:6
**Testimony** [2] - 30:23, 95:1
**testimony** [4] - 40:16, 50:18, 84:10, 84:13
**testing** [4] - 19:6, 19:13, 19:14, 46:4
**therefore** [1] - 25:21
**thereof** [1] - 4:7
**thick** [2] - 34:19, 34:21
**thin** [1] - 34:19
**thinner** [1] - 81:23
**thirties** [1] - 34:16
**thirty** [2] - 87:14, 88:22
**three** [8] - 23:14, 36:16, 67:16, 78:9, 78:10, 78:13, 87:12, 92:8
**Three** [1] - 87:12
**throughout** [6] - 43:7, 94:10, 94:14, 94:15, 95:3, 95:9
**timeframe** [1] - 88:15
**title** [1] - 9:1
**Today** [1] - 80:7
**today** [12] - 5:5, 15:1, 15:8, 44:8, 57:10, 77:21, 78:6, 80:9, 80:16, 80:23, 82:5, 84:13
**Todays** [1] - 80:5
**together** [5] - 16:4, 18:9, 18:13, 22:6, 83:19
**took** [19] - 19:1, 29:4, 29:11, 42:22, 46:16, 46:17, 55:5, 56:2, 56:18, 66:14, 68:6, 79:10, 88:12, 88:23, 89:16, 89:21, 90:5, 90:19, 90:21
**total** [1] - 83:11
**touch** [1] - 76:15
**towards** [1] - 37:13
**Train** [1] - 74:7
**train** [3] - 8:15, 8:16, 74:7
**training** [6] - 8:10, 8:17, 8:18, 8:23, 9:6
**transcript** [2] - 4:6, 97:9
**treating** [1] - 60:3
**Treatment** [1] - 7:3
**treatment** [1] - 8:7
**Trial** [1] - 1:9
**trial** [1] - 4:11
**trouser** [1] - 23:6
**truck** [3] - 48:7, 48:12
**true** [12] - 27:21, 40:5, 40:17, 41:14, 47:5, 47:17, 52:1, 53:5, 55:8, 58:18, 76:9, 97:12
**True** [3] - 27:22, 88:4, 92:9
**truth** [1] - 84:14
**truthfully** [1] - 40:1
**try** [3] - 25:9, 62:12, 75:16
**trying** [3] - 28:13, 28:15, 29:15
**tubes** [2] - 23:14, 70:21
**Tuesday** [2] - 1:21, 97:12
**turn** [1] - 31:16
**tutored** [1] - 10:14
**tutoring** [1] - 10:12
**twenty** [1] - 79:11
**twice** [2] - 94:19, 94:22
**Twice** [2] - 78:17, 83:7
**Two** [3] - 33:21, 46:8, 87:12
**two** [13] - 5:21, 8:9, 23:14, 33:13, 34:7, 44:6, 51:9, 51:10, 55:15, 67:16, 74:1, 84:16, 89:3
**type** [6] - 11:2, 12:12, 15:8, 19:19, 34:19, 80:5

## U

**unable** [1] - 15:11
**uncomfortable** [1] - 92:16
**under** [8] - 5:9, 9:4, 41:17, 55:7, 67:6, 69:7, 71:2, 71:12
**understood** [1] - 31:20
**Unknown** [1] - 1:10
**up** [41] - 16:15, 18:1, 18:7, 18:13, 22:10,

24:14, 25:1, 25:4,
25:7, 25:12, 25:18,
26:7, 27:8, 27:10,
27:20, 36:13, 36:20,
36:21, 43:12, 47:2,
55:18, 63:7, 64:1,
75:15, 85:21, 86:9,
87:8, 87:11, 87:15,
87:23, 88:1, 88:2,
88:13, 88:14, 88:17,
90:22, 91:7, 91:14,
94:2, 96:9
  **upset** [1] - 72:3
  **user** [1] - 93:14
  **usual** [5] - 43:9,
43:13, 88:5, 94:21,
95:2

## V

  **Vaguely** [1] - 37:18
  **verbally** [1] - 5:10
  **vibrant** [1] - 81:14
  **visit** [5] - 72:5, 72:14,
72:16, 72:19, 77:11
  **visits** [2] - 74:20,
76:23
  **voice** [1] - 80:22
  **Volume** [1] - 1:1
  **vomit** [1] - 92:19
  **vs** [1] - 1:8

## W

  **wait** [3] - 9:19, 10:17,
11:4
  **waived** [1] - 4:7
  **waking** [2] - 24:14,
27:8
  **walk** [1] - 77:4
  **walked** [1] - 69:15
  **walking** [2] - 29:15,
33:1
  **Walsh** [8] - 2:11,
3:10, 22:12, 67:2,
85:5, 93:19, 95:23,
96:12
  **warm** [1] - 47:23
  **warrant** [3] - 39:8,
40:14, 40:17
  **warrants** [7] - 38:21,
39:8, 39:18, 39:22,
40:3, 40:9, 40:20
  **water** [1] - 21:18
  **wedding** [3] - 78:21,
79:1, 79:18
  **week** [5] - 9:6, 18:18,
66:13, 66:19, 68:2

  **weeks** [1] - 8:11
  **weigh** [1] - 85:12
  **West** [1] - 2:20
  **wheelchair** [1] -
75:15
  **Whereof** [1] - 97:14
  **white** [8] - 21:4, 21:6,
21:7, 42:12, 44:2,
56:23, 84:12, 84:17
  **whole** [2] - 20:3,
86:16
  **window** [5] - 54:5,
54:12, 54:14, 88:18,
88:20
  **wish** [1] - 85:3
  **Witness** [1] - 97:14
  **witness** [4] - 1:14,
4:5, 58:20, 58:22
  **woke** [8] - 18:1,
18:13, 25:1, 25:4,
27:20, 47:2, 85:21,
88:5
  **woman's** [1] - 9:13
  **Womens** [1] - 8:8
  **Worcester** [5] - 12:9,
12:10, 13:14, 13:16,
20:8
  **word** [2] - 67:18,
80:22
  **words** [4] - 31:9,
76:2, 76:8, 76:12
  **written** [1] - 96:4
  **Wynn** [4] - 1:20, 2:10
  **Wyzanski** [1] - 95:18

## Y

  **year** [5] - 7:12, 73:14,
78:15, 78:16, 78:22
  **years** [4] - 7:9, 8:9,
14:7, 89:6
  **yourself** [7] - 8:18,
15:1, 15:10, 28:18,
50:8, 52:18, 56:2
  **youth** [4] - 8:12,
8:21, 9:2, 9:4

## Z

  **zippered** [1] - 22:10
  **zombied** [2] - 80:4,
81:8

LEAVITT REPORTING, INC.