DEPOSITION EXHIBIT
#1  5/11/06
Jesse Drane
Anne Ouellette

# BROCKTON POLICE DEPARTMENT
## ARREST REPORT

| Offense/Incident | Case No. |
|---|---|
| LARC SHOPLI 50-200 | 01008654 |

| Offense Date and Time | Day | Arrest Date and Time | Day | Domestic Violence? |
|---|---|---|---|---|
| 06/25/2001  15:18 | Mon | 06/25/2001  15:53 | Mon | NO |

| Location of Offense | Apt | Sector | Wrd | Prec | Arresting Officer |
|---|---|---|---|---|---|
| 2077/MAIN ST | | SE | 4 | 4D | DRANE, JR. JESSE |

| Defendant's Name | Sex | Race | Hgt | Wgt | D.O.B. | A/J |
|---|---|---|---|---|---|---|
| GOMES    JOSEPH | M | C | 508 | 160 | 02/25/1959 | ADULT |

| Defendant's Address | Social Security No. |
|---|---|
| 21 CUSTER ST BROCKTON MA | 033605612 |

| Offense(s) Charged | A | B | C |
|---|---|---|---|
| LARC SHOPLI 50-200 | FALSE NAME/SS# PO | | |

| Weapon(s) Used | Location of Arrest |
|---|---|
| | 2077/MAIN ST |

| Witness 1 | Sex | Race | D.O.B |
|---|---|---|---|
| LAPANNA    ANGELO | M | W | |

| Residence Address | Res Telephone | Bus Telephone |
|---|---|---|
| 2077/MAIN ST, (C/O SHAW'S SUPERMARKETS) | | 5085883393 |

**Narrative:**

1  On Monday, 2001/06/25 at approx 1513hrs. I was dispatched to 2077
2  Main Street on the report of a female and male shoplifters. I was ap-
3  proached by the Loss Prevention Officer Angelo Lapanna, he stated that
4  the 2 parties had entered the store and started stealing items. They
5  were observed doing this by Angelo (loss prevention) and when he app-
6  roached them they put the things down and proceeded to run out of the
7  store. They both were apprehended at the CVS store on Main street.
8     The male party gave me a number of names and different dates of
9  births. The male gave me a name of Joseph Gomes with a D.O.B 02/25/59
10    Joseph was placed under arrest for giving false names and S.S.#'and
11  also charged with stealing over $25.00 dollars worth of merchandise
12  from Shaw's, the female was released and will be summonsed in at a
13  later date. Joseph was transported to the station for booking and
14  rights.

Signed under the pains & penalties of perjury. (Arresting Officer Signature)

*Jesse Drane Jr #242*

| Report Date | Supervisors Signature |
|---|---|
| 2001/06/25 | Sgt Cmy #247 |