# BROCKTON POLICE DEPARTMENT
## Arrest Booking Report

OBTN: TBRO000022573

01008654

## ARRESTEE

| Field | Value |
|---|---|
| Arrestee Name (Last, First, Middle Initial) | GOMES, RICHARD P. |
| Arrest No. | 00043952 |
| Social Security No. | 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 |
| Caution | DRUGS |
| Address | 788/PEARL ST, BROCKTON, MA |
| Scars, tattoos, etc. | SCAR ON FOREHEAD |
| Sex | M |
| Race | C |
| Height | 508 |
| Weight | 160 |
| Hair | BLK |
| Eyes | BRO |
| Build | MED |
| Complexion | MEDIUM |
| Marital Status | DIVORCED |
| D.O.B. | 08/13/1960 |
| Age | 40 |
| Place of Birth | BOSTON |
| Father's Name | JOSEPH |
| Mother's Maiden Name | RODRIGUES |
| Wife's Maiden Name | MARIA LOPES |
| Alias/Nickname 1 | BARBOSA, RICHARD |

## CHARGE

| Charge(s) | MGL Chapter/Section | Warrant Number |
|---|---|---|
| 1) SHOPLIFTING | 266-30A | |
| 2) FALSE NAME/SS# PO | 268-34E | |
| 3) WARRANT (DEFAULT) | | 0002CR002530 |
| 4) WARRANT (DEFAULT) | | 0085CR000447 |
| 5) WARRANT (FOREIGN) | | 0133CR001556 |
| 6) WARRANT (FOREIGN) | | 0055CR000840 |

| Arrest Date | Time | Arrest Location | Arresting Officer 1 | Arresting Officer 2 | Domestic Violence? |
|---|---|---|---|---|---|
| 06/25/2001 | 15:53 | 2077/MAIN ST | DRANE, JR. JESSE | | NO |

## CONTROL

| Booking Date | Time | Booking Officer | Cell No. | Matron | Police Department on Warrant |
|---|---|---|---|---|---|
| 06/25/2001 | 16:35 | DRANE, JR. JESSE | 20 | | |

| Rights given by | Visible Injuries? | Comments |
|---|---|---|
| LAFRATTA THOMAS | NO | at hospital / had given false info |

Searched by: DRANE, JR. JESSE

## JUVENILE

## RELEASE

I was informed of my right to remain silent, to use a telephone, at my own expense, for the purpose of communicating with family or friends, to arrange bail or to call an attorney.

Bail Amount: HOLD
Date/time Released: 06-25-01
Released by: OFC Vardu-o  Released to OFC Sullivan

DEPOSITION EXHIBIT #3 5/11/06
Anne Ouellette