COMMONWEALTH OF MASSACHUSETTS

* * * * * * * * * * * * * * * * *
MARY GOMES, GUARDIAN OF THE ESTATE of RICHARD P.
GOMES, and MARY GOMES, Individually,
                    Plaintiff

Vs.
THE CITY OF BROCKTON, THE TRIAL COURT OF THE
COMMONWEALTH OF MASSACHUSETTS, JESSE DRANE, AND
ONE OR MORE UNKNOWN NAMED OFFICERS OF THE
BROCKTON POLICE DEPARTMENT,
                    Defendants
* * * * * * * * * * * * * * * * *

        DEPOSITION OF **MARY GOMES**, taken on behalf
of the Defendants pursuant to the Massachusetts
Rules of Civil Procedure, before Carol DiFazio, CSR:
#108293, a Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the offices of Kopelman and Paige,
P.C., 30 St. James Street, Boston, MA 02116, on
Tuesday, June 21, 2005, commencing at 10:20 a.m.

*Leavitt Reporting, Inc.*

*1207 Commercial Street, Rear*                    *Tel. 781-335-6791*
*Weymouth, MA 02189*                              *Fax: 781-335-7911*

1   he says he got a bail. Could you go bail him out.
2       Q.   Had you bailed him out in the past?
3       A.   I don't know. I don't remember. No. Then
4   I says, then I call my son Joe at his house.
5       Q.   About what time of day did you get that
6   call?
7       A.   It wasn't the day. It was night, about 7,
8   8 o'clock at night when the guy call me.
9       Q.   And I did want to ask you this, earlier in
10  the day when you noticed that Ritchie had gone from
11  your house --
12      A.   I figure he was with this girl.
13      Q.   I understand. Did you look to see if he
14  had taken that diabetic kit with him?
15      A.   No. He was having, he always take it with
16  him.
17      Q.   I appreciate that. Did you check to see
18  whether in fact on that day he had taken it with
19  him?
20      A.   No. I don't.
21      Q.   Now as of June 25th, 2001, Ritchie was
22  living with you?
23      A.   Ritchie was in and out like stay there, he

1   Gomes here?  He says, Yes, Joe Gomes.  But I don't
2   say, I just said to Joe, ah-oh.
3       Q.   Did any police officer say anything else to
4   you?
5       A.   No.  The police, you know, there was people
6   there waiting, and I keep going to the window.  I
7   told him, When I going to be able to bail Gomes out?
8   The bail going up.  That's what he said.  His bail
9   is high.  I said ah-oh, I have to go out and get
10  some more money then.  I went to the machine to get
11  the money, and Joey and I went back.
12      Q.   May I stop you for a second.  How high was
13  the bail?
14      A.   I don't remember, $50, something like that.
15      Q.   Did you have that much money with you?
16      A.   No.  When I went I don't have that much,
17  but I went to get the money and come back.  When I
18  come back they told me it was a black police was
19  behind there.
20      Q.   A black man?
21      A.   A black man.
22      Q.   Can you describe him in any more detail
23  than that?

54

1     A.    No. I can't.
2     Q.    What did that person say to you?
3     A.    He is the one who told me the bail went up,
4  get the money, and come back. When I come back
5  there was another, it wasn't the black guy wasn't
6  there. It was a white guy, tall white guy. And I
7  told him I am going to bail Gomes. He says, You
8  give me the ID.
9     Q.    One second please. Go ahead.
10    A.    He says, Give me his ID. I said, I don't
11 have his ID. It's true I don't have his ID. That's
12 all I am going to give you ID is the name Joe Gomes
13 with me. So I said, Well you don't got the ID is
14 not going to be bailed. And he is going to court
15 tomorrow, tomorrow morning. So I says to Joey,
16 well, we go home and see or nothing. He is down
17 stairs. I said, I says, he is diabetic though. I
18 says, He got the needle and insulin. He says, We
19 don't deal with needles here. That's what the
20 police told me. We don't deal with the needles in
21 the police station. I said, well, then I went home.
22    Q.    Were you concerned about Ritchie's diabetes
23 at that point when the officer said that?

1    A.    Yes.  And then Taylease tell me after me.

2    Q.    I'll stick with you for a moment so we are
3 organized.  Did you have any further discussion,
4 other than what you just told us, with any police
5 officer about Ritchie's diabetes?

6    A.    Only when I went to the hospital.  I saw
7 the other black police sat there in the door with
8 Ritchie.  I said, See, if they have insulin none of
9 this would happen.  He says, We don't deal with
10 that.  You don't deal with the needles in police
11 station house.  I said, You don't have to deal with
12 it.  Ritchie can deal his own self because he doing
13 it a long time.  Only thing you have to do is give
14 him his insulin.  He'll do it himself.  You give him
15 a cracker or something because he is hungry.

16    Q.    Thank you.  Now the only discussion that
17 you had, concerning Ritchie's diabetes, at the
18 police station with the police officer, before he
19 took ill, was with a white police officer?

20    A.    That was a white police officer.

21    Q.    Can you describe him in any more detail,
22 first?

23    A.    No.  I wouldn't know.  See, I don't even

60

1   desk.  He gets the phone.  He says, I am going to
2   make a phone call.  Then when he make a phone call
3   he told whoever he called, he says, It is not Joe
4   Gomes.  He is Ritchie Paul Gomes.  I guess they ask
5   who say probably says his mother.  And they told me,
6   I says, I say can he be bailed?  No, he can't be
7   bailed anyway because he got a warning.  That was
8   the word.  But the guy don't want me to see him, to
9   get in the room.  This is outside.
10      Q.   Was the first time that you told the police
11  that Ritchie had given the wrong name, in the
12  hospital?
13      A.   It was in the hospital.  That's when I told
14  is the wrong name.
15      Q.   Thank you.
16      A.   So I cleared his name.  There is no, his
17  name is Ritchie Paul Gomes.
18      Q.   Do you know what time you and Joe went to
19  the police station?
20      A.   Yes.  We went about 7, 8 o'clock.
21      Q.   Now, did Miss Pina tell you that she had
22  gone to the police station?
23      A.   Yes, she told me she went.