Powers 6-26-01  12-8 Shift

| Time of Check | M | F | Juv | Total | Condition of Prisoners | Explanation of condition | Officer Name | ID # |
|---|---|---|---|---|---|---|---|---|
| 1200 | 1 | 2 | 0 | 3 | | | MKP | 367 |
| 1215 | 2 | 2 | 0 | 4 | | | MKP | 367 |
| 1230 | 3 | 1 | 0 | 4 | | | MKP | 367 |
| 1245 | 4 | 1 | 0 | 5 | | | MKP | 367 |
| 0100 | 5 | 1 | 0 | 6 | 1 male Booked | ok | MKP | 367 |
| 0115 | 5 | 1 | 0 | 6 | 1 female Booked | ok | MKP | 367 |
| 0130 | 5 | 1 | 0 | 6 | 1 male Booked | ok | MKP | 367 |
| 0145 | 5 | 1 | 1 | 7 | 1 Juv Booked | ok | MKP | 367 |
| 0200 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0215 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0230 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0245 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0300 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0315 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0330 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0345 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0400 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0415 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0430 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0445 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0500 | 5 | 1 | 1 | 7 | | | MKP | 367 |
| 0515 | 5 | 1 | 0 | 6 | Probation took custody of Juv | | MKP | 367 |
| 0530 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0545 | 5 | 1 | 0 | 6 | | | MKP | 367 |
| 0600 | 6 | 1 | 0 | 7 | | | MKP | 367 |
| 0615 | 6 | 1 | 0 | 7 | | | MKP | 367 |
| 0630 | 6 | 0 | 0 | 6 | 1 female taken to Brockton hospital (seizure) | | MKP | 367 |
| 0645 | 6 | 0 | 0 | 6 | | | MKP | 367 |
| 0700 | 2 | 0 | 0 | 2 | 4 prisoners transport 4 males to Brockton hospital | | MKP | 367 |
| 0715 | 2 | 0 | 0 | 2 | | | MKP | 367 |
| 0730 | 2 | 0 | 0 | 2 | | | MKP | 367 |
| 0745 | 2 | 0 | 0 | 2 | | | MKP | 367 |
| 0800 | 3 | 0 | 0 | 3 | 1 male Booked take to Brockton Hosp | | MKP | 367 |
| 1030 | 3 | | | 3 | 1 PC Prisoner | ok | MW | 33 |
| 1115 | 3 | | | 3 | | ok | MW | 33 |
| 1130 | 2 | | | 2 | 1 prisoner transport, 1 PC | ok | MW | 33 |
| 1145 | 1 | | | 1 | | | MW | 33 |
| 1200 | | | | | | | | |

DEPOSITION EXHIBIT