1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11464-MLW

----------------------------------------

MARY GOMES, GUARDIAN OF THE            )

ESTATE OF RICHARD P. GOMES,            )

and MARY GOMES, INDIVIDUALLY,          )

                        Plaintiff,     )

            vs.                        )

THE CITY OF BROCKTON, THE TRIAL COURT  )

OF THE COMMONWEALTH OF MASSACHUSETTS,  )

JESSE DRANE, and ONE OR MORE UNKNOWN   )

NAMED OFFICERS OF THE BROCKTON POLICE  )

DEPARTMENT,                            )

                        Defendants.    )

----------------------------------------

        DEPOSITION OF RICHARD P. GOMES, taken

in behalf of the defendants, pursuant to the

applicable provisions of the Federal Rules of

Civil Procedure, before Marc E. Laplante,

Registered Professional Reporter and Notary

Public in and for the Commonwealth of

Massachusetts, at the Law Offices of Wynn &

Wynn, PC, 90 New State Highway, Raynham,

39

1    A.    Yes.

2    Q.    Did you two ever live together?

3    A.    No, no.  She lives just down this

4    way, Fall River.

5    Q.    Fall River?

6    A.    That way there.

7    Q.    Okay.  Well, let me ask you this:

8    After you were living in Worcester, when you

9    met Taylease, where did you next live?

10    A.    Oh, I came back to Brockton.

11    Q.    And when you came back to Brockton,

12    where were you living?

13    A.    Where I'm living now.

14    Q.    At your mom's house?

15    A.    Yes.

16    Q.    Do you remember anything about the

17    day that you got arrested for shoplifting with

18    Taylease?

19         MR. ADAMS:  I object to the form

20    of the question.  You can go ahead.

21    A.    Do I remember?

22    Q.    Anything at all about that day.

23    A.    All I remember was going in the

24    hospital.

40

1      Q.    Going to the hospital?

2      A.    About being in the hospital.

3      Q.    What hospital?

4      A.    I said it before.

5      Q.    The Mass. General Hospital?

6      A.    Yeah, that's it.

7      Q.    That's what you are talking about?

8      A.    Yes, that's it.

9      Q.    Before your arrest that day, do you

10   remember anything that happened on that day?

11     A.    No.  I was trying to get someone to

12   remind me of the date, but they told me I

13   don't need to go back because it messes with

14   my --

15     Q.    You don't like to think about that?

16     A.    No.

17           MR. ADAMS:  I object to the form

18   of the question.

19     Q.    Let's talk about what you do these

20   days.  What do you do on a daily basis?  Is

21   there anything you like to do?

22     A.    I like going for walks and stuff, but

23   everybody's either working or home sick

24   because really nothing to do but watch TV.