UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, <br>    Plaintiffs <br> v. <br><br> THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, <br>    Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### *MOTION OF THE DEFENDANT, CITY OF BROCKTON, FOR SUMMARY JUDGMENT*

Now comes the Defendant, City of Brockton, pursuant to Fed.R.Civ.P. 56(c) and hereby requests this Honorable Court enter Summary Judgment in its favor on all claims against it. As grounds therefore, the Defendant states that there are no genuine issues of material fact in dispute and the City of Brockton is entitled to Summary Judgment as a matter of law.

In support of this Motion, the Defendant submits the attached Memorandum of Law.

>Respectfully submitted,
>The Defendant
>The City of Brockton,
>By their attorneys,
>WYNN & WYNN, P.C.
>
>   /s/ John A. Walsh
>John A. Walsh        BBO#560072
>90 New State Highway
>Raynham, MA 02767
>(508) 823-4567

### *CERTIFICATE OF SERVICE*

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2006.

>/s/ John A. Walsh
>John A. Walsh