UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES, and MARY GOMES, INDIVIDUALLY <br>     Plaintiffs <br><br> v. <br><br> THE CITY OF BROCKTON, THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, JESSE DRANE, and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE POLICE DEPARTMENT | C.A. NO. 04CV11464-MLW |

## AFFIDAVIT OF CHIEF WILLIAM K. CONLON

I, William K. Conlon, hereby depose and say as follows:

1. I am presently the Chief of Police for the City of Brockton.

2. Attached hereto is a true and accurate copy of the Brockton Police Department Duties and Responsibilities which were in effect on or about June 2001 through the present.

Signed under the pains and penalties of perjury this 24 day of July, 2006.

_____
William K. Conlon, Chief of Police

# BROCKTON POLICE DEPARTMENT

# DUTIES OF DEPARTMENT MEMBERS

# UNIFORM BRANCH

## SHIFT COMMANDER

A. **SUMMARY**

A Shift Commander is a superior officer from the Uniform Branch who has been designated by the Chief to command a shift. He is responsible for the immediate supervision and control of all officers under his command and is personally responsible for their efficiency and effectiveness as members of the Division, under the supervision of the Uniform Branch Commander or his designee.

B. **GENERAL DUTIES AND RESPONSIBILITIES**

It is the duty and responsibility of the Shift Commander to:

1. Provide for the daily inspection by supervising Sergeants of members assigned to the Division and for the correction of any non-compliance with divisional standards of uniform, equipment, personal appearance and compliance with all the rules and regulations. He shall also make periodic inspections of officers assigned to his tour of duty.

2. Provide for all significant changes in departmental rules, regulations, policies and procedures to be explained first at roll call and later by supervising Sergeants.

3. Provide for the proper and complete upkeep of all appropriate records, files and ledgers consistent with his command.

4. Coordinate the deployment and activities of all Patrol Division personnel assigned to his command and their functional supervision as it relates to traffic enforcement.

5. Be responsible for the conduct of roll calls, dissemination of information and/or materials, and inspection of officers for only such equipment as has been authorized by the Chief.

6. Ensure the proper use of radio procedures by all members under his command as established by departmental policy.

UNIFORM BRANCH
SHIFT COMMANDER - two

7. In this regard he shall ensure that personnel assigned to the control room are qualified in all respects with its operation, equipment, and procedures.

8. Report any inadequacy of the communications equipment system to the Officer-in-Charge of the Uniform Branch with written recommendations of upgrading so as to meet departmental needs to be forwarded to the Administration Bureau.

9. Ensure that inspections of motor vehicles and equipment are carried out and that the results of such inspections are properly reported as required by current departmental procedures.

10. Ensure that assigned uniformed divisional personnel not use unmarked cars without the approval of the Chief.

11. Provide for the security, cleanliness and maintenance of the departmental headquarters and its equipment, during his tour of duty in the absence of Administrative staffing.

12. Ensure that the cells are kept well ventilated and clean and that all prisoners coming into or remaining in the departmental headquarters are treated fairly and in accordance with departmental rules and procedures.

13. Ensure that all persons coming into or communicating with headquarters are treated courteously.

14. Ensure proper processing of all complaints by citizens.

15. Provide for the prompt and accurate entry of all official police business submitted to the Desk that is to be included in the records kept at the Desk.

16. Ensure that the Desk files are maintained expeditiously.

17. Maintain the order and security of the departmental headquarters and the proper conduct of officers.

UNIFORM BRANCH
SHIFT COMMANDER - three

18. Take special measures to ensure that the departmental procedures are carried out regarding the handling of lost, stolen or abandoned property or property required as evidence or taken from a prisoner.

19. Examine for approval or disapproval all reports or records submitted during his tour of duty. If approved, sign the report or record in the proper place. If disapproved, order the police officer to correct the deficiencies and re-submit the report or record.

