UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES, and MARY GOMES, INDIVIDUALLY, <br><br>          Plaintiffs <br><br> v. <br><br> THE CITY OF BROCKTON, THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, JESSE DRANE, and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, <br><br>          Defendants | NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

  Please enter my appearance on behalf of Defendant Jesse Drane in the above-captioned matter.

                 DEFENDANT
                 JESSE DRANE,
                 By his attorneys,

                 /s/ Gregg J. Corbo
                 Gregg J. Corbo (BBO #641459)
                 Kopelman and Paige, P.C.
                 101 Arch Street
                 12th Floor
                 Boston, MA  02110
                 617-556-0007

289047/60700/0588