UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, <br> *Plaintiffs*, <br><br> *vs.* <br><br> THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, <br> *Defendants*. | CIVIL ACTION <br> No. **04-11464 MLW** |

**PLAINTIEFS' MOTION FOR ENLARGEMENT OF TIME AND**
**FOR LEAVE TO FILE LATE, THEIR OPPOSITION TO THE MOTION OF**
**THE DEFENDANT, THE CITY OF BROCKTON, FOR SUMMARY JUDGMENT**

The plaintiffs, Mary Gomes, Guardian, and Mary Gomes, Individually, pursuant to Fed. R. Civ. P. 6(b)(2), respectfully requests that this Honorable Court extend seven (7) days, from Thursday, August 31, 2006, to Thursday, September 7, 2006, the deadline for plaintiffs to file and serve their response to the defendant, the City of Brockton's, motion for summary judgment, and their cross-motion for partial summary judgment, liability, against the defendant, the City of Brockton.

As reasons therefore plaintiff states:

1. Fed. R. Civ. P. 6(b)(2), provides in pertinent part as follows:

   When … by order of court an act is required … to be done at … a specified time, the court for cause shown may at any time in its discretion … upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect….

2.  Pursuant to a status conference conducted by the Court on June 13, 2006, the defendants were to file and serve dispositive / summary judgment motion on or before, July 31, 2006, and the plaintiffs were to file and serve their oppositions / cross-motions to such dispositive / summary judgment motions on or before August 31, 2006.

3.  The defendants timely submitted their dispositive / summary judgment motions, but the defendant was unable to timely comply by the August 31, 2006, deadline, and required additional time, because of excusable neglect due to a combination of computer data problems, illness and the labor day holiday weekend. Affidavit of Paul J. Adams (submitted herewith as Ex. A).

4.  The plaintiffs' claims against the defendant, the City of Brockton, are meritorious, and partial summary judgment ought to enter against the defendant City of Brockton, as more fully set forth in the Plantiffs' Memorandum of Law on Summary Judgment Motions and supporting materials.

Respectfully submitted,
MARY GOMES, GUARDIAN and
MARY GOMES, INDIVIDUALLY, *Plaintiffs*
By their attorney:

_____/s/_____
P. J. Adams, MA BBO# 568173
LAW OFFICE OF PAUL ADAMS
One Centre Street, 2nd Floor
Brockton, MA  02301-4092
Tel. (508) 583-2019

Dated: *September 7, 2006*

## CERTIFICATE OF SER VICE

I hereby certify that on this date the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants.

Dated: *September 7, 2006*          _____/s/_____
                                    Paul J. Adams