# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARY GOMES, GUARDIAN ET AL., ) | *CIVIL ACTION* |
| *Plaintiffs*, ) | No. **04-11464 MLW** |
| ) |  |
| *vs*. ) |  |
| ) |  |
| THE CITY OF BROCKTON, ET AL., ) |  |
| *Defendants*. ) |  |

## AFFIDAVIT OF PAUL J. ADAMS

I, Paul J. Adams, upon my oath depose and say as follows:

1. I am an attorney admitted to this Court and represent that plaintiffs in connection with the above-captioned matter;

2. Between myself, and my co-counsel, Attorney Frederick McDermott, duties have been divided; I assumed all duties with regard to attending the last status conference and responding to the defendants' motions for summary judgment.

3. Pursuant to this division of duties, from on or about August 26, 2006 until September 5, 2006, attorney McDermott was away on a planned vacation.

4. During this same period I became ill with a late summer flu marked by bronchitis and extreme fatigue, from which I did not recover sufficiently to work till on or about August 30, 2006.

5. From August 30 to late-afternoon on August 31, 2006, I worked diligently to complete plaintiffs oppositions, when a hardware malfunction in one of my office servers (insufficient disk space on the operating system partition) caused a major malfunction that prevented me from both (a) accessing the already drafted materials I had put together for submission to the court; and (b) prevented my from obtaining my ECF account password to submit a motion for enlargement prior to expiration of the summary judgment opposition / response deadline of August 31, 2006.

6. During the holiday weekend, September 1 to September 4, my summer flu rebounded, and I was unable to arrange for a computer professional to assist me in recovering the drafted

materials, lost items, and was not able to recover them myself, by reloading software, etc., until today.

Signed under the penalties of perjury this 7th day of September, 2006.

_____

Paul J. Adams