| | | |
|---|---|---|
| 1 | | that people had had contact with the family. |
| 2 | | MR. TEHAN: I'll join in the |
| 3 | | objection. |
| 4 | | MR. ADAMS: Okay. I'll withdraw |
| 5 | | the question. |
| 6 | Q. | Instead I will ask did any members of the |
| 7 | | Brockton Police Department have contact with |
| 8 | | any members of Mr. Gomes' family on |
| 9 | | June 25th or June 26th, 2001? |
| 10 | A. | I don't know that. |
| 11 | Q. | So, they may have, but you can't say whether |
| 12 | | they did or not; is that correct? |
| 13 | A. | That is correct. |
| 14 | Q. | Can you describe for me how the police |
| 15 | | station is set up, so that if I walked in |
| 16 | | and wanted to inquire about somebody in |
| 17 | | custody who would I speak to? |
| 18 | A. | The first person you would speak to would be |
| 19 | | the lobby officer. |
| 20 | Q. | And do you know who the lobby officer was on |
| 21 | | the evening of June 25th, 2001? |
| 22 | A. | Yes, I do. |
| 23 | Q. | Who was that? |
| 24 | A. | Officer Kenneth Johnson. |

```
1    Q.   Prior to coming here today did you talk to
2         Officer Johnson regarding any conversations
3         he may or may not have had with members of
4         the Gomes family on June 25th?
5    A.   I did.
6    Q.   What did you learn from him?
7    A.   He has no recollection of that.
8    Q.   But he didn't deny that he had contact with
9         them; is that correct?
10   A.   He didn't deny it, but he had no
11        recollection.
12   Q.   He couldn't say one way or the other?
13   A.   He said he sees plenty of people.  He
14        couldn't remember.
15   Q.   Do you know what shift Officer Johnson
16        worked that day?
17   A.   Four p.m. until midnight.
18   Q.   Other than Officer Johnson, did you speak to
19        any other officers regarding any
20        communication that might have been had with
21        the Gomes family on June 25th or June 26th,
22        2001?
23   A.   Yes.
24   Q.   What other officers did you speak to?
```

```
 1    A.    Officer Scott Landry.
 2    Q.    Any other officers?
 3    A.    Not regarding conversation with the Gomes
 4          family.
 5    Q.    What was Scott Landry's duty position and
 6          hours on June 25th and June 26th, 2001?
 7    A.    Officer Landry was assigned to patrol
 8          division four p.m. to 12 midnight.  He was
 9          on the road that evening.
10    Q.    What did Officer Landry tell you with regard
11          to any communication with the Gomes family?
12    A.    He was the relief officer who came in off
13          the road to relieve Officer Johnson in order
14          that Officer Johnson could get his dinner
15          break and he too had no recollection
16          whatsoever of the Gomes family.
17    Q.    Have you had any conversations with any
18          officers regarding communication with
19          Richard Gomes on June 25th or June 26th,
20          2001?
21    A.    Yes.
22    Q.    With what officers have you had such
23          communications?
24    A.    Officer Patrick O'Malley, Officer Michael
```

```
 1         Powers and Officer Scott Landry.
 2    Q.   So, that's O'Malley, Powers and Landry?
 3    A.   Yes.
 4    Q.   Anybody else?
 5    A.   That's it.
 6    Q.   Did you talk to Jesse Drane about it at all?
 7    A.   No, I did not.
 8    Q.   What did you learn from your conversations
 9         with Officer O'Malley?
10    A.   About Richard Gomes, nothing.
11    Q.   Did he have any communication that he
12         recalled with Richard Gomes that he told you
13         about?
14    A.   He couldn't recall.
15    Q.   What about Officer Powers?
16    A.   Likewise, he had no recollection.
17    Q.   And Officer Landry?
18    A.   The same, no recollection of Mr. Gomes.
19    Q.   Now, other than Officers Johnson, O'Malley,
20         Powers and Landry, have you had any
21         conversations with anyone in preparation for
22         your deposition today?
23    A.   Attorney Walsh.
24    Q.   But that's it, your attorney and those four
```

```
 1            shift supervisors here, either Richard
 2            Cudworth or Francis Riordan, with regard to
 3            Mr. Gomes on June 26th and June 25th, 2001?
 4    A.      No.  I haven't seen either one of them in
 5            quite sometime.
 6    Q.      Are they still employees of the Brockton
 7            Police Department?
 8    A.      Lieutenant Cudworth is, but he's out on a
 9            long-term injury.  Sergeant Riordan is
10            retired.
11    Q.      Has the city adopted any new policies or
12            procedures since June 25th or June 26th
13            regarding the medical well-being of persons
14            in the custody of the department?
15    A.      No.
16    Q.      Are you aware of any situations where
17            persons in custody or detainees have alerted
18            police department personnel to particular
19            medical issues that they have?
20    A.      I couldn't say with any specifics.
21    Q.      Well, prisoners have been transferred or
22            transported from the police department to
23            the hospital on prior occasions; is that
24            correct?
```

```
 1    A.    Yes.
 2    Q.    And that had happened prior to June 25th and
 3          June 26th, 2001; is that correct?
 4    A.    Yes.
 5    Q.    Are you aware of any particular incident
 6          where somebody was transported to the
 7          hospital prior to June 25th or June 26th,
 8          2001?
 9    A.    I couldn't point to a date or a specific
10          name, but I do recall incidents where it's
11          happened.
12    Q.    Do you recall what the reasons for the
13          transport were?
14    A.    There has been many different reasons.
15    Q.    Can you remember one?
16    A.    Attempted suicide, tried to hang themselves.
17          Other persons have split themselves open by
18          banging their head against the wall until
19          they cracked their head open.  Other people
20          have claimed to be having a heart attack.
21    Q.    So, if somebody is claiming to have a heart
22          attack, it's the shift supervisor who is
23          going to determine whether or not to give
24          credence to that claim and whether or not to
```

