54

1    A.    No. I can't.
2    Q.    What did that person say to you?
3    A.    He is the one who told me the bail went up,
4 get the money, and come back. When I come back
5 there was another, it wasn't the black guy wasn't
6 there. It was a white guy, tall white guy. And I
7 told him I am going to bail Gomes. He says, You
8 give me the ID.
9    Q.    One second please. Go ahead.
10   A.    He says, Give me his ID. I said, I don't
11 have his ID. It's true I don't have his ID. That's
12 all I am going to give you ID is the name Joe Gomes
13 with me. So I said, Well you don't got the ID is
14 not going to be bailed. And he is going to court
15 tomorrow, tomorrow morning. So I says to Joey,
16 well, we go home and see or nothing. He is down
17 stairs. I said, I says, he is diabetic though. I
18 says, He got the needle and insulin. He says, We
19 don't deal with needles here. That's what the
20 police told me. We don't deal with the needles in
21 the police station. I said, well, then I went home.
22   Q.    Were you concerned about Ritchie's diabetes
23 at that point when the officer said that?