**Joslin Clinic**
Affiliated with CareGroup

# PATIENT MEDICAL RECORD

Richard Gomes  
DOB: 08/13/1961  
41 year old Male  
Address:     788 PEARL STREET  
             BROCKTON, MA   02401  
             (508)584-5747  
PCP:   BRUCE L RING, MD          Referring Physician:  
Joslin Provider:   Halprin,Elizabeth S  

Medical Record #: 162325  
IDX Visit #: 3327410  

Visit Note, Date of Service: 07/10/2003          Time: 8:50 AM  
Encounter Provider:  Elizabeth Halprin, MD  

**Blood glucose management**  
   Previously here in 1989.  Very poor historian.  Has no short term memory.  Here with mother who can not  

**DM uncomplicated, Type 2, uncntrl**  
   Very poor control of diabetes.  Never in good control.  Has no idea what insulin he's on, what pills he takes, what pharmacy he uses.  States bs's 300 - High.  Just out of Greenery Hospital, where they took control of diabetes.  Since being home bs's out of control.  Patient very agitated.  
   Patient's neurologic problems apparently stem from diabetic coma some years ago - coma x 30 days, in hospital x 2 years.  Did have VNA at one point but pt. not cooperative.  
**Unspecified disorder of thyroid**  
   Patient has scar in area of thyroid.  Mother unsure if he had thyroid surgery.  
**Hypertension, benign essential**  

Diabetes Type: 2  
Years w/ DM: 17     Age of Diag: 25     Year Diag: 1986  
Meter type: One Touch Ultra.   Checks blood glucose 3 or more times per day.  
**Glucose Monitoring:** Log book is not with patient.  

|  | **Dose** | **Units** | **Sig** |
|---|---|---|---|
| Humalog | 100u/ml |  | three times a day |
| Humulin N | 100u/ml |  | twice a day |
| Zyprexa | 10mg |  | once a day |
| One Touch Ultra Soft - Lancets |  | Lancet | as directed |
| Neurontin | 600mg |  |  |
| Humulin R | 100u/ml |  | as directed |
| Furosemide | 40mg |  |  |
| Atenolol | 100mg |  | once a day |
| One Touch Ultra - Strips | Strips |  | as directed |
| Tegretol Xr | 200mg |  |  |
| Seroquel | 200mg |  | at bedtime |

Richard Gomes  
07/10/2003 09:00 AM  
1

# Joslin Clinic
Affiliated with CareGroup

# PATIENT MEDICAL RECORD

**Richard Gomes**                                                **Medical Record #: 162325**
**DOB: 08/13/1961**
**41 year old Male**
**Address:**       788 PEARL STREET
                   BROCKTON, MA   02401
                   (508)584-5747
**PCP:** BRUCE L RING, MD            **Referring Physician:**
**Joslin Provider:** Halprin, Elizabeth S

---

**Visit Note, Date of Service: 07/22/2003 11:00 AM**
**Encounter Provider: Maria Koen, RN**

**Reason for visit: Assessment**
**Details:** 41 yo. male c hx Type 1 s/p severe hypoglycemia resulting in anoxic brain injury. Pt. is currently living c mother, and receiving VNA services to assist c DM managment.

**Diabetes Information**
*Diabetes type*: 2              *How diagnosed*:
*Age @ dx*: 25                  *Year of dx*: 1986

*Current treatment program*:
Insulin: sliding level
*Occupation*: disabled          *Lives with*: mother
*Present at appointment*: brother

**Glucose Monitoring**
Meter type: One Touch Ultra.    Checks blood glucose 3 or more times per day.

**Current BG Range/Avg**
Pre-Breakfast:   100   to 200
Post-Breakfast:
Pre-Lunch:       200
Post-Lunch:
Pre-Dinner:      60   to 160
Post-Dinner:
HS:
Night:
**Assessment**
*Prevent/Rx High Blood Glucose -*
    Doesn't know how often hyperglycemia experienced.
    Unaware of hyperglycemia.
    States the causes of hyperglycemia.
    Does not understand the prevention of hyperglycemia.
    Cannot describe how to treat hyperglycemia.
*Prevent/Rx Low Blood Glucose -*
    Experiences low blood glucose few times /wk.
    Not aware of low blood glucose.
    Hypoglycemia unawareness.
            - Resets goals to higher numbers.