## LEMUEL SHATTUCK HOSPITAL
## DISCHARGE SUMMARY

PATIENT NAME: GOMES, RICARDO            ADMISSION DATE: 07/06/2001
HOSPITAL #:    06-59-91                 DISCHARGE DATE: 07/30/2001

DISCHARGE DIAGNOSES:

The patient has IDDM.
The patient was comatose.
The patient had some psychiatric catatonia.

MEDICATIONS ON DISCHARGE:

The patient was not discharged on any medications. He signed out AMA.

PROCEDURES: There were none.

ALLERGIES: No known drug allergies.

CHIEF COMPLAINT: The patient was a 39 year old man incarcerated who has diabetes and history of IV drug abuse who presented to the Shattuck with a change in mental status.

HISTORY OF PRESENT ILLNESS: He was transferred from Brockton Hospital where he was admitted on June 26th for a question of seizure times one in jail. He did not have another seizure while there. He has a flat affect and had not spoken to anyone while at Brockton. Refused all meds and food. He did not have any tonic clonic jerking his stay. His blood glucose was 70. He did not speak for two weeks, even to this mother. He was intubated for a white count of 14. There was a question of an anoxic insult. The patient received a full Neurological and I.D. workup.

PAST MEDICAL HISTORY: Diabetes, IV substance abuse and alcohol.

PHYSICAL EXAMINATION: He was nonicteric, nonjaundiced, nonverbal. Pupils were equal and reactive. His ears were normal. Nose, throat normal. Neck: no JVD. Lungs were clear to auscultation. Heart was regular. There were no murmurs or rubs. Abdomen was soft, nontender, no organomegaly. Positive bowel sounds. Extremities: there was no edema. Neuro: he was alert and awake, not responsive. His cranial nerves were grossly intact. He withdrew to painful stimuli. Deep tendon reflexes were 2+.

LABORATORY DATA: The patient had a normal EEG. He had a normal CAT scan. His urine and serum was positive for opiates and barbiturates. Blood cultures were negative. He had an LP which

# LEMUEL SHATTUCK HOSPITAL
# DISCHARGE SUMMARY

PATIENT NAME: GOMES, RICARDO                HOSPITAL #: 06-59-91

Page 2

was normal. His urinalysis was normal. His last lab work: total protein was 6, albumin 2.5, calcium 8.9, phosphorous 3.2, glucose 87, BUN 18, creatinine .9. Carbon dioxide 26, chloride 104. Sodium 139, potassium 4.8, anion gap 9. Uric acid 1.5, total bili .1, alkaline phosphatase 125, LDH 287, AST 33, ALT 51. His white count was 9.0, hemoglobin was 9.1, hematocrit was 26.1, platelets were 224, PTT was 27.5, PT was 12.1. INR was 11. Retic count was .7. TSH was 2.2. His RPR was nonreactive. Magnesium was 1.6. Dilantin was 5.2. The patient's CK was 89. His AST was 22, ALT 24, LDH was 258. Drug screen was negative. Protein and cerebral spinal fluid, glucose and cerebral spinal fluid was positive. His total lymphocytes were 2460, CD4 was 640 and his helper was 26, varicella was negative. Folic acid was greater than 20, B12 was 935. Specimen for herpes per spinal fluid was negative. Blood cultures were negative. Head CT was normal. Chest x-ray was normal. EEG was normal. Echocardiogram was normal. His EKG had normal sinus rhythm.

HOSPITAL COURSE: He was admitted on the 7th and he was in the ICU. He received a thorough comprehensive Infectious Disease work up. He was followed by closely by Psychiatry. He never resumed speaking. On the 23rd, he was transferred to the Medical Behavioral Service and at that time he was lying in bed with mitts and wrist restraints. He had an NG tube. He was wearing a diaper. He was not making eye contact. He had spontaneous eye opening with nystagmus at the right, moving all his extremities. Pupils were equal and reactive. His skin was intact and he was doing okay. Psychiatry saw him and found that he was unresponsive and abnormal mental status. Hypoglycemic encephalopathy was a possibility. He had no encephalopathy on EEG. Anoxic encephalopathy was a possibility and their plan was to do an MRI and repeat the LP and check his BUN and creatinine to rule out a chronic hypoglycemia syndrome, however, the patient signed out before these tests could be done.

COMPLICATIONS: There were none.

DISCHARGE DISPOSITION: The patient's brother signed him out of the hospital A.M.M. and took him to Mass General.

# LEMUEL SHATTUCK HOSPITAL
# DISCHARGE SUMMARY

PATIENT NAME: GOMES, RICARDO                HOSPITAL #: 06-59-91

Page 3


Dictated by: Margaret Ackerman NP



_____
                                        Carol Garner, MD


CG/TL122/696
D: 10/05/2001    T:10/06/2001