08/28/01 TUE 18:42 FAX 617 573 2519    CASE MANAGEMENT         ⌐002
                                        APP.DIS.RSCH PROG

FROM : CARNABUCI/ADAMSS        FAX NO. : 5085846340      Aug. 27 2001 02:04PM P2

## Commonwealth of Massachusetts
### The Trial Court
### Probate and Family Court Department

Plymouth Division                                    Docket No. _____

## MEDICAL CERTIFICATE — GUARDIANSHIP

To the Honorable Justices of the Probate and Family Court:

The undersigned hereby certifies under the penalties of perjury that I am a registered physician and that I personally examined ___Richard Gomes___
(name of proposed ward)

___Pearl Street,___   ___Brockton___   ___MA___ ___02301___
(street address)      (city or town)    (state)

on ___8/28/01___
(date of examination)

and in my opinion the proposed ward:

[✓] is a mentally ill person to the degree that he/she is incapable of caring for his/her personal and/or financial affairs.

[✓] is a person who is unable to make or communicate informed decisions due to physical incapacity.

**THIS SECTION MUST BE COMPLETED FOR A GUARDIANSHIP PETITION**

Describe in detail the diagnosis leading to the aforementioned opinion (including the types of decisions which the proposed ward has sufficient mental ability to make):

This is a 40y old man with a history of brittle diabetes (complicated by seizures), substance abuse & psychiatric illness now very gradually recovering from an acute brain insult 6/26/01. At that time he was found seizing & unconscious, subsequently comatose x 1½ weeks. Since coming out of the coma, he has had a persistent encephalopathic state, albeit with some improvements. He was initially minimally verbal, unable to care for himself & seemingly unaware of his surroundings. Currently he is oriented to himself, occasionally can name the hospital he is in but not why he is

(OVER)

CJ-P 112 (10/93)

**(MEDICAL CERTIFICATE — GUARDIANSHIP BACK)**

here, has no idea of the date/year. He cannot give any history (medical or otherwise), is incontinent of urine at times, continues to be confused (e.g. tried to get in shower while dressed today), wanders without clear direction, has an extremely short attention span, continues to grab & eat other patients' food without regard to the diabetes, and has no insight into his profound cognitive deficits. Added to this, he has had episodes of agitation & paranoia (psychosis) requiring escalating doses of antipsychotics. He reports hearing voices at times which frighten & confuse him & make him feel unsafe. At this time he is unable to care for himself physically (e.g. the diabetes, continence), is disoriented, has no comprehension of his medical situation. He cannot make any informed medical or legal decisions at this time, for himself.

Date  8/20/01

(Signature)

MARION EAKIN M.D.
(PRINT name)

SPAULDING HOSPITAL
(address, including zip code)

125 NASHUA ST, BOSTON MA 02114-1198

Tel. No. (617) 855-2195

Uniform Probate Court Practice XXII.
A physician's certificate, when accepted, must be dated and the examination must have taken place within thirty (30) days prior to the entry of each decree, temporary or permanent.