**Brockton Hospital - Emergency Department**
680 Centre Street Brockton, MA 02402
(508) 941-7000
Patient: RICHARD GOMES, Date: 05/31/2000 Time: 21:02

### Discharge Instructions

**Learning Needs Identified:** Illness
**Primary Language:** English
**Barriers Identified:** None
**Intervention for Barriers to Learning:** None
**Teaching Methods Used:** Printed patient instruction, Verbal Instruction

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

You were treated today by M. Wilcox, PA-C.

### THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE
Call as soon as possible to make an appointment in 1 week to see Nazanin Ronan, MD. You can reach Nazanin Ronan at (508)941-7268, 680 Center Street, Brockton, MA, 02302. If you have any problems before this appointment, call the office.

### THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

### NORMAL EXAMINATION.
Many illnesses have some of the symptoms you have today. Your examination today showed no harmful cause for your symptoms.

**Call your doctor if you have:**
- any new or severe symptoms.

### TODAY YOUR DIAGNOSIS IS: MEDICATION REFILL

**Do the following:**
- AS DIRECTED

**Call your doctor if you have:**
- any new or severe symptoms.

### THIS INFORMATION IS ABOUT YOUR MEDICINE INSULIN (Humulin).

Take this medicine by injection (shot) in the following dose: HUMULIN NPH,32 UNITS SQ EVERY AM,15 UNITS SQ EVERY PM.

Insulin is a chemical normally found in the blood. It helps the body turn food into energy. Because of diabetes, your body does not make enough insulin.

**Follow these instructions:**
- Keep a fresh supply of insulin. (Look at the expiration date on the bottle.)
- Store your unused bottles of insulin in the refrigerator.
- Do not use your insulin if it is colored.
- If you mix two kinds of insulin, use it right after mixing.
- Carry sugar with you to eat in case your blood sugar gets too low.
- Wear your diabetic ID bracelet.
- Keep a written record of your insulin dosages and blood sugar tests.
- See your doctor **regularly**.

**Call your doctor if you have:**
- trouble controlling your blood sugar (sugar too high or too low).
- any new or severe symptoms.

### INSULIN REGULAR (Humulin R, Novolin R)

Take this medicine by subcutaneous injection (shot) in the following dose: SLIDING SCALE AS DIRECTED.

Insulin is a chemical normally found in the blood. It helps the body turn food into energy. Because of diabetes, your body does not make enough insulin. This is a short fast acting insulin that should be used approximately 15 minutes

**Brockton Hospital - Emergency Department**
**680 Centre Street Brockton, MA 02402**
**(508) 941-7000**
**Patient: RICHARD GOMES, Date: 05/31/2000 Time: 21:02**

before your meals. Allergy would show up as: **rash or itching, wheezing or shortness of breath.**

**Follow these instructions:**
- Keep a fresh supply of insulin. (Look at the date on the bottle.)
- This insulin should be clear. Do not use the insulin if it is cloudy or colored.
- If mixing this insulin with another kind, always draw up this one first.
- Inject insulin at room temperature to make less painful.
- Use different sites for injecting your insulin.
- Store your unused bottles of insulin in the refrigerator.
- Your insulin can be stored for 1 month at room temperature
- Carry sugar with you to eat in case your blood sugar gets too low.
- Wear your diabetic ID bracelet.
- Keep a written record of your insulin doses and blood sugar tests.
- See your doctor **regularly**.

**Call your doctor if you have:**
- any sign of allergy.
- any new or severe symptoms.

**HOW TO GIVE A SUBCUTANEOUS INJECTION.**
1) Wash your hands well with soap and water. Dry them with a clean towel.
2) Prepare the bottle:
   - Roll the bottle gently between your hands to mix up the medicine. (This prevents bubbles from forming.)
   - Clean the top of the bottle with alcohol.
3) Prepare the syringe:
   - Draw up air into the syringe (same amount of air as medicine ordered).
   - Inject the air into the bottle, leaving the syringe in the top (in the rubber stopper) of the bottle.
   - Turn the bottle upside down.
   - Make sure the tip of the needle is inside of the medicine.
   - Draw up the amount of medicine needed.
   - If there are air bubbles, flick the side of the syringe with a pen or your fingers.
4) Give the injection:
   - Clean the skin with alcohol, remembering to pick a different spot each day.
   - Pinch an area of skin.
   - Insert the needle.
   - Inject the medicine using slow, even pressure.
   - Remove the needle quickly.
5) Throw the syringe away in a biohazardous waste container.

**METFORMIN** (Glucophage).

Take this medicine by mouth in the following dose: 500 mg (1 tablet) 2 times a day with morning and evening meals.

This medicine helps keep blood sugar low in patients with diabetes. To control your diabetes, follow a diabetic diet, exercise regularly and take this medicine. Side effects may include: metal-like taste in your mouth, upset stomach or an increased risk of lactic acidosis. Allergy would show up as: **rash or itching, wheezing or shortness of breath.**

**Follow these instructions:**
- Take this medicine **with food** to avoid an upset stomach.
- See your doctor **regularly**.
- Talk to your doctor **before** taking any other medicines (including over-the-counter medicines).
- If you drink alcohol, do this only in moderation.
- Know the signs of **lactic acidosis**. This is a rare, but very serious side effect that can occur while taking this medicine. Signs may include:
  - stomach upset.
  - difficulty breathing.
  - increasing sleepiness.
  - muscle aches.
  - lowered body temperature, or lowered blood pressure.
- **If you have any signs of lactic acidosis, stop this medicine and call your doctor right away!**

**Brockton Hospital - Emergency Department**
680 Centre Street Brockton, MA 02402
(508) 941-7000
Patient: RICHARD GOMES, Date: 05/31/2000 Time: 21:02

- Tell all doctors or dentists that treat you that you are taking this medicine.
- If you have any X-rays that need dye injected into you, tell the X-ray person you are taking this medicine. **Do not take this medicine if dye is used.**
- Watch for signs of low blood sugar (hypoglycemia):
  - light-headedness or weakness
  - shakiness or sweating
- If you have any of these signs, eat or drink something with sugar (candy, orange juice).
- Store this medicine away from heat, moisture or direct light.
- If you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Do not double the doses.

**Call your doctor if you have:**
- any sign of allergy.
- any sign of lactic acidosis.
- trouble controlling your diabetes (sugar too high or too low).
- any new or severe symptoms.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_[signature]_
RICHARD GOMES or Responsible Person

**RICHARD GOMES or Responsible Person has received this information and tells me that all questions have been answered.**

_[signature]_
RN Staff Signature