UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; et al.<br>*Plaintiffs*,<br><br>*vs.*<br><br>THE CITY OF BROCKTON; et al.<br>*Defendants*. | ) ) ) ) ) ) ) ) ) ) ) | *CIVIL ACTION*<br>No. **04-11464 MLW** |

### PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, LIABILITY, AGAINST THE CITY OF BROCKTON ON COUNTS II & III

NOW COME THE PLAINTIFFS, and pursuant to Fed. R. Civ. P. 56, respectfully moves this Court for partial summary judgment, liability, on Counts II and III of their complaint.

As reasons therefore the plaintiffs state:

1. there is no genuine issue of material fact;

2. plantiffs are entitled to judgment, as a matter of law, that the omissions of the defendant, the City of Brockton (by its agents and servants), was in violation of Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12131-34, and section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

All as more fully set forth in the statements of material facts, and counter statements, together with Fed. R. Civ. P. 56 materials submitted by the parties in accordance with Local Rule 56.1, and Plaintiffs Memorandum of Law on Summary Judgment Motions, incorporated herein by reference.

        Respectfully submitted,
        MARY GOMES, GUARDIAN and
        MARY GOMES, INDIVIDUALLY, *Plaintiffs*
        By their attorney:


        _/s/_____
        P. J. Adams, MA BBO# 568173
        LAW OFFICE OF PAUL ADAMS
        One Centre Street, 2nd Floor
        Brockton, MA  02301-4092
Dated: *September 7, 2006*     Tel. (508) 583-2019

CERTIFICATE OF SERVICE

  I hereby certify that on this date the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants.

Dated: *September 7, 2006*

                     Paul J. Adams