UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY,<br>    Plaintiffs<br>v.<br><br>THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT,<br>    Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

### *OPPOSITION OF THE DEFENDANT, CITY OF BROCKTON, TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT*

Now comes the Defendant, City of Brockton, and hereby opposes Plaintiff's Cross-Motion for Summary Judgment against it. As grounds for this opposition, the City of Brockton relies largely upon the argument set forth in its Memorandum in Support of its Motion for Summary Judgment.

WHEREFORE, the City of Brockton respectfully requests this Honorable Court deny Plaintiff's Motion for Summary Judgment and enter Summary Judgment in favor of the City of Brockton.

        Respectfully submitted,
        The Defendants
        The City of Brockton,
        By their attorneys,
        WYNN & WYNN, P.C.

        /s/ John A. Walsh
        John A. Walsh    BBO#560072
        90 New State Highway
        Raynham, MA 02767
        (508) 823-4567

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2006.

        John A. Walsh