UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARY GOMES et al**                                    CIVIL  CASE
                                                        NO. 04-11464-MLW

v.

**THE CITY OF BROCKETON et al**

                        **NOTICE OF CANCELLATION**
**WOLF, D.J.**

The **SUMMARY JUDGMENT MOTION HEARIN** originally scheduled for October 19, 2006 at 3:00 p.m., has been CANCELLED.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

**October 12, 2006**                    By:    /s/ Dennis O'Leary
Date                                            Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                            [ntchrgcnf.]