UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MARY GOMES                                    CIVIL ACTION

V                                             NO. 04-11464-MLW

THE CITY OF BROCKTON et al


NOTICE

WOLF, D.J.

        PLEASE TAKE NOTICE that the above-entitled case has been set

for a MOTION HEARING on all pending Motions for Summary Judgment on

JANUARY 3, 2007 at 2:00 P.M. before Judge WOLF in Courtroom # 10 on

the 5th floor.



                                    SARAH THORNTON, CLERK



December 15, 2006         By:    /s/ Dennis O'Leary
Date                             Deputy Clerk


Notice mailed to:
(notice.frm - 10/96)                        [ntchrgcnf.]