UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11464

| Mary Gomes et al | City of Brockton et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Paul Adams | Joseph Tehan |
| | John Walsh |

COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER  Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 1/3/07 | Court goes over the status of the case/filings with the parties.  Plaintiff confirms that she does not oppose Officer Jesse Drane's motion for summary judgment.  Court grants the motion and dismisses count XII for loss of consortium claim as to Officer Jesse Drane.  Plaintiff also confirms that the only action she is maintaining at this point is against the municipality.  Court listens to oral arguments on the cross motions for summary judgment.  Court issues its ruling from the bench denying the City of Brockton's motion for summary judgment as to count I and reserves the ruling on counts II and III.  Court gives its reasoning for the ruling from the bench.  Court sets a schedule for the remainder of the case up to and including a trial date. Written order and procedural order to issue.  Officer Drane request the court to enter a separate judgment as to him only.  Court orders counsel to file something in writing. |