```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

MARY GOMES, et al,                )
     Plaintiffs,                  )
                                  )
                                  )
     v.                           )    C.A. No. 04-11464-MLW
                                  )
CITY OF BROCKTON, et al,          )
     Defendants.                  )
                                  )
                                  )
```

                              ORDER

WOLF, D.J.                                        January 4, 2006

   For the reasons stated in court on January 3, 2007, it is hereby ORDERED that:

   1.   With the agreement of the plaintiffs, defendant Jesse Drane's motion for summary judgment (Docket No. 45) is ALLOWED and Counts VI, VII, and XII as they pertain to Drane are DISMISSED.

   2.   Defendant City of Brockton's motion for summary judgment (Docket No. 48) as to Counts I-III, X, and XII is DENIED.

   3.   By agreement of plaintiffs, Brockton's motion for summary judgment (Docket No. 48) as to Counts VIII and IX is ALLOWED.

   4.   Plaintiffs' motion for summary judgement (Docket No. 55) on Counts II and III is DENIED.  The court will, however, reconsider the motion concerning Counts II and III, the American with Disabilities Act and Rehabilitations Act claims, prior to trial.

5. The parties shall, by January 19, 2007, meet to discuss settlement and report to the court concerning of the results of that effort.

6. If the case is not settled, the parties shall, by January 26, 2007, respond to the attached pretrial order. Their submissions shall address, among other things: who the relevant decision-maker is for purposes of municipal liability, see Gonsalves v. City of New Bedford, 939 F.Supp. 915 (D. Mass. 1996); and the standards for determining municipal liability for Counts II and III of plaintiff's claims based on the Americans with Disabilities Act, 42 U.S.C. § 12133, and Rehabilitation Act, 29 U.S.C. § 794a.

7. Responses to any motions in limine shall be filed by February 2, 2007.

8. The parties shall appear for a pre-trial conference, with their clients or with settlement authority, on February 8, 2007, at 10:30 a.m.

9. Trial shall commence on February 12, at 9:00 a.m.

                                        /s/    MARK L. WOLF
                                 UNITED STATES DISTRICT JUDGE