UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Civil Action*

04-cv-11464-MLW

MARY GOMES, GUARDIAN OF THE ESTATE )
OF RICHARD P. GOMES; and )
MARY GOMES, INDIVIDUALLY, )
          *Plaintiffs*, )
)
*vs.* )
)
THE CITY OF BROCKTON, )
          *Defendant*. )
)

**STATUS REPORT ON SETTLEMENT**

Plaintiffs' counsel, Attorneys Frederick M. McDermott, III, and Paul J. Adams, met with counsel for the defendant, Attorney John A. Walsh, at the offices of Brockton City Solicitor James J. D'Ambrose, on Friday, January 19, 2007, at 2:00 p.m. It was determined at that time that the prospects for settlement are unlikely given:

(1)    the insurer's position that the total available insurance is limited by G. L. c. 175D, § 1 *et seq.*, to $299,999.99;

(2)    the existence of a lien in favor of the Massachusetts Division of Medical Assistance in an amount of no less than $436,602.08;

(3)    the time until trial commences (February 12, 2007) is likely insufficient to allow plaintiffs' counsel enough time to both prepare for trial and make an effective case for waiver of the lien to the Recovery Unit of the Division of Medical Assistance; and

(4)   the plaintiffs and the defendant have opinions as to the value of this case which are very far apart.

Respectfully submitted:

| | |
|---|---|
| MARY GOMES, Individually and as Guardian of the Estate of Richard Gomes, *Plaintiff* By her attorneys: | CITY OF BROCKTON, *Defendant* By its attorney: |

_____
Paul J. Adams, MA BBO No. 568173
LAW OFFICE OF PAUL ADAMS
One Centre Street, 3rd Floor
Brockton, MA  02301
Tel. (508) 583-2019

_____
John A. Walsh,   MA BBO No. 560072
WYNN & WYNN, P.C.
90 State Highway
Raynham, MA  02767
Tel. (508) 823-4567

_____
Frederick M. McDermott, III
95 West Elm Street
Brockton, MA  02301
Tel. (508) 897-8990
       MA BBO No. 558208


Dated: *January 19, 2007*

CER TIFICATE OF SER VICE

    I hereby certify that on this date the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants.

Dated: *January 22, 2007*

                                                                      /s/ Paul J. Adams  
                                                                   Paul J. Adams