UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE | * |
| ESTATE OF RICHARD P. GOMES; and | * |
| MARY GOMES, INDIVIDUALLY, | * |
|     Plaintiffs | * |
| v. | * |
| | * |
| THE CITY OF BROCKTON; THE TRIAL | * |
| COURT OF THE COMMONWEALTH OF | * |
| MASSACHUSETTS; JESSE DRANE; and ONE | * |
| OR MORE UNKNOWN NAMED OFFICERS | * |
| OF THE BROCKTON POLICE | * |
| DEPARTMENT, | * |
|     Defendants | * |

### *DEFENDANT, CITY OF BROCKTON'S, MOTION IN LIMINE PRECLUDE PLAINTIFF FROM INTRODUCING EXPERT TESTIMONY*

Now comes the Defendant, City of Brockton and hereby moves, in limine, to preclude Plaintiff from offering any expert testimony at time of trial. As grounds for this Motion, the Defendant states that on or about May 19, 2005, it served Interrogatories, including expert interrogatories, to the Plaintiff. On or about September 21, 2005, the Defendant, City of Brockton, received Plaintiff's answers to the Interrogatories which it propounded. In response to Interrogatory No. 6, a four part interrogatory which seeks disclosure of experts; the subject matter upon which the expert will testify; the substance of the facts and opinions upon which the expert will testify and the grounds for each such opinion, the Plaintiff responded "Plaintiffs have not yet determined who, if anyone, they will designate as expert(s) and witness(es) for trial. Plaintiff will provide expert discovery in accordance with the

Court's Scheduling Order, the Federal Rules of Civil Procedure and local rules." (*See Plaintiff's Answers to Defendant's Interrogatories attached as Exhibit "A".*)

To date, the Plaintiffs have not provided any further answer to Interrogatory No. 6 and, therefore, should be precluded from introducing any expert testimony at trial.

WHEREFORE, the Defendant requests this Honorable Court preclude Plaintiff from introducing any expert testimony as Plaintiffs have failed to provide answers to expert interrogatories.

                                                       Respectfully submitted,
The Defendants
The City of Brockton,
By their attorneys,
WYNN & WYNN, P.C.

  /s/   John A. Walsh
John A. Walsh        BBO#560072
90 New State Highway
Raynham, MA 02767
(508) 823-4567

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2007.

  /s/   John A. Walsh
John A. Walsh