UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action NO. 04CV11464-MLW

| | |
|---|---|
| MARY GOMES, GUARDIAN OF THE ESTATE OF RICHARD P. GOMES; and MARY GOMES, INDIVIDUALLY, <br>     Plaintiffs <br> v. <br><br> THE CITY OF BROCKTON; THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS; JESSE DRANE; and ONE OR MORE UNKNOWN NAMED OFFICERS OF THE BROCKTON POLICE DEPARTMENT, <br>     Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

### *DEFENDANT, CITY OF BROCKTON'S, MOTION IN LIMINE PRECLUDE PLAINTIFF FROM INTRODUCING MEDICAL RECORDS AND BILLS FROM LEMUEL SHATTUCK HOSPITAL, MASSACHUSETTS GENERAL HOSPITAL, SPAULDING REHABILITATION HOSPITAL AND THE GREENERY REHABILITATION CENTER*

    Now comes the Defendant, City of Brockton and hereby moves, in limine, to preclude Plaintiff from introducing medical records or bills from the following providers: Lemuel Shattuck Hospital, Massachusetts General Hospital, Spaulding Rehabilitation Hospital and The Greenery Rehabilitation Center. As grounds for this Motion, the Defendant states that the Plaintiff is unable to establish proximate cause between any event that occurred at the Brockton Police Department and treatment at the aforementioned facilities. In support of this Motion, the Defendant submits the attached Memorandum of Law.

        Respectfully submitted,
        The Defendants
        The City of Brockton,
        By their attorneys,
        WYNN & WYNN, P.C.

        /s/   John A. Walsh
        John A. Walsh        BBO#560072
        90 New State Highway
        Raynham, MA 02767
        (508) 823-4567

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2007.

        /s/ John A. Walsh
        John A. Walsh