# Steven C. Hentoff, Ph.D.

Licensed Clinical Psychologist                    Telephone (508) 651-3309

49 Eliot Street
South Natick, MA 01760

## PSYCHOLOGICAL EVALUATION:

**CLIENT NAME:** Richard Gomes
**SOCIAL SECURITY:** 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
**DATE OF BIRTH:** 8/13/61
**AGE:** 34
**DATE OF EVALUATION:** 5/28/96
**EXAMINER:** Steven C. Hentoff, Ph.D.

**REASON FOR REFERRAL:** This 34 year-old, black male was referred for a comprehensive psychological evaluation by Ginger Lanigan, an independent disability representative, to assess current intellectual, cognitive and emotional functioning for purposes of disability eligibility.

**TESTS/PROCEDURES ADMINISTERED:** Clinical Interview, WAIS-R, Wechsler Memory Scale Revised (selected subtests), WRAT-3, Bender Gestalt Test, Rorschach, TAT, SCL-90.

**HISTORY:** This 34 year-old, male presents with a history of polysubstance dependence that has included use of Heroin, Cocaine and alcohol. He says that he began abusing alcohol at age eight, moving on to Heroin and Cocaine during his mid-adolescence. He is now residing in a Sober House in New Bedford, MA and has been sober by self-report for approximately eight months. Prior to entering the Sober House system, he was incarcerated at the Plymouth House of Correction for five months on charges of larceny.

In addition to his substance abuse problem, he reports a history of Insulin-dependent Diabetes which was diagnosed in 1987. He is also legally blind in his right eye. He sustained a head injury during a motor vehicle accident in 1975 and says that he was unconscious for approximately three days.

This gentleman has been through detox six to seven times. His last detox was at Bridgewater State Hospital in October, 1995. He has not had any psychiatric admissions. He says that he attended a variety of residential schools during his youth and adolescence

PSYCHOLOGICAL EVALUATION: Richard Gomes, SS# 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

and was seen briefly as an outpatient at the Judge Baker Guidance Counselor for evaluation of conduct disorder behavior. He is not involved in any outpatient mental health treatment at this time.

Legal history is significant for 16 years of incarceration at a variety of facilities including Walpole, Concord, Norfield and Bridgewater. Charges have ranged from unarmed robbery to breaking and entering and larceny.

This gentleman last worked as a dishwasher for Continental Airlines in 1990. He says that he worked for this organization for a few months, but left the job because it was "too stressful." He then went on to say that the job was physically demanding in that he had to lift heavy loads which exceeded his capacity. He claims that he experiences pain in his shoulder and arms due to the motor vehicle that he was in in 1975. He has held a variety of odd jobs over the years including assembly line work for the Polaroid Corporation. He denies any difficulties in the work setting and says that he has a good work record.

This gentleman grew up in Dorchester and completed the 8th grade in the public school system. He says that he had trouble with spelling and math. He had two brothers, one of whom died from substance abuse. He has three sisters, one of whom is described as having a history of depression. This gentleman's father is reported to have been an alcoholic who was physically abusive. As previously noted, his early years were marked by a history of conduct disorder behavior resulting in placement at a variety of residential facilities.

At present, this gentleman acknowledges continued depressed mood with suicidal ideation, but no intent or plan. He complains of concentration and memory difficulties. He says that his sleep is disturbed with trouble falling and staying asleep. His appetite is reported to fluctuate. He relates that he continues to experience pain in his shoulders and arms and cannot lift more than eight pounds.

**BEHAVIORAL OBSERVATIONS:**

This right-handed, Black gentleman appeared casually dressed and appropriately groomed. He appeared tired, yawning frequently throughout the evaluation. He was difficult to engage and interacted poorly with the examiner. He appeared guarded, defended, and poorly motivated for the evaluation. He tended to mumble and talk under his breath. It was difficult to understand him at times and requests were often made for him to repeat himself. His thoughts appeared organized without indication of thought disorder. At times he appeared inattentive, closing his eyes, yawning and had to be re-directed to the task at hand. He would give up easily on certain tasks that were frustrating, such as the block design items. He appeared inattentive to details. For example, he misplaced

-3-

PSYCHOLOGICAL EVALUATION: Richard Gomes, SS# 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

the fingers on the hand puzzle on object assembly. He worked slowly on timed tasks and overall demonstrated a slow personal tempo. The current results may therefore be an underestimate of his true potential.

