# REGION V - STANDARD AMBULANCE REPORT FORM

| DAY | SERVICE/AGENCY | RUN NO. | C-MED NO. | | Med.Rec. # | Pg. 1 of |
|---|---|---|---|---|---|---|
| 6-26-01 | Amb/Brockton | 1233541 | 532 | 647952 | | |

| NAME | CREW MEMBERS | CERT. | CERT. NO. | | Time | Mileage Start |
|---|---|---|---|---|---|---|
| Joseph Gomes | 1. (D) | | | Call Received | | |
| HOME ADDRESS | 2. Thomas | P | 834913 | Dispatched | 0559 | Mileage End |
| 24 Custer St | 3. Russo | I | | Responding | 0559 | |
| TOWN / STATE / ZIP | 4. | | | On Scene | 0601 | Total Mileage |
| Brockton MA | 5. | | | Leave Scene | 0612 | 2.3 |
| INCIDENT ADDRESS | SS # | | TELEPHONE # | At Hospital | 0615 | Dept. Use |
| Commercial St | 023605612 | | NA | In Quarters | | |
| RESPONSIBLE PARTY / EMPLOYER | INSURANCE | | POLICY NUMBER | Other Emergency Response Agencies At Scene | BFD 5-4 BPD | |
| Maria Gomes | NA | | NA | | | |
| PRIORITY / AGE / D.O.B. / M | LOCAL MD | | REASON FOR CALL | CLINICAL IMPRESSION | | |
| 1 / 42 / 2 25 59 / F | NA | | Seizure | Seizure | | |

ALLERGIES: ☒ UNK ☐ NKA ☐ LATEX   MUTUAL AID: ☐ GIVEN ☐ RECEIVED

MEDICATIONS: ☐ UNK ☐ NONE  Insulin

HISTORY: ☐ ASTHMA ☐ CA ☐ CARDIAC ☐ COPD ☐ DIABETES  Other:
☐ HIGH BP ☐ PSYCH ☐ SEIZURE ☐ STROKE / CVA / TIA

NARRATIVE: 42 y/o BF A&Ox0 actively seizing o/a. on police custody [illegible handwritten narrative continues] ... pt trans alt L@ Shock [illegible]

## VITAL SIGNS

| TIME | LOC | PULSE | BP | RESP | PUPILS | SKIN | EKG | PULSE OX | EMT | DEF/CAR/PAC | SET |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0604 | AVP(U) | 86 | NA | 16 Reg | Equal | Cool | NA | 96% | T | D C P | |
| 0609 | AVP(U) | 80 | NA | 16 Reg | Equal | Cool | NA | 97% | T | D C P | |

## MEDICATION AND TREATMENT THERAPY

| TIME | PROCEDURE/MEDICATION | EMT | DOSE/RATE | ROUTE | LOCATION |
|---|---|---|---|---|---|
| 0602 | Oxygen | | 15 LPM | NRB | |
| | IV [illegible] | | | Attempts 2 | |

Advanced Airway: — Attempts: —
Blood Glucose: 70   Blood Drawn: Y / N

## DATA COLLECTION

☐ Abdominal Pain ☐ Chest Pain ☐ General Illness ☐ Nausea/Vomiting ☐ Respiratory
☐ Allergic ☐ CVA/Stroke/TIA ☐ Hyperthermia/Heat Exposure ☐ Neuro/CNS Injury ☒ Seizures
☐ Altered LOC ☐ Dehydration/Hypovolemia ☐ Hypothermia/Cold Exposure ☐ No Complaint ☐ Sepsis
☐ Behavioral/Psychiatric ☐ Diabetic Emergency ☐ Injury, Closed Head ☐ Obstructed Airway ☐ Syncope
☐ Bleeding ☐ Dizziness ☐ Injury, Orthopedic ☐ Obstetric/Gyn Emergency ☐ Other Problem
☐ Burns ☐ DOA, Obvious Death ☐ Injury, Soft Tissue ☐ Overdose
☐ Cardiac ☐ Drowning/Near Drowning ☐ Injury, Other ☐ Pain, Not Otherwise Spec.
☐ Cardiac Arrest ☐ Electrocution ☐ Multi-Trauma ☐ Poisonings

## COMMUNICATIONS

| TIME | C-MED CHAN. | VHF | CELLULAR | HOSPITAL |
|---|---|---|---|---|
| | K4 6 | | | Brockton |

DISPOSITION: TREAT ☒ Transport by EMS ☐ Transport by POV ☐ Transfer by ___ to ___
NO CARE: ☐ Refused ☐ Cancelled ☐ Diverted ☐ DOA ☐ No Pt ☐ Other

REPORT COMPLETED BY / ATTENDANT IN CHARGE: Keith Thomas
Signature: X Keith Thomas

ARF FORM REV. 1-3/00

**SERVICE COPY**

Name: Joseph Gomes
Date: 6-26-01
CC#: 123541

# PATIENT AUTHORIZATION

I request payment of authorized Medicare; Medicaid or other insurance benefits be made to American Medical Response of Massachusetts, Inc. (AMR) 4 Tech Circle, Natick, Massachusetts for any ambulance services and supplies furnished to me by AMR. I authorize any holder of my medical information to release such information to the Health Care Financing Administration, its agents and carriers, and any and all other third party payers as well as to AMR of Massachusetts, any information needed to determine these benefits or the benefits payable for related services, now or in the future. I agree to pay AMR of Massachusetts all charges that my insurance does not pay, except where otherwise provided by law. I have been notified by AMR that prior authorization may be required for this transport. If prior authorization was not obtained, I assume all responsibility for any charges not paid by my insurance carrier(s).

Signature of Patient, Spouse, Parent/Guardian _____UNABLE_____ Date_____

Patient unable to sign due to: (must document specific medical/mental reason)_____

_____Seizure_____

Authorized Signature_____
(The authorized signature above verifies that the patient is unable to sign and that he/she was transported by AMR. This person is not financially responsible.)