BROCKTON HOSPITAL
EMERGENCY DEPARTMENT REPORT

Patient: GOMES, RICARDO                          Location: CCU

DOB: 08/13/61

Unit #: 579419                                   Status: ADM IN

Date of Service: 06/26/01                        Account #: 23681251

---

This patient was signed out to me by Dr. Henry Grazioso at the end of his shift.

The patient had come in with altered mental status of unknown etiology. The patient was intubated to protect his airway. Blood gas status post intubation showed a pH of 7.45, PCO2 of 37, PaO2 of 224, and bicarbonate of 25. CT scan of the head was done after adequate sedation with propofol, and this showed no acute abnormality.

Urine toxic screen was positive for opiates, most likely related to heroin use, as well as positive for benzodiazepines, most likely related to iatrogenic use of benzodiazepines for sedation and seizure control. Routine bloods showed a white count of 14.4, hematocrit 37.8. Electrolytes were unremarkable. The glucose initially in the field had been 75. After an amp of D50, it was 131.

I am uncertain as to what is causing the acute alteration in mental status.

He will be admitted to our Intensive Care Unit for further evaluation and diagnostic workup. The patient remained stable and was admitted without further difficulty.


DR. RENATE TREADWAY

MRI.KATS                    DD: 06/26/01    /    DT: 06/28/01

cc: RODRIGUES, MARIA A