# Wynn & Wynn, P.C.

• ATTORNEYS •

90 New State Highway
Raynham, MA 02767
(508) 823-4567
Fax (508) 822-4097
1 (800) 852-5211
http://www.wynnwynn.com

Elizabeth K. Balaschak
Richard A. Martone
Kevin P. McRoy**
Robert F. Mills
Charles D. Mulcahy
John J. O'Day, Jr.
Kevin J. O'Malley
Raymond C. Pelote*
Thomas E. Pontes
Michael J. Princi
Rebecca C. Richardson
Janice E. Robbins
William Rosa*
Dina M. Swanson
Andrew A. Toldo
Robert Venturo
John A. Walsh
Paul F. Wynn
Thomas J. Wynn

*Of Counsel*
Hon. Robert L. Steadman (Ret.)
Thomas A. Maddigan
Hon. James F. McGillen, II (Ret.)
William E. O'Keefe

Admitted:
  *Massachusetts and Rhode Island
 **Massachusetts and New Hampshire

January 26, 2007

Clerk/Magistrate's Office
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Mary Gomes, Guardian of the Estate of Richard P. Gomes, and
       Mary Gomes, Individually
Vs:   The City of Brockton, et al
       United States District Court C.A. No. 04CV11464-MLW

Dear Sir/Madam:

Enclosed please find Defendant, City of Brockton's, Pre-Trial Conference Memorandum. Attempts to secure input for a Joint Pre-Trial Memorandum were unsuccessful.

Very truly yours,

WYNN & WYNN, P.C.

John A. Walsh

JAW/meq
Enclosure
**VIA EMAIL**

cc:   P.J. Adams, Esquire

Affiliate Office: Hyannis 300 Barnstable Road • Hyannis, MA 02601 • (508) 775-3665