LAW OFFICE OF

# PAUL ADAMS

One Centre Street, 3rd Floor
Brockton, Massachusetts 02301-4092

PAUL ADAMS

P. J. ADAMS

TELEPHONE
(508) 583-2019

TELECOPIER
(508) 584-6340

VIA ECF
and Telecopier (617-748-4294)

February 1, 2007

Dennis O'Leary, Courtroom Clerk
Honorable Mark L. Wolf, Chief Justice
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

      RE:    Mary Gomes, Guardian of Richard Gomes, and Mary Gomes Individually
      <u>vs</u>.    The City of Brockton,
             *United States District Court, D. Mass.*, Civil Action No. **04-11464-MLW**

**<u>REPORT OF SETTLEMENT</u>**

Dear Mr. O'Leary:

      The only parties remaining in this action (after the various grants of summary judgment to the other defendants) are Mary Gomes and The City of Brockton. Yesterday, retired Massachusetts Superior Court Judge Suzanne DelVecchio successfully mediated a settlement between these parties at CMCI in Brockton. The parties anticipate filing shortly a Stipulation of Dismissal.

      Respectfully,

      /S/
      P. J. Adams

cc: John A. Walsh, Esq. (via ECF)