UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY GOMES,           )  | |
|     Plaintiff(s)     ) | |
| )  | |
| v.                                       )   | C.A. No.   04-11464-MLW |
| )  | |
| CITY OF BROCKTON,           )  | |
|     Defendant(s)    ) | |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on February 1, 2007 by counsel for the parties that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

By the Court:
Sarah A. Thornton, Clerk

February 5, 2007                                  /s/Dennis O'Leary
Date                                                     Deputy Clerk