20. Be responsible for the care and handling of prisoners in accordance with departmental policies and procedures and the Massachusetts General Laws. Responsibilities include, but are not necessarily limited to, the following guidelines:

   a. Examine each prisoner upon his arrival at the departmental headquarters for injuries. If any are found, record the fact in writing and submit the report to the Chief. (M.G.L. c.276 s. 33). Determine whether any of the injuries were inflicted by a member of the Department. If they were, note such in the report. Investigate the circumstances of the incident for possible disciplinary action and require the officer who inflicted the injury to submit a detailed report describing the incident. Forward such report to the Chief.

   b. If the prisoner requires medical attention, summon a physician or, if necessary, have him conveyed to a hospital.

   c. When a prisoner is unconscious for any cause, immediately attempt to restore consciousness. Arrange for immediate definitive medical attention and thereafter attempt to restore consciousness. Allow no unconscious person to be place in a cell except with the approval of a physician.

   d. Inform a prisoner charged with operating a motor vehicle while intoxicated, of his right to be examined immediately by a physician selected by him at his expense.

63

UNIFORM BRANCH
SHIFT COMMANDER - four

   Afford him a reasonable opportunity to exercise the right. Provide such person with a copy of M.G.L. c. 263 s. 5A or give him an opportunity to read a posted copy of it.
   (M.G.L. c. 263 s. 5A).

21. (Notify the parents and the appropriate probation officer immediately (M.G.L. c. 119 s. 67) when a juvenile is arrested. If there is no parent, notify the guardian or person with whom the juvenile resides.)

22. See that any person, including a juvenile, arrested for a felony, a narcotics violation or an offense arising from a civil disorder is fingerprinted and photographed.

23. Be responsible for ensuring the prompt and effective service of all summonses, subpoenas, warrants, and other official documents forwarded by proper authority.

24. Contact a female Detention Attendant when a female or male juvenile in need of supervision is brought into the departmental headquarters under arrest. Ensure that departmental procedures concerning the handling of women and juvenile prisoners are followe

25. Assure that departmental booking procedures are kept. If an arrested person has been taken directly to a hospital and is remaining there, see that proper booking, safety and security procedures are carried out at the hospital.

26. See that any prisoner is informed upon being booked of the right to use the telephone. (M.G.L. c. 276 s. 33A).

27. Assure that departmental bonding and bail procedures are followed.

28. Designate work assignments within his shift with the approval of the Chief.

29. See that proper medical attention is afforded in cases of line-of-duty injury, illness or disability and that all appropriate reports and investigations are submitted prior to the conclusion of the tour of duty.

64

UNIFORM BRANCH
SHIFT COMMANDER - five

30. Inform the relieving officer of all police business that is pending or would otherwise be of interest or importance to him.

31. Ensure the maintenance and security of the Equipment Room. Issue equipment only after roll call to appropriate shift personnel.

32. Supervise the distribution of departmental paychecks.

33. Where necessary and appropriate or where public safety requires, provide off-duty police officers in the absence of the work detail officer to perform emergency duties. Communicate in writing all relevant information to the work detail officer relative to such assignments prior to the conclusion of his tour of duty.

34. Maintain a current and confidential list of all telephone numbers of members and/or employees assigned to his command.

35. Ensure the prompt and timely notification of departmental personnel or units in all matters requiring their attention or presence.

36. Prior to the conclusion of his tour of duty, inpect and initial all incident cards and pages of the communications log appropriate to his shift activities.

37. Perform other duties as assigned by the Chief.

65





# BOOKING PROCEDURES

I. Security and Control

A. All unoccupied cells shall be left unlocked and in fully open positions so as to ease the confining of a prisoner after booking.

B. An officer may only enter an occupied cell when accompanied by at least one other officer, or when releasing a prisoner from custody.

C. No firearms are allowed in the booking room or cell block areas of the holding facility at any time during the processing or detention of prisoners. Officers shall secure their firearms in the lock box provided in the booking area. R.C. #99/036

D. Prior to placing a prisoner in a cell within the holding facility, the booking officer shall conduct a security search of the cell, including a search for weapons and contraband. Any unusual conditions observed shall be reported to the chief of police or his designee. Any damage or unusual conditions found shall be reported in the same manner and the arrestee appropriately charged.