Case 1:04-cv-11464-MLW   Document 54-3   Filed 09/07/2006   Page 7 of 11

21

| | | |
|---|---|---|
| 1 | | have the person transported to the hospital? |
| 2 | A. | It's his responsibility, yes. |
| 3 | Q. | Are there any policies or procedures or |
| 4 | | guidelines that inform him of which way he |
| 5 | | should lean on the judgment as to whether to |
| 6 | | have someone transported to a hospital? |
| 7 | A. | It doesn't specifically say. There is too |
| 8 | | many areas that -- it would be impossible to |
| 9 | | write a when you will or when you won't |
| 10 | | policy. |
| 11 | Q. | What are some of the informing guidelines? |
| 12 | A. | It's up to his discretion. |
| 13 | Q. | Do you know if Lieutenant Cudworth or |
| 14 | | Sergeant Riordan had any training in |
| 15 | | medicine or nursing or paramedic training? |
| 16 | A. | I don't know. |
| 17 | Q. | But it's not a requirement to be a shift |
| 18 | | supervisor at the Brockton Police |
| 19 | | Department, correct? |
| 20 | A. | Correct. |
| 21 | Q. | I've seen the booking sheet in this case. |
| 22 | | We've seen the booking sheet in this case, |
| 23 | | and it has a place for remarks on it. Are |
| 24 | | you familiar with the booking sheet? |

```
 1    A.    Yes.
 2    Q.    Have you looked at the booking sheet in this
 3          particular case?
 4    A.    Yes.
 5    Q.    Now, the booking sheet doesn't have any
 6          particular place on it for medical
 7          questions; is that fair to say?
 8    A.    There is a spot for warnings I believe it
 9          says.
10    Q.    And in this case it says drugs, does it not,
11          in Mr. Gomes' booking sheet?
12    A.    Yes, right.
13    Q.    So, if someone were to tell you I have a
14          heart condition or I have asthma, that would
15          go in the little warning box on the booking
16          sheet?
17    A.    Yes.
18    Q.    The Brockton Police Department operates
19          under a set of regulations, correct?
20    A.    Yes.
21    Q.    And those are issued under the authority of
22          the chief, correct?
23    A.    Yes.
24    Q.    They are from time to time updated, correct?
```

```
 1   A.   There may be.
 2   Q.   But it's not part of a requirement that the
 3        police department has to have a person with
 4        medical training on duty for all shifts,
 5        correct?
 6             MR. WALSH:  What do you mean by
 7        medical training, a doctor?
 8             MR. ADAMS:  We'll get there.
 9             MR. WALSH:  I think he needs to
10        know before he answers the question.
11             MR. ADAMS:  I'm asking about a
12        requirement.
13   A.   Requirement is to go to in-service training.
14   Q.   So, all officers attend in-service training,
15        correct?
16   A.   Correct.
17   Q.   And that's on an annual basis, correct?
18   A.   Yes.
19   Q.   And that's approximately a week each year?
20   A.   Yes.
21   Q.   That in-service training is done by State
22        Police?
23   A.   The Massachusetts Criminal Justice Training
24        Council.
```

1   Q.   Are there any policies or procedures or
2        guidelines that inform the booking officer
3        when he should call the shift commander to
4        come on down, because somebody may or may
5        not need to go to the hospital?
6             MR. WALSH:  I'll put the same asked
7        and answered objection.  You may answer that
8        again, chief.  Are you asking, P.J., if
9        there's a separate set of instructions to
10       the booking officer other than the
11       instructions or the policy that is set forth
12       for all of the police officers?
13            MR. ADAMS:  To the extent that my
14       question is unclear, let me just say it
15       simply like this.
16  Q.   How does the booking officer know when he
17       should call up the shift supervisor, because
18       somebody needs to go to the hospital or says
19       they need to go to the hospital?
20  A.   There is not a written policy that says this
21       is when.  You have to rely on some common
22       sense.
23  Q.   So, if a prisoner said to the booking
24       officer, you know, I have this special

```
 1            medical condition, asthma, and I need my
 2            inhaler and the booking officer said to
 3            himself that's a bunch of crap, I don't
 4            believe that, the shift commander might
 5            never find out, correct?
 6                 MR. WALSH:  Objection.
 7                 MR. TEHAN:  Objection.
 8      A.    That would be -- I'd be speculating to
 9            answer that.
10      Q.    Are booking officers vested with any
11            discretion to make credibility
12            determinations with regard to special
13            medical conditions or needs reported by
14            prisoners?
15                 MR. WALSH:  I'll object to the
16            form.  You can answer that question if you
17            understand it, chief.
18      A.    I believe every officer has some discretion
19            as to whether he finds things credible or
20            not, but they tend to err on the side of
21            safety.
22      Q.    As part of your in-service training, the
23            standard in-service training, there was some
24            instruction on recognizing signs of diabetic
```