**TEST RESULTS:** On the WAIS-R this gentleman obtained a verbal IQ of 71; performance IQ of 67; and full scale IQ of 67, which places him in the intellectually deficient range of intellectual functioning. The difference between the verbal and performance IQ is not significant. The verbal IQ falls at the lower end of the borderline range, while the performance IQ falls at the upper end of the intellectually deficient range. While this man certainly demonstrates global cognitive dysfunction, it is most likely that his true potential falls in the borderline range.

Subtest scores are listed below:

| Verbal Subtests | | Performance Subtests | |
|---|---|---|---|
| Information | 5 | Picture Completion | 3 |
| Digit Span | 4 | Picture Arrangement | 4 |
| Vocabulary | 5 | Block Design | 5 |
| Arithmetic | 4 | Object Assembly | 7 |
| Comprehension | 5 | Digit Symbol | 3 |
| Similarities | 5 | | |

Verbal subtests are generally consistent with borderline level of functioning in the verbal conceptualization realm. This gentleman demonstrates across the board difficulties on tasks that involve word knowledge, verbal concept formation and basic fund of general factual information. His thinking is quite concrete. His ability to express himself verbally is limited. His social reasoning and judgement skills are quite poor and suggestive of a impulsivity and vulnerability towards poor judgement. This gentleman demonstrates significant difficulties on those subtests that involve simple attention, auditory short term memory, concentration and sustained attention. For example, on digit span he was only able to recall four digits forwards and three digits backwards. On the arithmetic subtest, he was only able to complete the first two simple mental arithmetic problems. On digit symbol, he worked slowly. He was observed to be looking at the symbols consistently as he was unable to remember them.

This gentleman appeared somewhat inattentive to details in the environment. He performed in the intellectually deficient range on picture completion, a task that requires the ability to distinguish essential from non-essential details in the environment.

-4-

PSYCHOLOGICAL EVALUATION: Richard Gomes, SS# 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

This is one of the simpler tests on the protocol and certainly suggestive of inattentiveness and possibly poor motivation. His ability to think sequentially on picture arrangement is quite poor and again suggestive of difficulty with social intelligence. He appears unable to size up social situations appropriately or respond to social nuance. Performance on tasks that involve visual/spatial skills and visual/motor integration are equally impaired.

His strongest performance is on object assembly, also a test that involves visual organization and the ability to integrate parts into whole figures. Thus when faced with more meaningful stimuli his visual motor abilities improve. For the most part, however, he demonstrates poor eye/hand coordination and limited visual motor integration.

Bender Gestalt reproductions are consistent with visual/spatial and visual/constructive impairment. The protocol is significant for gross distortion suggestive of gross organic compromise. There is also suggestion of impulsivity, emotional constriction and interpersonal withdrawal.

On the Wechsler Memory Scale Revised, this gentleman made several errors in counting backwards from 20-1. He was unable to recite the alphabet without error. He also made several errors in his attempt to perform serial threes..

Memory for verbally and non-verbally presented material is markedly impaired. Memory for verbally presented stories resulted in a score at the 2nd percentile at immediate delay, with no retention at 30-minute delay. On the verbal paired associates task he was able to learn two out of four of the easier word pairs, and two out of four of the more difficult word pairs after three repetitions of the word list. At 30-minute delay he demonstrated 0% recall. Visual memory was equally impaired. Memory for designs resulted in a score at the 1st percentile at immediate delay, with 0% retention at 30-minute delay.