E. Whenever an officer closes a cell door to incarcerate a prisoner, he shall test the door to be sure it is securely locked. Any problems in securing a cell door should be reported to the officer-in-charge, who will file a written report to the chief of police or his designee.

F. It is the responsibility of the officer-in-charge to ensure the proper monitoring of all persons held in the holding facility.

G. The officer-in-charge shall be responsible to ensure that a physical check is made of the cell block at least every 15 minutes whenever a prisoner is being detained there and that the checks are properly recorded. R.C. #88/087

H. Upon each change of shifts, the incoming booking officer shall be informed by the booking officer he is relieving as to the number of prisoners being detained in the holding facility. The incoming booking officer shall do a physical check to verify the number of persons being held.

I. In the event of an escape of a prisoner from the department's holding facility:

The dispatcher shall immediately broadcast to all patrol units the name and a description of the prisoner, the estimated time of escape, whether armed, and whether on foot or in a vehicle and the possible direction of travel, and possible home address of the prisoner. The dispatcher shall then broadcast the same information to other area departments and agencies over the radio system. An immediate search shall commence under the direction of the officer-in-charge and the patrol supervisor.

13

## II. Group Arrests and Overflow Situations

A. In the event of a group arrest, prisoners arriving at the station will be secured as directed by the booking officer and prisoners will be brought to the booking desk one at a time, as directed by the booking officer, to be booked and processed.

B. If, as the result of a group arrest, or at any other time, the officer-in-charge determines that the number of persons to be detained in the holding facility will exceed the number for which the facility was designed, he shall request the aid of the county jail in detaining prisoners in their holding facilities.

## III. Prisoner Processing

A. When the booking process has been completed, the Officer - in -Charge shall:

   1. Inform the prisoner of his rights, including the right to consult with an attorney, by reading the Miranda Warning from a printed card.

   2. Inform the prisoner again of his right to the use of the telephone. He shall be allowed to exercise his right in order to contact family or friends, to arrange for bail, or to contact an attorney.

   3. The Commanding Officer or the Officer - in - Charge of a shift shall ensure that when an individual is arrested, the individual shall be notified of the true grounds for which the individual is being booked. If arrested on a warrant the true grounds set forth in the arrest warrant, when said information is available to the C.O. or Officer - in - Charge at the time of booking. R.C. #95/012

B. Any container or article found on the arrestee's person or carried by him shall be opened and its contents inventoried.

C. Papers, documents or other-writings found on the arrestee's person may be examined only to the extent necessary to check the arrestee's identity, ensure the arrestee's physical safety, ensure the removal of items dangerous to cell administration, and protect the department from charges of theft.

D. After a complete inventory search is conducted, all items removed from the prisoner during the inventory search shall be itemized, tagged, or otherwise marked for proper identification, and placed for safekeeping in a secure area or locker designated as a depository for valuables or personal effects of an arrestee.

14

    1. During the inventory procedures, the officer shall complete a written inventory report, (Prisoner Property Slip) in a form designated by the department, listing in detail all of the property belonging to and taken from the arrestee during the search. The report shall be signed by the arrestee and witnessed. (If the arrestee refuses to sign the report, that fact should be noted on the report.) All inventory reports shall be indexed and kept in the ordinary course of business. The Prisoner Property Slip shall be attached to the outside of the prisoner's property bag. If the prisoner is transported to the court, the Booking officer shall ensure that the Property Slip is signed and turned in to the Records Room. R.C. #88/074

    2. Any contraband shall be confiscated, and its description and disposition shall be noted on the inventory report.

    E. The booking officer shall fill out an intake form (Booking Report or Protective Custody Form, as appropriate) on every person taken into custody by this department. These forms shall serve as the permanent arrest/detention record of the individual arrested/detained.