Achievement testing resulted in the following scores:

|            | Standard Score | Percentile  | Grade Equivalent |
|------------|----------------|-------------|------------------|
| Reading    | 62             | 1           | 3                |
| Spelling   | 57             | Less than 1 | 2                |
| Arithmetic | 48             | Less than 1 | 2                |

-5-

PSYCHOLOGICAL EVALUATION: Richard Gomes, SS# 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

This gentleman demonstrates major impairment in academic areas of reading, spelling and arithmetic. His abilities in reading and spelling appear generally consistent with his overall intellectual capacity. His performance on the arithmetic subtest, however, was markedly impaired and limited to basic addition and subtraction. His score on the arithmetic subtest is suggestive of a learning disability in the mathematical area. His performance in all areas of academic achievement are severely compromised and would certainly limit his vocational options.

Projective testing reveals a psychologically limited man who has few psychological resources to cope with the world around him. His is someone who is easily overwhelmed by situations that exceed his coping capacity. He appears guarded, withdrawn and well defended, preferring to reveal little of himself within the projective protocol. He was only able to produce 11 response on the Rorschach making it unscoreable according to the Exner System. His responses are form dominant, concrete and consistent with his limited intellectual resources.

For the most part his percepts on the Rorschach are accurate. There is no indication of thought disorder. There is little indication of emotional distress or major affective disorder. The protocol, however, must be interpreted with some degree of caution given the level of constriction and guardedness.

This man does present with a long history of antisocial character disturbance and demonstrates potential for impulsivity, poor judgement and lack of empathy for others. He has demonstrated a pervasive pattern of disregard for and violation of the rights of others since his early adolescence and has failed to conform to social norms with respect to lawful behaviors. His characterological disturbance together with his intellectual and cognitive deficits certainly paint a disheartening picture. He continues to be vulnerable to episodes of poor judgement and behaviors that disregard social demands and expectations. The likelihood of an underlying organic component to his difficulties appears quite likely.

**SUMMARY AND RECOMMENDATIONS:**

This 34 year-old gentleman was seen for a comprehensive psychological evaluation to assess current intellectual, cognitive and emotional functioning. While his full scale WAIS-R IQ places him in the intellectually deficient range, it is likely that this is an underestimate of true potential which more likely falls into the borderline range. Marked difficulties are noted across the board with regard to intellectual and cognitive functioning. His verbal abilities are quite limited. His visual/spatial and visual/motor skills are equally limited. There are also major difficulties noted with regard to attention, concentration and memory for both verbally and non-verbally presented material. His achievement levels

-6-

PSYCHOLOGICAL EVALUATION: Richard Gomes, SS# 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

in reading, spelling and arithmetic are again quite limited with indication of learning disability in the mathematical area. The probability of gross organic compromise is quite likely. Projective testing revealed a psychologically limited gentleman who has few resources to cope with the every day world. His perceptions, however, are accurate and there is no indication of thought disorder or major affective disturbance. He is someone who is vulnerable to behaviors that show poor judgement and disregard social demands and expectations. His social reasoning and social judgement skills are quite limited and this together with his poor judgement and a vulnerability towards impulsiveness paint a disheartening picture. The overall evaluation appears consistent with a Characterological Disturbance (12.08) marked by antisocial features and Substance Addiction Disorder (12.09) in early remission.

At present it is highly unlikely that this gentleman would be able to function effectively within a work situation. Even if he were able to maintain his sobriety for a lengthy period of time, it is unlikely that he would be able to perform adequately. His intellectual and cognitive limitations would severely limit his vocational options and his personality dysfunction would interfere with his ability to get along with others in a work setting.

This gentleman will be in need of a payee if awarded disability from the State.

DSM-4
DIAGNOSTIC IMPRESSION:

| | |
|---|---|
| AXIS I - | Polysubstance Dependence in early remission (304.80). |
| | Cognitive Disorder NOS (294.90) |
| | Mathematics Disorder (315.10) |
| AXIS II - | Antisocial Personality Disorder (301.70) |
| | Rule out mild mental retardation (317.00) |
| AXIS III - | Insulin dependent Diabetes, self report of chronic pain in arms and shoulders. |
| AXIS IV - | Early sobriety, financial, unemployment. |
| AXIS V - | Current GAF - 40 |

Steven C. Hentoff, Ph.D.
Licensed Clinical Psychologist