    F. All prisoners shall be photographed and fingerprinted as part of the booking procedure. R.C. #99/017

## IV. Booking a Defendant – Arrested on Warrants:

The correct number to be entered in the WARRANT NUMBER AREA on the booking sheet is the number found in the DOCKET NUMBER AREA ON THE PRINTOUT, as shown in the attached sample.
The number will look like this:
9556CR07884 95 = YEAR 56 = COURT CR = CRIMINAL 07884 – SEQUENTIAL #
This will eliminate confusion for all court personnel -Clerk's Office, Probation Department, and the Prosecutor's Office. R.C. #95/125

## V. Handling Violent Intoxicated, etc. Persons

Any prisoner who is uncontrollable due to the influence of alcohol or narcotic drugs, or is violent or otherwise self-destructive, shall, if transportation or removal to a detoxification or other mental health facility is not feasible, be isolated as deemed appropriate by the officer-in-charge.

Above and beyond all measures taken to protect all concerned, there shall be continuous monitoring of this type of individual through continuous personal observation in the manner of the Fifteen minute cell check.

15

## VI. Release of a Detainee

A. Any prisoner who is unknown to the personnel on duty at the station should be required to provide positive identification, preferably a driver's license, before being released from the holding facility.

B. All personal property taken from a prisoner shall be returned to the prisoner upon release from custody.

    1. All items shall be compared to the items listed on the inventory report and the individual shall be requested to sign the form indicating that he has received the property. A refusal to sign shall be noted in writing on the inventory report.

    2. Any items which were held for evidence or as contraband shall be indicated on the inventory report.

C. A juvenile shall be released:

    1. To a parent, guardian, or other reputable person upon acceptance, by the officer-in-charge, of the written promise of such person to be responsible for the appearance of the juvenile in court at the required time and place; or

    2. To a probation officer upon the request by such officer that the juvenile be released to him.

    3. Clerk, if there is a question of bail.

NOTE: *If the arresting officer requests in writing that a child between fourteen and seventeen years of age be detained, and if the court issuing a warrant for the arrest of a child between fourteen and seventeen years of age directs in the warrant that such child shall be held in safekeeping pending his appearance in court, or, if the probation officer shall so direct, such child shall be detained in the police lockup, or place of temporary custody commonly referred to as a detention home of the Department of Youth Services, or any other home approved by the Department of Youth Services, pending his appearance in court.*

## VII. Prisoner's Meals and Sanitary Conditions in the Cell Block Area

A. It shall be the responsibility of the officer-in-charge to assure that the conditions of all occupied cells remain sanitary while being occupied. This includes seeing to it that a cell is returned to its original state upon the release of a prisoner.

B. A record of **PRISONERS** meals served shall be kept. Commanding Officers and O.I.C.s shall ensure that when prisoners are fed, the number of prisoners in custody and the fact that they were fed shall be logged. When a clerk magistrate is called to bail prisoners, the time that he was contacted shall be logged. R.C. #96/020

16

## VIII. Access to Cell Block Area and Visitation Rights

A. All access to the holding facility by non-police personnel shall be limited to those individuals approved by the officer-in-charge, and subject to the following rules:

1. The person shall be required to properly identify himself. Positive picture identification, preferably a driver's license, is required.

2. The person shall be notified prior to gaining access to the cell block area that he and his belongings are subject to a search upon entrance to and exit from the area. This search will be done at the discretion of the officer-in-charge.

3. All packages carried by visitors shall be left at the front desk. If there is a package to be given to the prisoner, it shall be examined thoroughly by the officer-in-charge, before it is given to the prisoner. He shall have full authority to prohibit the entire package, or any item in it, from being delivered to the prisoner.

4. Attorneys for the prisoner may be admitted to the cell block area after arrangements have been made by the O. I. C. for consultation with their client.

5. **Non-relatives or friends** of the prisoner **do not have visitation rights.**

6. Members of the media shall have access to the cell block area only when the area is unoccupied. No member of the media shall have access to the cell block area when there is a prisoner being detained there.

## IX. Evacuation of Cell Block Areas

The chief of police or his designee shall establish an evacuation plan and procedures for the holding facility in the event of fire or other situation which presents a hazard or danger to those being held in the cell block areas.

## X. Damage to Cells

When a prisoner causes damage to any department property such as a cell or any other equipment, he/she will be charged with that offense by the officer who observes it or becomes aware of it. R.C. #81/190